1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1106
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  SYNOPSYS, INC., a Delaware corporation,      Case No.  C-04-03923 MMC

13      Plaintiff and Counter-Defendant,         **STIPULATION AND [PROPOSED]
                                                 ORDER TO EXTEND MEDIATION
14      v.                                       DEADLINE**

15  MAGMA DESIGN AUTOMATION, a
    Delaware corporation,

16

17      Defendant and Counter-Claimant.

18  AND RELATED COUNTERCLAIMS

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, the current deadline for conducting mediation in this case is May 21, 2005;

2  and

3    WHEREAS, the parties believe that mediation would not be productive at this time;

4    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

5  parties, through their counsel of record, to extend the deadline to conduct mediation to July 21,

6  2005.

7

8  Dated: May 20, 2005                    DECHERT LLP

9

10                                        By:/s/Chris Scott Graham
                                             Chris Scott Graham
11                                           Attorneys for Plaintiff and Counter-Defendant,
                                             SYNOPSYS, INC.
12

13  Dated: May 20, 2005                    O'MELVENY & MYERS LLP

14

15                                        By:/s/George Riley
                                             George Riley
16                                           Attorneys for Defendant and Counter-Claimant,
                                             MAGMA DESIGN AUTOMATION, INC.

17

18                                       **ORDER**

19    PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21  DATED: ___June 2_____, 2005

                                          APPROVED
                                          Judge Maxine M. Chesney

22                                       _____
                                          United States District Court Judge

23

24

25

26

27

28