1   Chris Scott Graham (State Bar No. 114498)
    chris.scott.graham@dechert.com
2   Michael N. Edelman (State Bar No. 180948)
    michael.edelman@dechert.com
3   **DECHERT LLP**
    975 Page Mill Road
4   Palo Alto, CA 94304-1013
    Telephone:   650.813.4800
5   Facsimile:    650.813.4848

6   Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

7

8

9           UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

12   SYNOPSYS, INC., a Delaware corporation,     Case No. C-04-03923 MMC (JCS)

13       Plaintiff and Counter-Defendant,     **STIPULATION AND [PROPOSED]**
                           **ORDER REGARDING CLAIMS**
14       v.                             **CONSTRUCTION AND SUMMARY**
                            **JUDGMENT BRIEFING SCHEDULES**
15   MAGMA DESIGN AUTOMATION, a
    Delaware corporation,
16
      Defendant and Counter-Claimant.
17

18   AND RELATED COUNTERCLAIMS

19

20         WHEREAS, the Pretrial Preparation Order dated January 25, 2005 adopted Plaintiff

21   Synopsys, Inc.'s ("Synopsys") proposed claim construction briefing schedule;

22         WHEREAS, Synopsys' opening claim construction brief is currently due on July 5,

23   2005;

24         WHEREAS, Defendant Magma Design Automation's ("Magma") responsive claim

25   construction brief is currently due on July 22, 2005;

26         WHEREAS, Synopsys' reply claim construction brief is currently due on August 1,

27   2005;

28   ///

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS CONSTRUCTION
BRIEFING SCHEDULE: CASE NO: C-04-03923 MMC (JCS)

10526674.1.BUS

1    WHEREAS, the parties have been involved in briefing associated with their respective

2  motions for summary judgment;

3    WHEREAS, in light of the Fourth of July weekend and Synopsys' recently concluded

4  briefing in opposition to Magma's summary judgment motion, Synopsys has requested two

5  additional days to prepare its opening claim construction brief;

6    WHEREAS, in light of the voluminous briefing by Synopsys in Opposition to Magma's

7  Motion for Summary Judgment as to the Second through Sixth Causes of Action and in support

8  of its Rule 56(f) request, Magma has requested an additional week to file its reply papers

9  thereon;

10    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

11  Synopsys and Magma, as follows:

12    1.    Synopsys shall file its opening claim construction brief on July 7, 2005;

13    2.    Magma shall file its responsive claim construction brief on July 21, 2005;

14    3.    Synopsys shall file its reply claim construction brief on August 3, 2005;

15    4.    The tutorial and claim construction hearing shall remain on August 5 and 15,

16  2005, respectively.

17    5.    Magma shall have through July 14, 2005, to file its papers in support of its reply

18  in support of its Motion for Summary Judgment as to the Second through Sixth Causes of

19  Action and in response to Synopsys' Rule 56(f) request.

20  Dated: July 1, 2005                    DECHERT LLP

21

22                                        By: _Chris Scott G_____._
                                          Chris Scott Graham

23                                        Attorneys for Plaintiff and Counter-Defendant,
                                          SYNOPSYS, INC.

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS CONSTRUCTION
BRIEFING SCHEDULE; CASE NO: C-04-03923 MMC (JCS)

2

10520674.1.BUS

1    Dated: July 1, 2005                    O'MELVENY & MYERS LLP

2                                    By: _____

3                                        Mark Miller
                                         Attorneys for Defendant and Counter-Claimant,
4                                        MAGMA DESIGN AUTOMATION, INC.

5

6                                           **ORDER**

7          PURSUANT TO STIPULATION, IT IS SO ORDERED.

8    DATED:  July 5, 2005         , 2005

9                                                   **APPROVED**
                                                Judge Maxine M. Chesney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS CONSTRUCTION
BRIEFING SCHEDULE, CASE NO. C-04-03923 MMC (JCS)                    3
                                                                   10526674.1.BUS