IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **ORDER RE: ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | (Docket No. 198) |
| Defendant. | |
| _____/ | |

On June 22, 2005, plaintiff Synopsys, Inc. ("Synopsys") filed an administrative motion to file under seal Exhibit 5 to the Declaration of Michael N. Edelman in Support of Synopsys's Reply in Support of Motion for Partial Summary Judgment Establishing Unfair Competition ("Exhibit 5"). In said motion, Synopsys states that when the document was produced by Marios C. Papaefthymiou ("Papaefthymiou"), it was marked "Outside Counsel Eyes Only." Synopsys further states that it believes the document should be "de-designated," but that it has no objection to sealing the document if Magma and/or Papaefthymiou establish, pursuant to Civil Local Rule 79-5, such sealing is appropriate.

Although no response to the motion has been filed, Synopsys has not provided proof of service to the Court demonstrating that Papaefthymiou has been served with the motion. Pursuant to Civil L.R. 79-5(d), when a party wishes to file a document that has

been designated confidential by another party,[1] the submitting party must file an administrative motion for a sealing order.  See Civil L.R. 79-5(d).  The designating party then must either serve a declaration within five days establishing that the designated information is sealable or withdraw the designation of confidentiality.  See Civil L.R. 79-5(d).  "If the designating party does not file its responsive declaration . . . the document or proposed filing will be made part of the public record."  See id.

Here, there is nothing in the record to indicate that Papaefthymiou has been made aware of Synopsys's motion and, thus, the time for him to file his response has not yet begun to run.

Accordingly, Synopsys is hereby ORDERED to serve Papaefthymiou with its administrative motion relating to the sealing of Exhibit 5 no later than July 8, 2005 and to file proof of service immediately thereafter.

**IT IS SO ORDERED.**

Dated: July 5, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

---

[1] Although Papaefthymiou is not a party to the instant action, the Court finds the procedures set out in Rule 79-5(d) to be applicable.

2