GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. C-04-03923 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |

STIPULATION AND [PROPOSED] ORDER
TO EXTEND MEDIATION DEADLINE
C-04-03923 MMC

1  WHEREAS, the current deadline for conducting mediation in this case is July 21, 2005;
2  and
3  WHEREAS, the parties believe that mediation would not be productive at this time; and
4  WHEREAS, the parties have agreed they will not request any further extensions of the
5  mediation deadline beyond this request;
6  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
7  parties, through their counsel of record, to extend the deadline to conduct mediation to August 19,
8  2005.

Dated: July 6, 2005                O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
     Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.


Dated: July 6, 2005                DECHERT LLP


By:  /s/ Chris Scott Graham
     Chris Scott Graham
Attorneys for Plaintiff
SYNOPSYS, INC.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Chris Scott Graham.


Dated: July 6, 2005                O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
     Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

2

STIPULATION AND [PROPOSED] ORDER
TO EXTEND MEDIATION DEADLINE
C-04-03923 MMC

1

**ORDER**

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

Dated:  July 7                    , 2005

5

APPROVED
Judge Maxine M. Chesney

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

6

7    SF1:593376.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER
TO EXTEND MEDIATION DEADLINE
C-04-03923 MMC