IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART SYNOPSYS'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO OPPOSITION TO MAGMA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |
| / | (Docket No. 240) |

Before the Court is the administrative motion filed June 30, 2005 by plaintiff Synopsys, Inc. ("Synopsys") to file under seal certain documents relating to its opposition to defendant Magma Design Automation, Inc.'s ("Magma") motion for summary judgment as to the second through sixth causes of action in the Second Amended Complaint. No response to the motion has been filed by Magma.

Synopsys has shown good cause for filing the requested portions of the following documents under seal: Synopsys's opposition to Magma's motion for summary judgment; the Declaration of Michael N. Edelman ("Edelman") in support of Synopsys's opposition; Exhibits G, BB, CC, DD, JJ, KK, LL, MM, and NN to the Edelman Declaration; Exhibits B and C to the Declaration of Narendra Shenoy in support of Synopsys's opposition; Exhibits B, C, D, and E to the Declaration of Richard Goldman ("Goldman") in support of

Synopsys's opposition; and Exhibit C to the Declaration of Shanee Y. Williams in support of Synopsys's opposition.

Synopsys argues that the following documents, which were produced in discovery by Magma and designated confidential by Magma, are not, in fact, confidential and should not be filed under seal: Exhibits K, Q, AA, EE, II, and RR to the Edelman Declaration, and Exhibit A to the Goldman Declaration.  Pursuant to Civil L.R. 79-5(d), when a party wishes to file a document that has been designated confidential by another party, the submitting party must file an administrative motion for a sealing order.  See Civil L.R. 79-5(d).  The designating party then must either serve a declaration within five days establishing that the designated information is sealable or withdraw the designation of confidentiality.  See Civil L.R. 79-5(d).  "If the designating party does not file its responsive declaration . . . the document or proposed filing will be made part of the public record."  See id.  As Magma has not filed a response to Synopsys's motion, Synopsys shall electronically file the disputed documents in the public record.

Synopsys also argues that the following documents, which were produced in discovery by Orrick Herrington and Sutcliffe ("Orrick") and designated confidential by Orrick, are not, in fact, confidential and should not be filed under seal: Exhibits FF, GG, HH to the Edelman Declaration.  Although Orrick is not a party to the instant action, the Court finds the procedures set out in Rule 79-5(d) to be applicable.  There is nothing in the record to indicate that Orrick has been made aware of Synopsys's motion and, thus, the time for it to file a response to Synopsys's motion has not yet begun to run.  Accordingly, Synopsys is hereby ORDERED to serve Orrick with its administrative motion no later than Wednesday July 13, 2005 and to file proof of service immediately thereafter.

For the reasons set forth above, Synopsys's motion is hereby GRANTED in part and DENIED in part, as follows:

1. The following documents shall be filed under seal:  Synopsys's unredacted opposition to Magma's motion for summary judgment; the unredacted Declaration of Michael N. Edelman in support of Synopsys's opposition; Exhibits G, BB, CC, DD, JJ, KK,

LL, MM, and NN to the Edelman Declaration; Exhibits B and C to the Declaration of Narendra Shenoy in support of Synopsys's opposition; Exhibits B, C, D, and E to the Declaration of Richard Goldman in support of Synopsys's opposition; and Exhibit C to the Declaration of Shanee Y. Williams in support of Synopsys's opposition.

2. Synopsys shall electronically file the following documents in the public record: Exhibits K, Q, AA, EE, II, and RR to the Edelman Declaration, and Exhibit A to the Goldman Declaration.

3. The issue of whether to file the following documents under seal is taken under submission, as such documents were designated confidential by Orrick and there is no evidence that Orrick has received a copy of Synopsys's motion:  Exhibits FF, GG, HH to the Edelman Declaration.  Synopsys is hereby ORDERED to serve Orrick with its administrative motion no later than Wednesday July 13, 2005 and to file proof of service immediately thereafter.

**IT IS SO ORDERED.**

Dated: July 11, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge