IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |

Before the Court are two motions for summary judgment that have been noticed for hearing on July 29, 2005, and Synopsys's request for a continuance of the hearing, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure. Having reviewed the motions, the Court finds it would be helpful to the Court to defer consideration of said motions until after the August 15, 2005 claim construction hearing. Accordingly, the July 29, 2005 hearing on the motions for summary judgment is hereby VACATED. The Court will reset the motions for hearing, if necessary, after the claim construction hearing.

**IT IS SO ORDERED.**

Dated: July 14, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge