IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **ORDER DENYING SYNOPSYS'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS RELATING TO MAGMA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | (Docket No. 240) |

On June 30, 2005, plaintiff Synopsys, Inc. ("Synopsys") filed an administrative motion to file under seal certain documents relating to defendant Magma Design Automation, Inc.'s ("Magma") motion for summary judgment as to the second through sixth causes of action in the Second Amended Complaint. On July 11, 2005, the Court granted the motion in part and denied it in part. With respect to three exhibits produced in discovery and designated confidential by Orrick Herrington and Sutcliffe ("Orrick"), and which Synopsys contends are not confidential, the Court ordered Synopsys to serve its motion on Orrick. Synopsys has filed proof of service attesting that Orrick was served on July 11, 2005.

Pursuant to Civil L.R. 79-5(d), when a party wishes to file a document that has been

1  designated confidential by another party,[1] the submitting party must file an administrative
2  motion for a sealing order.  See Civil L.R. 79-5(d).  The designating party then must either
3  serve a declaration within five days establishing that the designated information is sealable
4  or withdraw the designation of confidentiality.  See Civil L.R. 79-5(d).  "If the designating
5  party does not file its responsive declaration . . . the document or proposed filing will be
6  made part of the public record."  See id.

7       As Orrick has been served with Synopsys's motion, and, to date, has failed to file a
8  response to the motion pursuant to Civil Local Rule 79-5(d), Synopsys's motion to file
9  under seal Exhibits FF, GG, and HH to the Declaration of Michael N. Edelman in support of
10 Synopsys's opposition to Magma's motion for summary judgment is hereby DENIED, and
11 Synopsys is hereby ORDERED to electronically file said documents in the public record.

12      **IT IS SO ORDERED.**

13 Dated: July 22, 2005       /s/ Maxine M. Chesney
     MAXINE M. CHESNEY
     United States District Judge

---

[1] Although Orrick is not a party to the instant action, the Court finds the procedures set out in Rule 79-5(d) to be applicable.

2