IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-04-3923 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MAGMA'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 316) |

　　　　Before the Court is the amended administrative motion filed July 15, 2005 by defendant Magma Design Automation, Inc. ("Magma") to file under seal certain documents relating to its reply brief in support of its motion for summary judgment. To date, no response to the motion has been filed by plaintiff Synopsys, Inc. ("Synopsys").

　　　　Magma has shown good cause for filing the requested portions of the following documents under seal: unredacted Exhibits EEE and HHH to the Declaration of Luann Simmons ("Simmons Declaration").

　　　　Magma argues that the following documents, which were designated confidential by Synopsys, are not, in fact, confidential and should not be filed under seal: Exhibits DDD and FFF to the Simmons Declaration and the portions of Magma's reply brief that quote those exhibits.

Pursuant to Civil L.R. 79-5(d), when a party wishes to file a document that has been designated confidential by another party, the submitting party must file an administrative motion for a sealing order. <u>See</u> Civil L.R. 79-5(d). The designating party then must either serve a declaration within five days establishing that the designated information is sealable or withdraw the designation of confidentiality. <u>See</u> Civil L.R. 79-5(d). "If the designating party does not file its responsive declaration . . . the document or proposed filing will be made part of the public record." <u>See</u> <u>id</u>. As Synopsys has not filed a response to Magma's motion, Magma shall electronically file the disputed documents in the public record.

For the reasons set forth above, Magma's motion is hereby GRANTED in part and DENIED in part, as follows:

1. The following documents shall be filed under seal: the unredacted Exhibits EEE and HHH to the Simmons Declaration.

2. Magma shall electronically file the following documents in the public record: Exhibits DDD and FFF to the Simmons Declaration and Magma's reply in support of its motion for summary judgment.

This order terminates Docket No. 316.

**IT IS SO ORDERED.**

Dated: July 25, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge