1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   975 Page Mill Road
4  Palo Alto, CA  94304-1013
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  SYNOPSYS, INC., a Delaware corporation,          Case No.  C-04-03923 MMC (JCS)

13       Plaintiff and Counter-Defendant,           **STIPULATION AND [PROPOSED]
                                                     ORDER PERMITTING SYNOPSYS,
14       v.                                          INC. TO FILE THIRD AMENDED
                                                     COMPLAINT**
15  MAGMA DESIGN AUTOMATION, a
    Delaware corporation,
16
         Defendant and Counter-Claimant.
17

18  AND RELATED COUNTERCLAIMS

19

20       WHEREAS, On June 21, 2005, Magma filed its Motion to Dismiss the Third Cause of

21  Action to Strike (the "Motion to Dismiss and Strike");

22       WHEREAS, by the court's Order dated July 15, 2005, the Third Cause of Action of the

23  Second Amended Complaint was dismissed with leave to amend, and the motion to strike

24  pursuant to 12(f) of the Federal Rules of Civil Procedure was granted;

25       WHEREAS, Synopsys is prepared to file a third amended complaint that is responsive to

26  the Order dated July 15, 2005, and to file a motion for leave to amend to include the additional

27  allegations that were subject to the Order dated July 15, 2005;

28  / / /

1    WHEREAS, both Synopsys and Magma wish to avoid the delay and cost inherent in

2  briefing the motion for leave to amend;

3    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local

4  Rule 6-1 by and between Synopsys and Magma, as follows:

5    1.    With the court's permission Synopsys shall file its Third Amended Complaint in

6  the form of which is attached hereto as Exhibit "A";

7    2.    Magma shall file its responsive pleading no later than 30 days after electronic

8  service of the Third Amended Complaint.  Magma, at its option, may answer or otherwise

9  challenge any part or all of the Third Amended Complaint by motion; provided, however, that

10  Magma agrees not to move to strike the allegations set forth in paragraphs 29, 42-44, 48, 57, 70,

11  78, 84-90, 103-113 and 137-140 of the Second Amended Complaint as identified in the Order

12  dated July 15, 2005 on the grounds that Synopsys was not granted leave to add those allegations

13  to its complaint;

14    3.    Synopsys will not allege in this action as a basis for the fraud claim or fraudulent

15  concealment either the statements alleged to have been made by Magma at the February 1998

16  meeting or in the April 30, 1998 letter; provided, however, that nothing in this Stipulation shall

17  be deemed to be a waiver of either party's right to introduce or object to the admissibility of

18  evidence on any matter in this action, including but not limited to evidence relating to the

19  February 1998 meeting or the April 30, 1998 meeting or letter.

20  Dated: August 2, 2005                    DECHERT LLP

21

22                                By: /s/ Chris Scott Graham
                                      Chris Scott Graham
23                                    Attorneys for Plaintiff and Counter-Defendant,
                                      SYNOPSYS, INC.

24

25  Dated: August 2, 2005                    O'MELVENY & MYERS LLP

26

27                                By: /s/ Peter Obstler
                                      Peter Obstler
28                                    Attorneys for Defendant and Counter-Claimant,
                                      MAGMA DESIGN AUTOMATION, INC.

1    I declare under penalty of perjury that concurrence in the filing of this document has

2    been obtained from Peter Obstler.

3

4    Dated: August 2, 2005                    DECHERT LLP

5
                                             By: /s/ Chris Scott Graham
6                                                Chris Scott Graham
                                                 Attorneys for Plaintiff and Counter-Defendant,
7                                                SYNOPSYS, INC

8
                                        **ORDER**
9
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
10

11
     DATED: ____August 3____, 2005
12
                                             HON. MAXINE M. CHESNEY
13                                           UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28