1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
5  Facsimile:      650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| 13 | **STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF TECHNOLOGY TUTORIAL** |
| 14           Plaintiff and Counter-Defendant, | |
| 15           v. | |
| 16  MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| 17           Defendant and Counter-Claimant. | Date:           August 5, 2005<br>Time:           2:00 p.m.<br>Courtroom:   7, 19th Floor<br>Before:         Hon. Maxine M. Chesney |
| 18 | |
| 19 | |
| 20  AND RELATED COUNTER-CLAIMS. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIP . AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE
CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TECH. TUTORIAL; CASE NO.: C 04-03923 MMC (JCS)          10038629.1.LIT

1   IT IS HEREBY STIPULATED AND AGREED, by and between Synopsys, Inc. ("Synopsys") and Magma Design Automation. Inc. ("Magma"), as follows:

On Friday, August 5, 2005, Synopsys and Magma, by and through their respective counsel of record, may each bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 7 on the 19th floor of the Honorable Maxine M. Chesney, certain electronic equipment and other materials for purposes of presenting a technology tutorial to be held on August 5, 2005. The electronic equipment and materials may include any of the following:

- easels
- exhibit boards
- laser pointers
- ELMO
- computer readable media (e.g., floppy disks, CDROMs, DVDs)
- DVD player
- network equipment
- switcher
- laptop computers
- desktop computers
- video and audio cables
- power strips, extension cords
- projector
- projection screen
- additional monitors
- a digital camera

/ / /

/ / /

/ / /

/ / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TECH. TUTORIAL; CASE NO.: C 04-03923 MMC (JCS)        1

10038629.1.LIT

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

Dated: August 4, 2005         DECHERT LLP

By: /s/ Michael N. Edelman
    Michael N. Edelman
    Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

Dated: August 4, 2005         O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
    Luann L. Simmons
    Attorneys for Defendant and Counter-Claimant,
    MAGMA DESIGN AUTOMATION, INC.

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Luann L. Simmons.

Dated: August 4, 2005         DECHERT LLP

By: /s/ Michael N. Edelman
    Michael N. Edelman
    Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2005

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TECH. TUTORIAL; CASE NO.: C 04-03923 MMC (JCS)    2    10038629.1.LIT