1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
   MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
   O'MELVENY & MYERS LLP
4  Embarcadero Center West
   275 Battery Street
5  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Defendant
   MAGMA DESIGN AUTOMATION, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 | SYNOPSYS, INC., a Delaware Corporation, | Case No. C-04-03923 MMC |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF THE CLAIMS CONSTRUCTION HEARING** |
   | v. | |
   | MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, | |
   | Defendant. | Date:     August 15, 2005<br>Time:    9:00 AM<br>Courtroom:  7<br>Judge:   Hon. Maxine M. Chesney |

                                    STIP &[PROPOSED] ORDER TO BRING
                                    MATERIALS INTO COURT HOUSE
                                    C-04-03923 MMC

1   IT IS HEREBY STIPULATED AND AGREED, by and between Synopsys, Inc.
2  ("Synopsys") and Magma Design Automation, Inc. ("Magma"), as follows:
3   On Friday, August 12, 2005, and Monday, August 15, 2005, Synopsys and Magma, by
4  and through their respective counsel of record, may each bring into the Federal Courthouse
5  located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 7 on the
6  19th floor of the Honorable Maxine M. Chesney, certain electronic equipment and other materials
7  for purposes of presenting oral argument during the claim construction hearing to be held on
8  August 15, 2005.  The electronic equipment and materials may include any of the following:

- easels
- exhibit boards
- laser pointers
- ELMO
- Computer readable media (e.g. floppy disks, CDROMs, DVDs)
- DVD player
- Network equipment
- Switcher
- Laptop computers
- Desktop computers
- Video and audio cables
- Power strips, extension cords
- Projector
- Projection screen
- Additional monitors
- A digital camera

Court staff; including assistant U.S. Marshals on duty at the time, are directed to allow and take such steps as reasonably necessary to facilitate the foregoing activity.

Dated: August 11, 2005     O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

Dated: August 11, 2005     DECHERT LLP

By: /s/ Michael Edelman
Michael Edelman
Attorneys for Plaintiff
SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Edelman.

Dated: August 11, 2005     O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___August 12___, 2005

_/s/ Maxine M. Chesney_
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:597518.1