GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SYNOPSYS, INC., a Delaware Corporation,

Plaintiff and Counter-Defendant,

v.

MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation

Defendant and Counterclaimant.

AND RELATED COUNTERCLAIMS.

Case No. C04-03923 MMC

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF SYNOPSYS, INC.'S MOTIONS FOR PRELIMINARY INJUNCTION TO MAINTAIN THE STATUS QUO TO PRESERVE THE POSSIBILITY OF EQUITABLE RELIEF AND FOR PARTIAL SUMMARY JUDGMENT TO DISMISS MAGMA'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES UNDER ESTOPPEL BY CONTRACT**

IT IS HEREBY STIPULATED by and between Defendant and Counterclaimant Magma Design Automation, Inc. ("Magma") and Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") as follows:

WHEREAS, Synopsys filed a Motion for Preliminary Injunction to Maintain the Status Quo to Preserve the Possibility of Equitable Relief and a Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses under Estoppel by Contract ("Motions") on July 29, 2005;

WHEREAS, Magma's oppositions to the Motions are currently due on or before August 12, 2005;

WHEREAS, at the request of the Hon. Maxine M. Chesney, the parties are attempting to resolve the issues raised by the Motion for Preliminary Injunction;

WHEREAS, the parties require additional time to reach such a resolution;

WHEREAS, Synopsys and Magma have agreed that the hearing on the Motions, scheduled for September 9, 2005 at 9:00 a.m., should be continued;

WHEREAS Synopsys and Magma have agreed that the time for Magma to file and serve its oppositions to the Motions should be extended to September 2, 2005;

NOW THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

The hearing on Synopsys's Motions is continued from September 9, 2005 at 9:00 a.m. to September 30, 2005 at 9:00 a.m.; and

Magma shall file and serve its oppositions to the Motions on or before September 2, 2005; and

Synopsys shall file and serve it replies in support of the Motions on or before September 9, 2005.

IT IS SO STIPULATED.

Dated: August 11, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
Mark E. Miller

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

Dated: August 11, 2005

CHRIS SCOTT GRAHAM
MICHAEL N. EDELMAN
DECHERT LLP

By: /s/ Chris Scott Graham
Chris Scott Graham

Attorneys for Plaintiff and Counter-Defendant SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Chris Scott Graham.

Dated: August 11, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
Mark E. Miller

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the hearing on the two motions will be September 23, 2005 at 9:00 a.m.

Dated: August 12, 2005

Honorable Maxine M. Chesney
United States District Judge