United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |

TO DEFENDANT MAGMA DESIGN AUTOMATION AND ITS COUNSEL OF RECORD:

You are hereby ORDERED TO SHOW CAUSE, at 9:00 a.m. on October 28, 2005 why you, your officers, agents, servants, employees, attorneys, and those in active concert or participation with you or them, should not be restrained and enjoined, pending determination of ownership of United States Patent Nos. 6,453,446 and 6,725,438 (the "Patents"), from abandoning or dedicating to the public, or requesting reexamination of, the Patents.

Pending hearing on the above Order to Show Cause, you, your officers, agents, servants, employees, attorneys, and all those in active concert or participation with you or them are hereby RESTRAINED AND ENJOINED from:

1. Taking any steps with the United States Patent and Trademark Office to abandon, suspend, or disclaim the Patents;

2. Failing or refusing to pay the maintenance fees for the Patents; or

3. Seeking reexamination of the Patents;

The above Temporary Restraining Order is effective immediately. No undertaking is required.

Any response or opposition to this Order to Show Cause must be filed no later than September 30, 2005, as part of Magma's opposition to Synopsys's motion for preliminary injunction.

**IT IS SO ORDERED.**

Dated: August 30, 2005

MAXINE M. CHESNEY
United States District Judge