1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
   MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
   O'MELVENY & MYERS LLP
4  Embarcadero Center West
   275 Battery Street
5  San Francisco, California  94111-3305
   Telephone: (415) 984-8700
6  Facsimile: (415) 984-8701

7
   Attorneys for Defendant
8  MAGMA DESIGN AUTOMATION, INC.

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. C04-03923 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE ON PLAINTIFF SYNOPSYS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS MAGMA'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES UNDER ESTOPPEL BY CONTRACT** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, and LUKAS VAN GINNEKEN, | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and
2 Defendant Magma Design Automation, Inc. ("Magma") as follows:
3    WHEREAS, by Order dated August 12, 2005, the schedule on Synopsys's Motion for
4 Preliminary Injunction to Maintain the Status Quo to Preserve the Possibility of Equitable Relief
5 ("Preliminary Injunction Motion") and Motion for Partial Summary Judgment to Dismiss
6 Magma's Counterclaims and Affirmative Defenses Under Estoppel by Contract ("Estoppel by
7 Contract Motion") (collectively, "Motions") was reset such that Magma's oppositions to the
8 Motions would be due no later than September 2, 2005, Synopsys's replies in support of the
9 Motions would be due no later than September 9, 2005, and the hearing on the Motions would
10 scheduled for September 23, 2005 at 9:00 a.m.;
11    WHEREAS, by Clerk's Notice dated August 15, 2005, all motions previously scheduled
12 for hearing on September 23, 2005 were continued to October 14, 2005 at 9:00 a.m.;
13    WHEREAS, on August 29, 2005, the Court ordered a new briefing and hearing schedule
14 on Synopsys's Preliminary Injunction Motion under which Synopsys's revised opening papers
15 would be due September 16, 2005, Magma's opposition would be due September 30, 2005,
16 Synopsys's reply would be due October 14, 2005 and the hearing would occur on October 28,
17 2005;
18    WHEREAS, the parties wish to conform the schedule on the Estoppel by Contract Motion
19 with the schedule on the Preliminary Injunction Motion;
20    NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate as
21 follows:
22    Magma shall file and serve any opposition to the Estoppel by Contract Motion on or
23 before September 30, 2005;
24    Synopsys shall file and serve any reply in support of the Estoppel by Contract Motion on
25 or before October 14, 2005;
26    The hearing on the Estoppel by Contract Motion is scheduled for October 28, 2005 at 9:00
27 a.m.;

1  The parties agree to meet and confer in good faith with respect to the briefing schedule for
2  any additional motions noticed for hearing on October 28, 2005.
3      IT IS SO STIPULATED.
4      Dated:  August 31, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

    Dated:  August 31, 2005

CHRIS SCOTT GRAHAM
MICHAEL N. EDELMAN
DECHERT LLP


By: /s/ Michael Edelman
      Michael Edelman

Attorneys for Plaintiff SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Edelman.

    Dated:  August 31, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 1, 2005

_____
Honorable Maxine M. Chesney
United States District Judge

SF1:599681.1