GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-04-03923 MMC<br><br>**STIPULATION EXTENDING DEADLINE FOR CHANGES TO DEPOSITION TRANSCRIPT OF DR. CARL SECHEN**; ORDER THEREON |

1  The parties hereby stipulate and agree, through their counsel of record, that Dr. Carl Sechen shall have until September 23, 2005, to make any changes under Fed. R. Civ. P. 30(e) to his deposition transcript.

Dated:  September 9, 2005			O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
		Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.


Dated:  September 9, 2005			DECHERT LLP


By:  /s/ Justin F. Boyce
		Justin F. Boyce
Attorneys for Plaintiff
SYNOPSYS, INC.


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Justin F. Boyce.

Dated:  September 9, 2005			O'MELVENY & MYERS LLP


By:  /s/ Luann L. Simmons
		Luann L. Simmons
Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

SF1:600661.1

Dated: September 9, 2005

IT IS SO ORDERED
[signature]
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA