```
1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  DECHERT LLP
   975 Page Mill Road
4  Palo Alto, CA  94304-1013
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED]** **ORDER RE: MODIFIED HEARING AND BRIEFING SCHEDULE** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, Synopsys has filed a Motion for Preliminary Injunction and Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses Under Estoppel by Contract, which is currently set for hearing on October 28, 2005,

WHEREAS, Synopsys has indicated in its revised Motion for Preliminary Injunction that it intends to file additional summary judgment motions on issues pertaining to ownership of the '446 and '438 Patents,

WHEREAS, Magma has indicated that it also intends to file summary judgment motions on issues pertaining to ownership of the '446 and '438 Patents,

///

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

11770380.1.BUS

1    WHEREAS, the parties agree in light of the foregoing, that it would be preferable to
2 delay briefing on the parties' upcoming summary judgment motions until additional depositions
3 and other discovery have been completed before the November 10, 2005 discovery cut-off date,
4 and to consolidate the hearing on these motions with the previous motions filed by the parties,
5 and

6    WHEREAS, Synopsys believes resolution of the upcoming summary judgment motions
7 may address the concerns raised by the Court in footnote 2 of the Order Granting Synopsys'
8 Temporary Restraining Order relating to the pretrial adjudication of ownership issues,

9    THEREFORE, Synopsys and Magma hereby stipulate as follows:

10   1.   The hearings on Synopsys' Motion for Preliminary Injunction and Motion for
11 Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses
12 Under Estoppel by Contract shall be continued to December 2, 2005, subject to modification by
13 the Court as necessary to accommodate its schedule.

14   2.   The oppositions to Synopsys' revised brief on its Motion for Preliminary
15 Injunction and Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and
16 Affirmative Defenses Under Estoppel by Contract shall be filed and served on or before
17 September 30, 2005, as currently scheduled by the Court's August 29, 2005 Order.

18   3.   The replies in support of the Motion for Preliminary Injunction Motion for
19 Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses
20 Under Estoppel by Contract shall be filed and served on or before November 23, 2005.

21   4.   The Temporary Restraining Order issued by the Court on August 30, 2005, and
22 all the limitations and restrictions contained therein, shall remain in full effect until December 2,
23 2005.  If the Court does not hear or rule on Synopsys' Motion for Preliminary Injunction on or
24 before December 2, 2005, Synopsys does not waive and expressly preserves its right to bring a
25 motion requesting a further Temporary Restraining Order.

26   5.   Synopsys will not argue that by agreeing to extend the term of the Temporary
27 Restraining Order pursuant to the proposed revised briefing and hearing schedule on Synopsys'
28 Motion for Preliminary Injunction Magma has in any way conceded the propriety of the

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

2

11770380.1.BUS

1  Temporary Restraining Order or waived its right to argue its need for prompt relief from the
2  terms of the Temporary Restraining Order.
3        6.    To the extent the parties wish to file additional summary judgment motions
4  relating to ownership of the '446, '438, or '114 Patents, the motions shall also be set for hearing
5  on December 2, 2005, subject to modification by the Court as necessary to accommodate its
6  schedule.
7        7.    All such summary judgment motions shall be filed and served on or before
8  October 26, 2005.  All oppositions to such motions shall be filed and served on or before
9  November 9, 2005.  All replies in support of such motions shall be filed and served on or before
10  November 23, 2005.
11        This Stipulation is without prejudice to the parties' filing of additional dispositive
12  motions by the deadline set forth in the Court's January 21, 2005 Pre-Trial Preparation Order.

13  Dated: September 22, 2005        DECHERT LLP

15          By: /s/ Chris Scott Graham
            Chris Scott Graham
            Michael N. Edelman
            Attorneys for Plaintiff and Counter-Defendant,
            SYNOPSYS, INC.

19  Dated: September 22, 2005        O'MELVENY & MYERS LLP

21          By: /s/ Luann L. Simmons
            George Riley
            Mark Miller
            Christopher Catalano
            Luann L. Simmons
            Attorneys for Defendant and Counter-Claimant,
            MAGMA DESIGN AUTOMATION, INC.

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

3

11770380.1.BUS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that all replies shall be filed no later than November 9, 2005. The parties may adjust the deadlines for filing motions and oppositions accordingly.

DATED: __September 23__, 2005

*/s/ Maxine M. Chesney*
Maxine M. Chesney
United States District Court Judge

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

4

11770380.1.BUS