1  Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
3  **DECHERT LLP**
975 Page Mill Road
4  Palo Alto, CA  94304-1013
Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  SYNOPSYS, INC., a Delaware corporation,      Case No.  C-04-03923 MMC (JCS)

13      Plaintiff and Counter-Defendant,     **STIPULATION AND [PROPOSED]
ORDER RE: MODIFIED HEARING
14      v.                                   AND BRIEFING SCHEDULE**

15  MAGMA DESIGN AUTOMATION, a
Delaware corporation,
16
      Defendant and Counter-Claimant.
17

18  AND RELATED COUNTERCLAIMS

19

20      WHEREAS, Synopsys has filed a Motion for Preliminary Injunction and Motion for

21  Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses

22  Under Estoppel by Contract, which is currently set for hearing on October 28, 2005,

23      WHEREAS, Synopsys has indicated in its revised Motion for Preliminary Injunction

24  that it intends to file additional summary judgment motions on issues pertaining to ownership of

25  the '446 and '438 Patents,

26      WHEREAS, Magma has indicated that it also intends to file summary judgment motions

27  on issues pertaining to ownership of the '446 and '438 Patents,

28  / / /

Dechert LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)          11770380.1.BUS

1    WHEREAS, the parties agree in light of the foregoing, that it would be preferable to

2    delay briefing on the parties' upcoming summary judgment motions until additional depositions

3    and other discovery have been completed before the November 10, 2005 discovery cut-off date,

4    and to consolidate the hearing on these motions with the previous motions filed by the parties,

5    and

6    WHEREAS, Synopsys believes resolution of the upcoming summary judgment motions

7    may address the concerns raised by the Court in footnote 2 of the Order Granting Synopsys'

8    Temporary Restraining Order relating to the pretrial adjudication of ownership issues,

9    THEREFORE, Synopsys and Magma hereby stipulate as follows:

10    1.    The hearings on Synopsys' Motion for Preliminary Injunction and Motion for

11    Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses

12    Under Estoppel by Contract shall be continued to December 2, 2005, subject to modification by

13    the Court as necessary to accommodate its schedule.

14    2.    The oppositions to Synopsys' revised brief on its Motion for Preliminary

15    Injunction and Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and

16    Affirmative Defenses Under Estoppel by Contract shall be filed and served on or before

17    September 30, 2005, as currently scheduled by the Court's August 29, 2005 Order.

18    3.    The replies in support of the Motion for Preliminary Injunction Motion for

19    Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses

20    Under Estoppel by Contract shall be filed and served on or before November 23, 2005.

21    4.    The Temporary Restraining Order issued by the Court on August 30, 2005, and

22    all the limitations and restrictions contained therein, shall remain in full effect until December 2,

23    2005.  If the Court does not hear or rule on Synopsys' Motion for Preliminary Injunction on or

24    before December 2, 2005, Synopsys does not waive and expressly preserves its right to bring a

25    motion requesting a further Temporary Restraining Order.

26    5.    Synopsys will not argue that by agreeing to extend the term of the Temporary

27    Restraining Order pursuant to the proposed revised briefing and hearing schedule on Synopsys'

28    Motion for Preliminary Injunction Magma has in any way conceded the propriety of the

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

2

11770380.1.BUS

1   Temporary Restraining Order or waived its right to argue its need for prompt relief from the

2   terms of the Temporary Restraining Order.

3         6.     To the extent the parties wish to file additional summary judgment motions

4   relating to ownership of the '446, '438, or '114 Patents, the motions shall also be set for hearing

5   on December 2, 2005, subject to modification by the Court as necessary to accommodate its

6   schedule.

7         7.     All such summary judgment motions shall be filed and served on or before

8   October 26, 2005.  All oppositions to such motions shall be filed and served on or before

9   November 9, 2005.  All replies in support of such motions shall be filed and served on or before

10  November 23, 2005.

11        This Stipulation is without prejudice to the parties' filing of additional dispositive

12  motions by the deadline set forth in the Court's January 21, 2005 Pre-Trial Preparation Order.

13  Dated:  September 22, 2005           DECHERT LLP

14

15                                   By:/s/ Chris Scott Graham
                                       Chris Scott Graham

16                                         Michael N. Edelman
                                       Attorneys for Plaintiff and Counter-Defendant,

17                                         SYNOPSYS, INC.

18

19  Dated:  September 22, 2005           O'MELVENY & MYERS LLP

20

21                                   By:/s/ Luann L. Simmons
                                        George Riley

22                                         Mark Miller

23                                         Christopher Catalano
                                       Luann L. Simmons

24                                         Attorneys for Defendant and Counter-Claimant,
                                       MAGMA DESIGN AUTOMATION, INC.

25

26

27

28

Dechert LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

3

11770380.1.BUS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

with the exception that all replies shall be filed no later than November 9, 2005. The parties may adjust the deadlines for filing motions and oppositions accordingly.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: _____September 23_____, 2005

_____
Maxine M. Chesney
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE MODIFIED HEARING
AND BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)

4

11770380.1.BUS