1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   975 Page Mill Road
4  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | Case No.  C 04-03923 MMC (JCS) |
| Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, Synopsys has filed a Motion for Preliminary Injunction and Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative Defenses Under Estoppel by Contract, which are currently set for hearing on December 2, 2005,

WHEREAS, Synopsys intends to file additional summary judgment motions on issues pertaining to ownership of the '446 and '438 Patents,

WHEREAS, Magma also intends to file summary judgment motions on issues pertaining to ownership of the '446 and '438 Patents,

/ / /

/ / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED
BRIEFING SCHEDULE; CASE NO: C-04-03923 MMC (JCS)

1

11833469.2.BUS

1   WHEREAS, Synopsys believes resolution of the upcoming summary judgment motions
2 may address the concerns raised by the Court in footnote 2 of the Order Granting Synopsys'
3 Temporary Restraining Order relating to the pretrial adjudication of ownership issues,

4   WHEREAS, the parties previously stipulated, and the Court ordered, that any additional
5 summary judgment motions relating to ownership of the '446 and '438 Patents would be set for
6 hearing on December 2, 2005,

7   WHEREAS, the Court previously ordered that all replies to the motions set for hearing
8 on December 2, 2005 shall be filed no later than November 9, 2005,

9   WHEREAS, after the Court's order, the parties met and conferred and determined that
10 they need an additional two days to file and serve their replies to accommodate the availability
11 of witnesses whose depositions are necessary to oppose and/or support the various motions,

12   THEREFORE, Synopsys and Magma hereby stipulate to a modified briefing schedule as
13 follows:

14   1.   The replies to Synopsys' revised brief on its Motion for Preliminary Injunction
15 and Motion for Partial Summary Judgment to Dismiss Magma's Counterclaims and Affirmative
16 Defenses Under Estoppel by Contract shall be filed and served on or before November 11, 2005.

17   2.   To the extent the parties wish to file any additional summary judgment motions
18 relating to ownership of the '446 and '438 Patents, all such summary judgment motions shall be
19 filed and served on or before October 24, 2005.  All oppositions to such motions shall be filed
20 and served on or before November 4, 2005.  All replies in support of such motions shall be filed
21 and served on or before November 11, 2005.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED
BRIEFING SCHEDULE; CASE NO: C-04-03923 MMC (JCS)

2

11833469.2.BUS

1   This Stipulation is without prejudice to the parties' filing of additional dispositive

2   motions, including motions relating to ownership issues if needed, by the deadline set forth in

3   the Court's January 21, 2005 Pre-Trial Preparation Order.

4   Dated: October 12, 2005            DECHERT LLP

6                                      By: /s/Michael N. Edelman
                                           Chris Scott Graham
7                                          Michael N. Edelman
                                           Attorneys for Plaintiff and Counter-Defendant,
8                                          SYNOPSYS, INC.

9   Dated: October 12, 2005            O'MELVENY & MYERS LLP

11                                     By: /s/Luann L. Simmons
                                           George Riley
12                                         Mark Miller
                                           Peter Obstler
13                                         Christopher Catalano
                                           Luann L. Simmons
14                                         Attorneys for Defendant and Counter-Claimant,
                                           MAGMA DESIGN AUTOMATION, INC.

16  I attest under penalty of perjury that the concurrence in the filing of this document has

17  been obtained from Luann L. Simmons.

18  Dated: October 12, 2005            DECHERT LLP

20                                     By: /s/Michael N. Edelman
                                           Chris Scott Graham
21                                         Michael N. Edelman
                                           Attorneys for Plaintiff and Counter-Defendant,
                                           SYNOPSYS, INC.

23                                     **ORDER**

24      PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  DATED:   October 14    , 2005

26                                     _____
                                       HON. MAXINE M. CHESNEY
27                                     UNITED STATES DISTRICT COURT JUDGE

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE MODIFIED
BRIEFING SCHEDULE; CASE NO: C-04-03923 MMC (JCS)

3

11833469.2.BUS