IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., <br><br>   Defendant. <br> _____ / | No. C-04-3923 MMC <br><br> **ORDER PERMITTING FILING OF AMENDED OPPOSITION AND REPLY TO MAGMA'S MOTION FOR SUMMARY JUDGMENT AS TO THE SECOND THROUGH SIXTH CAUSES OF ACTION IN SYNOPSYS'S SECOND AMENDED COMPLAINT; DIRECTIONS TO PARTIES** |

   Before the Court are three related motions for summary judgment: (1) plaintiff Synopsys, Inc.'s ("Synopsys") Motion for Partial Summary Judgment Establishing Unfair Competition; (2) defendant Magma Design Automation, Inc.'s ("Magma") Cross-Motion for Summary Judgment on Synopsys's Sixth Cause of Action (Unfair Competition); and (3) Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint. On July 14, 2005, all three motions were taken off calendar to be rescheduled for hearing, if necessary, after the claim construction hearing, which was held August 15, 2005.

   Also before the Court is Synopsys' request, filed June 29, 2005, two weeks before the Court vacated the original hearing date on the motions for summary judgment, seeking a continuance, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, of the hearing on Magma's Motion for Summary Judgment as to the Second Through Sixth

1  Causes of Action in Synopsys's Second Amended Complaint.  In said request, Synopsys
2  asked that the hearing on Magma's motion be continued until a date after November 10,
3  2005, to allow Synopsys to complete a "significant amount of critical discovery."  (See
4  Williams Decl. in Support of Plaintiff Synopsys, Inc.'s Request For Continuance Pursuant to
5  Federal Rule of Civil Procedure 56(f) ¶¶ 2, 12.)  As several months have passed since
6  Synopsys filed its Rule 56(f) request, much of the discovery Synopsys desired to conduct
7  before opposing Magma's motion should have been completed.  Consequently, the Court
8  finds it appropriate to permit the parties to amend their briefing with respect to Magma's
9  Motion for Summary Judgment as to the Second Through Sixth Causes of Action in
10 Synopsys's Second Amended Complaint, to take into account discovery completed after
11 Synopsys's Rule 56(f) request was filed.

12      The Court is aware that the parties are in the process of briefing a number of other
13 motions.  Accordingly, rather than imposing a briefing schedule on the parties, the Court
14 will order the parties to meet and confer as to an appropriate briefing schedule.

15      Accordingly, the parties are hereby ordered to meet and confer with respect to
16 Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action
17 and to file with the Court, no later than October 25, 2005, a stipulated schedule for the filing
18 of an amended opposition and amended reply, as well as for the hearing of all of the three
19 above-referenced motions.

20      This order terminates Docket No. 209.
21      **IT IS SO ORDERED.**
22 Dated: October 14, 2005                         MAXINE M. CHESNEY
                                                  United States District Judge