GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>  v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>   Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MAGMA DESIGN AUTOMATION, INC.'S MOTION FOR SUMMARY JUDGMENT AS TO THE SECOND THROUGH SIXTH CAUSES OF ACTION IN SYNOPSYS'S SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Magma Design Automation, Inc. ("Magma") as follows:

WHEREAS, by Order dated October 14, 2005, the Court permitted the filing of an amended opposition and amended reply to Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint;

WHEREAS, the Court's October 14, 2005 Order instructed the parties to file a stipulated schedule for the filing of an amended opposition and amended reply to Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint;

WHEREAS, the Court's October 14, 2005 Order also instructed the parties to file a stipulated scheduling for the hearing of the following three motions currently pending before the Court: (1) Synopsys's Motion for Partial Summary Judgment Establishing Unfair Competition; (2) Magma's Cross-Motion for Summary Judgment on Synopsys's Sixth Cause of Action (Unfair Competition); and (3) Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate as follows:

Synopsys shall file and serve any amended opposition to Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint on or before December 16, 2005;

Magma shall file and serve any amended reply in support of Magma's Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Synopsys's Second Amended Complaint on or before January 13, 2006;

The hearing on the following three motions is scheduled for January 27, 2006, at 9:00 a.m.: (1) Synopsys's Motion for Partial Summary Judgment Establishing Unfair Competition; (2)

1  Magma's Cross-Motion for Summary Judgment on Synopsys's Sixth Cause of Action (Unfair
2  Competition); and (3) Magma's Motion for Summary Judgment as to the Second Through Sixth
3  Causes of Action in Synopsys's Second Amended Complaint.
4      The parties reserve their rights to notice any additional motions for hearing on January 27,
5  2006, or any other date, consistent with this Court's previous orders and the local rules.

7      IT IS SO STIPULATED.
8      Dated: October 28, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Defendant and
Counterclaimant MAGMA DESIGN
AUTOMATION, INC.

17      Dated: October 28, 2005

CHRIS SCOTT GRAHAM
MICHAEL N. EDELMAN
DECHERT LLP

By: /s/ Michael Edelman
      Michael Edelman

Attorneys for Plaintiff SYNOPSYS, INC.

1 | I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Edelman.

Dated: October 28, 2005

>GEORGE A. RILEY
>MARK E. MILLER
>PETER OBSTLER
>CHRISTOPHER D. CATALANO
>LUANN L. SIMMONS
>O'MELVENY & MYERS LLP
>
>By: /s/ Luann L. Simmons
>      Luann L. Simmons
>
>Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 31, 2005

_____
Honorable Maxine M. Chesney
United States District Judge

SF1:606259.1

STIP. AND [PROPOSED] ORDER RE SCHEDULE FOR
MAGMA SUMMARY JUDGMENT MOTION
Case No. C04-03923 MMC

4