GEORGE A. RILEY (S.B. #118304)
PETER OBSTLER (S.B. #171623)
CHRISTOPHER D. CATALANO (S.B. #208606)
LUANN L. SIMMONS (S.B. #203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
MAGMA DESIGN AUTOMATION, INC.

**E-Filing**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, and LUKAS VAN GINNEKEN,<br><br>Defendants. | Case No. C-04-03923 MMC (JCS)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael Sapoznikow, an active member in good standing of the bars of the State of Maryland, the District of Columbia, and the United States District Court for the District of Maryland, whose business address and telephone number is O'Melveny & Myers LLP, 275 Battery Street, San Francisco, CA 94111, (415) 984-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Magma Design Automation, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*

4
5  Dated:  NOV X 1 2005

                                                              Hon. Maxine M. Chesney
                                                              United States District Judge