IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE SPERO DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE MOTION FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |

     Pursuant to Civil Local Rule 72-1, defendant's Miscellaneous Administrative Motion For A Case Management Conference, filed November 2, 2005, which concerns asserted improprieties in the manner in which discovery has been conducted, is hereby REFERRED to Magistrate Judge Joseph D. Spero, to whom all discovery matters previously have been referred, to be heard and considered at the convenience of his calendar.

     Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero's chambers.

     **IT IS SO ORDERED.**

Dated: November 8, 2005

MAXINE M. CHESNEY
United States District Judge