GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, and LUKAS VAN GINNEKEN,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS TO PLAINTIFF SYNOPSYS, INC.'S THIRD AMENDED COMPLAINT**<br><br>**[PROPOSED]** ORDER |

1    Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule
2    79-5 for leave to file under seal the entirety of Exhibits 13 and 14 to the Declaration of Michael
3    Sapoznikow In Support Of Magma's Motion For Leave To Amend Answer And Counterclaims
4    To Plaintiff Synopsys, Inc.'s Third Amended Complaint ("Magma's Motion For Leave To
5    Amend").

6    Magma's Motion For Leave To Amend relies in part on testimony and documents that
7    contain highly confidential business, trade secret or personal identifying information or have been
8    designated as confidential under a Stipulated Protective Order.  Pursuant to the request of
9    Synopsys, Inc. and resulting agreement and pursuant to a Stipulated Protective Order with third
10   party International Business Machines Corporation ("IBM"), Magma seeks to file the following
11   documents and testimony under seal:

12   1.    Exhibit 13 to the Declaration of Michael Sapoznikow consists of a letter from
13   Esther La to Christopher Catalano dated October 20, 2005.  That letter discloses the identity of
14   the third party to whom Synopsys offered to sell the inventions embodied in the '446 and '438
15   Patents more than a year prior to the filing of the patent application.  Although Synopsys did not
16   designate this letter under the proposed protective order, Synopsys has argued that the identity of
17   that third party is confidential business information.

18   2.    Exhibit 14 to the Declaration of Michael Sapoznikow includes excerpts from the
19   deposition transcript of Robert Damiano taken on October 18, 2005.  That deposition was
20   designated by Synopsys "Highly Confidential" pursuant to the Stipulated Protective Order..

21   Accordingly, this motion is made on the grounds that the entirety of Exhibits 13 and 14 to
22   the Declaration of Michael Sapoznikow contain highly confidential business, trade secret or
23   personal identifying information or have been designated confidential and are properly sealable.

| | | |
|---|---|---|
| 1 | Dated: November 2, 2005 | GEORGE A. RILEY |
| 2 | | PETER OBSTLER |
| | | CHRISTOPHER D. CATALANO |
| 3 | | LUANN L. SIMMONS |
| | | O'MELVENY & MYERS LLP |

By: /s/ Luann L. Simmons
          Luann L. Simmons

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

SF1:606932.1

- 3 -

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE: MOTION FOR LEAVE TO AMEND
C-04-03923 MMC

1  **[PROPOSED] ORDER**

2  Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to
3  File Under Seal Certain Documents Submitted In Support of Magma's Opposition to Order to
4  Show Cause and to Plaintiff Synopsys, Inc.'s Motion For Leave To Amend Answer And
5  Counterclaims To Plaintiff Synopsys, Inc.'s Third Amended Complaint ("Magma's Motion For
6  Leave To Amend"), and all other supporting and opposing arguments and papers, and finding
7  good cause,

8  **IT IS HEREBY ORDERED:**

9  Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File
10 Under Seal the entirety of Exhibits 15 and 16 to the Declaration of Michael Sapoznikow is
11 **GRANTED**, and the aforementioned exhibits will be filed under seal.

13 Dated: November 9, 2005

_____
The Honorable Maxine M. Chesney
United States District Judge