```
1   GEORGE A. RILEY (S.B. #118304) – griley@omm.com
    MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2   PETER OBSTLER (S.B. #171623) – pobstler@omm.com
    CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
3   LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
    NORA M. PUCKETT (pro hac vice) – npuckett@omm.com
4   O'MELVENY & MYERS LLP
    Embarcadero Center West
5   275 Battery Street
    San Francisco, CA  94111-3305
6   Telephone:    (415) 984-8700
    Facsimile:    (415) 984-8701
7
    Attorneys for Defendant and Counterclaimant
8   MAGMA DESIGN AUTOMATION, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, <br><br>          Plaintiff, <br><br>     v. <br><br> MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN, <br><br>          Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC <br><br> **MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN OPPOSITION TO PLAINTIFF SYNOPSYS, INC.'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT TO DISMISS JOINT OWNERSHIP DEFENSES AND COUNTERCLAIMS, AND TO DISMISS ALLEGATIONS OF CO-OWNERSHIP BASED ON JUDICIAL AND QUASI-ESTOPPEL** <br><br> [~~PROPOSED~~] ORDER |

   Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule

79-5 for leave to file under seal (1) portions of Magma's Memorandum of Points and Authorities

in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss

1  Joint Ownership Defenses and Counterclaims, (2) portions of Magma's Memorandum of Points
2  and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary
3  Judgment to Dismiss Allegations of Co-Ownership Based on Judicial and Quasi-Estoppel, (3)
4  the entirety of Exhibits 1-8, 10-17, 20-23, 26-33, 39, 41, 42, and 45 to the Declaration of
5  Christopher D. Catalano in Opposition to Synopsys's Motions for Partial Summary Judgment,
6  and (4) portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma's Oppositions
7  to Synopsys's Motions for Partial Summary Judgment ("Sarrafzadeh Declaration"), and (5)
8  Exhibit B to the Sarrafzadeh Declaration.  This motion is supported by the Declaration of
9  Christopher D. Catalano submitted herewith.

10       Magma's Oppositions to Synopsys's Motions for Partial Summary Judgment rely in part
11  on testimony and documents that contain confidential business, trade secret or personal
12  identifying information or have been designated as confidential under a Stipulated Protective
13  Order.  Pursuant to the agreement of the parties, and a Stipulated Protective Order with third party
14  International Business Machines Corporation ("IBM"), Magma seeks to file the following
15  documents and testimony under seal:

16       1.    Portions of Magma's Memorandum of Points and Authorities in Opposition to
17  Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Joint Ownership
18  Defenses and Counterclaims contain Magma's, Synopsys's and/or IBM's confidential business,
19  trade secret or personal identifying information and are properly sealable.

20       2.    Portions of Magma's Memorandum of Points and Authorities in Opposition to
21  Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Allegations of Co-
22  Ownership Based On Judicial and Quasi-Estoppel contain Magma's, Synopsys's and/or IBM's
23  confidential business, trade secret or personal identifying information and are properly sealable.

24       3.    Exhibits 20, 22, 23, 32, and 39 to the Catalano Declaration are documents
25  produced by IBM in this action and designated by IBM as Confidential or Attorneys and
26  Consultants Only under the Stipulated Protective Order because they contain confidential
27  business or trade secret information of IBM and are properly sealable.

28

4. Exhibits 10, 21, 26, 28, 31, and 45 to the Catalano Declaration are excerpts from the depositions of Joseph Hutt, Prabhakar Kudva, Anthony Drumm, IBM (30(b)(6) deposition), Leon Stok, and Patrick O'Connor, respectively, taken in this action and designated by IBM as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of IBM and are properly sealable.

5. Exhibits 3, 5, 8, 11-17, 27, 29, 30, 33, 41, and 42 to the Catalano Declaration are documents produced by Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

6. Exhibits 1 and 6 to the Catalano Declaration are the depositions transcripts of Synopsys (30(b)(6)) and Raul Camposano, respectively, taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

7. Exhibit 2 to the Catalano Declaration consists of excerpts from the deposition Narendra Shenoy taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

8. Portions of the Sarrafzadeh Declaration, and Exhibit B thereto, contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

Accordingly, this motion is made on the grounds that portions of Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Joint Ownership Defenses and Counterclaims, portions of Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Allegations of Co-Ownership Based on Judicial and Quasi-Estoppel, the entirety of Exhibits 1-8, 10-17, 20-23, 26-33, 39, 41, 42, and 45 to the Catalano Declaration, portions of the Sarrafzadeh Declaration, and Exhibit B to the Sarrafzadeh

1 | Declaration, contain confidential business, trade secret or personal identifying information or
2 | have been designated confidential and are properly sealable.

Dated: November 4, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**[~~PROPOSED~~] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Opposition to Plaintiff Synopsys, Inc.'s Motions for Partial Summary Judgment to Dismiss Joint Ownership Defenses and Counterclaims, and to Dismiss Allegations of Co-Ownership Based on Judicial and Quasi-Estoppel, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Joint Ownership Defenses and Counterclaims containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information;

(b) the portions of Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Allegations of Co-Ownership Based on Judicial and Quasi-Estoppel containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information;

(c) the entirety of Exhibits 1-8, 10-17, 20-23, 26-33, 39, 41, 42, and 45 to the Declaration of Christopher D. Catalano;

(d) the portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma's Oppositions to Synopsys's Motions for Partial Summary Judgment ("Sarrafzadeh Declaration") containing Synopsys's, and/or IBM's confidential business or trade secret information; and

(e) Exhibit B to the Sarrafzadeh Declaration,

is **GRANTED**, and the aforementioned exhibits, portions of Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Joint Ownership Defenses and Counterclaims, portions of

Magma's Memorandum of Points and Authorities in Opposition to Plaintiff Synopsys, Inc.'s Motion for Partial Summary Judgment to Dismiss Allegations of Co-Ownership Based on Judicial and Quasi-Estoppel, and portions of the Sarrafzadeh Declaration will be filed under seal.

Dated:  November 9, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:606939.1