Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA  94304-1013
Telephone:      650.813.4800
Facsimile:       650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>Defendant and Counter-Claimant. | Case No.  C 04-03923 MMC (JCS)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' OPPOSITION TO MAGMA'S MOTION FOR SUMMARY JUDGMENT AS TO THE FIRST CAUSE OF ACTION IN SYNOPSYS' THIRD AMENDED COMPLAINT** |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain documents submitted in connection with Synopsys' Opposition to Magma's Motion for Summary Judgment as to the First Cause of Action in Synopsys' Third Amended Complaint.

Having considered Synopsys' Administrative Motion, and for good cause appearing therefore, the Court GRANTS Synopsys' request and orders that the following documents are to be filed under seal:

/ / /

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING SYNOPSYS' OPP TO MAGMA'S MSJ AS TO THE FIRST CAUSE OF ACTION IN SYNOPSYS' THIRD AMENDED COMPLAINT ; CASE NO.: C 04-03923 MMC (JCS)

1

11894694

1.   the portions of the Declaration of David Harris, Ph.D. in Support of Synopsys' Opposition to Magma's Motions for Summary Judgment as to the First Cause of Action in Synopsys' Third Amended Complaint containing quotations from documents that have been designated "Highly Confidential" pursuant to the Stipulated Protective Order;

2.   the entirety of Exhibits 1, 3, 4, 5, 6 to the Declaration of Michael N. Edelman.

**IT IS SO ORDERED.**

Dated: November 9, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING SYNOPSYS' OPP TO MAGMA'S MSJ AS TO THE FIRST CAUSE OF ACTION IN SYNOPSYS' THIRD AMENDED COMPLAINT ; CASE NO.: C 04-03923 MMC (JCS)

2

11894694