1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C 04-03923 MMC (JCS)
13 |     Plaintiff and Counter-Defendant,    | **[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO THE DECLARATION OF PALLAB CHATTERJEE IN SUPPORT OF SYNOPSYS' MOTION FOR SANCTIONS PURSUANT TO RULE 11
14 | v.                                      |
15 | MAGMA DESIGN AUTOMATION, a Delaware corporation, |
16 |                                         |
17 |     Defendant and Counter-Claimant.     |

18

19 AND RELATED COUNTERCLAIMS

20

21       Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative

22 Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain

23 documents submitted in connection with Synopsys' Opposition to Magma's Motion for Summary

24 Judgment as to the First Cause of Action in Synopsys' Third Amended Complaint.

25       Having considered Synopsys' Administrative Motion, and for good cause appearing

26 therefore, the Court GRANTS Synopsys' request and orders that the following documents are to

27 be filed under seal:

28 / / /

1. the portions of the Declaration of Pallab Chatterjee containing quotations from documents that have been designated "Attorneys and Consultants Only";

2. the entirety of Exhibits B, C, D, F, and H to the Declaration of Pallab Chatterjee.

**IT IS SO ORDERED.**

Dated: November 15, 2005

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING SYNOPSYS' ADM. MOT. TO FILE DOCS. UNDER SEAL RELATING TO
SYNOPSYS' MOTION FOR SANCTIONS PURSUANT TO RULE 11; CASE NO.: C 04-03923 MMC (JCS)

2
10257225.1.LIT