GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:      (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                                Plaintiff,<br><br>                       v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, and LUKAS VAN GINNEKEN,<br><br>                                Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (CIVIL L.R. 7.9(a))**<br><br> **[~~PROPOSED~~] ORDER** |

1    Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule

2    79-5 for leave to file under seal portions of Magma's Memorandum of Points and Authorities in

3    Support of Defendant Magma's Motion for Leave to File Motion for Reconsideration and the

4    entirety of Exhibits 3-5, 10-12 and 14-16 to the Declaration of Anne E. Huffsmith in Support of

5    Defendant Magma's Motion for Leave to File Motion for Reconsideration ("Magma's Motion

6    For Leave").  This motion is supported by the Declaration of Anne E. Huffsmith submitted

7    herewith.

8    Magma's Motion For Leave relies in part on testimony and documents that contain highly

9    confidential business, trade secret or personal identifying information or have been designated as

10   confidential under a Stipulated Protective Order.  Pursuant to the request of Synopsys, Inc. and

11   resulting agreement and pursuant to a Stipulated Protective Order with third party International

12   Business Machines Corporation ("IBM"), Magma seeks to file the following documents and

13   testimony under seal:

14   1.    Portions of Magma's Memorandum of Points and Authorities in Support of

15   Defendant Magma's Motion for Leave to File Motion for Reconsideration contain Magma's,

16   Synopsys's and/or IBM's confidential business, trade secret or personal identifying information

17   and are properly sealable.

18   2.    Exhibits 5, 11 15, and 16 to the Huffsmith Declaration are documents produced by

19   Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the

20   Stipulated Protective Order because they contain confidential business or trade secret information

21   of Synopsys and/or IBM and are properly sealable.

22   3.    Exhibits 3, 4 and 10 to the Huffsmith Declaration consist of excerpts from the

23   deposition Synopsys's 30(b)(6) designee, Narendra Shenoy, Raul Camposano and Antun

24   Dominic taken in this action and designated by Synopsys as Attorneys and Consultants Only

25   under the Stipulated Protective Order because they contain confidential business or trade secret

26   information of Synopsys and/or IBM and are properly sealable.

27

28

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE:  MOTION FOR LEAVE FILE
MOTION FOR RECONSIDERATION  C-04-03923 MMC

4.        Exhibit 12 to the Huffsmith Declaration is a document produced by Magma in this action and designated by Magma as Attorneys and Consultants Only under the Stipulated Protective Order because it contains confidential business or trade secret information of Magma and/or IBM and is properly sealable.

5.        Exhibit 14 to the Huffsmith Declaration consists of a letter from Esther La to Christopher Catalano dated October 20, 2005.  That letter discloses the name of a third party whose identity Synopsys has asserted is confidential business information.

Accordingly, this motion is made on the grounds that portions of Magma's Memorandum of Points and Authorities in Support of Defendant Magma's Motion for Leave to File Motion for Reconsideration and the entirety of Exhibits 3-5, 10-12 and 14-16 to the Declaration of Anne E. Huffsmith in Support of Defendant Magma's Motion for Leave contain highly confidential business, trade secret or personal identifying information or have been designated confidential and are properly sealable.

Dated:  November 8, 2005                         GEORGE A. RILEY
                                                 PETER OBSTLER
                                                 CHRISTOPHER D. CATALANO
                                                 LUANN L. SIMMONS
                                                 O'MELVENY & MYERS LLP


                                                 By:  /s/ Anne E. Huffsmith
                                                      Anne E. Huffsmith

                                                 Attorneys for Defendant and Counterclaimant
                                                 MAGMA DESIGN AUTOMATION, INC.

1

**[PROPOSED] ORDER**

2        Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to

3  File Under Seal Certain Documents Submitted In Support of Defendant Magma's Motion for

4  Leave to File Motion for Reconsideration ("Magma's Motion For Leave"), and all other

5  supporting and opposing arguments and papers, and finding good cause,

6        **IT IS HEREBY ORDERED:**

7        Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File

8  Under Seal portions of Magma's Memorandum of Points and Authorities in Support of Defendant

9  Magma's Motion for Leave to File Motion for Reconsideration and the entirety of Exhibits 3-5,

10  10-12 and 14-16 to the Declaration of Anne E. Huffsmith in Support of Defendant Magma's

11  Motion for Leave is **GRANTED**, and the aforementioned exhibits will be filed under seal.

12

13  Dated: <u>November 15, 2005</u>

14                                The Honorable Maxine M. Chesney

15                                 United States District Judge

16  SF1:607514.1

17

18

19

20

21

22

23

24

25

26

27

28