IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>MAGMA DESIGN AUTOMATION, INC., <br><br>    Defendant. <br>_____/ | No. C-04-3923 MMC <br><br>**ORDER GRANTING MAGMA'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br>(Docket No. 650) |

    Before the Court is defendant Magma Design Automation, Inc.'s ("Magma") motion, filed November 8, 2005, for leave to file a motion for reconsideration of the Court's October 19, 2005 order striking, <u>inter alia</u>, Magma's inequitable conduct and unclean hands affirmative defenses. Magma seeks leave to amend its answer to assert new inequitable conduct and unclean hands defenses based on information recently produced in discovery by Synopsys.

    With respect to the inequitable conduct defense, Magma contends the '446 and '438 patents are unenforceable because Synopsys failed to disclose to the United States Patent and Trademark Office ("PTO") that IBM and Synopsys jointly developed a software system known as Synzilla that reduced to practice the inventions claimed in those patents, and that Synopsys offered to license Synzilla to a customer more than one year before the

1  filing date of the relevant patent application.  Magma also contends the same evidence
2  supports a defense that Synopsys's claims are barred by the doctrine of unclean hands.
3  Magma states the above-referenced information with respect to the joint development of
4  Synzilla, and Synopsys's offer to license Synzilla, was not disclosed to Magma until after
5  briefing closed on the motion addressed in the Court's October 19, 2005 order.

6  Magma's motion for leave to file a motion for reconsideration of the Court's
7  October 19, 2005 order, to the extent such order struck Magma's inequitable conduct and
8  unclean hands affirmative defenses, is hereby GRANTED.  Any such motion shall address
9  why Magma contends Synopsys owed a duty of disclosure to the PTO in connection with
10  the prosecution of the '446 and '438 patents despite Synopsys's lack of involvement in the
11  prosecution of those patents.

12  **IT IS SO ORDERED.**

13  Dated: November 18, 2005                    MAXINE M. CHESNEY
                                                United States District Judge