# [PROPOSED] ORDER

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Support of Magma's Opposition to Synopsys, Inc.'s Motion to Establish Scope of Magma's Privilege Waivers, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal

the entirety of Exhibits 9-16 and 31 to the Declaration of Christopher D. Catalano in support of Magma's Opposition to Synopsys, Inc.'s Motion to Establish Scope of Magma's Privilege Waivers

is **GRANTED**, and the aforementioned exhibits will be filed under seal.

Dated:  Nov. 22, 2005

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

SF1:608961.1