GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC (JCS)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: MOTION TO COMPEL DEADLINE** |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Magma Design Automation, Inc. ("Magma") as follows:

WHEREAS, the Court's January 21, 2005 Pretrial Preparation Order set November 10, 2005, as the fact discovery cut-off;

WHEREAS, pursuant to Civil Local Rule 26-2, the deadline for motions to compel fact discovery is November 22, 2005;

WHEREAS, the parties require additional time to attempt to resolve the outstanding issues regarding fact discovery without the need to involve the Court;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, Magma and Synopsys hereby stipulate as follows:

The deadline to file any motions to compel fact discovery is extended to December 15, 2005;

Both parties do not waive and expressly reserve their rights to oppose any motion to compel on the grounds that the motion was not filed within a reasonable time after the alleged discovery deficiency occurred, except that neither party will argue that the motion was not timely filed solely on the ground that the motion was filed after the original deadline for motions to compel fact discovery.

IT IS SO STIPULATED.

Dated: November 22, 2005

        GEORGE A. RILEY
        MARK E. MILLER
        PETER OBSTLER
        CHRISTOPHER D. CATALANO
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

Dated: November 22, 2005

        CHRIS SCOTT GRAHAM
        MICHAEL N. EDELMAN
        DECHERT LLP


By: /s/ Michael Edelman
      Michael Edelman

Attorneys for Plaintiff SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Edelman.

Dated: November 22, 2005

        GEORGE A. RILEY
        MARK E. MILLER
        PETER OBSTLER
        CHRISTOPHER D. CATALANO
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

1 **[~~PROPOSED~~] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3

4

5  Dated: November 23, 2005

   _____
   Honorable Joseph C. Spero
6  United States Magistrate Judge

7

8  SF1:609191.1