```
 1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
    MARK E. MILLER (S.B. #130200) – markmiller@omm.com
 2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
    CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
 3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
    NORA M. PUCKETT (pro hac vice) – npuckett@omm.com
 4  O'MELVENY & MYERS LLP
    Embarcadero Center West
 5  275 Battery Street
    San Francisco, CA  94111-3305
 6  Telephone:    (415) 984-8700
    Facsimile:    (415) 984-8701
 7
    Attorneys for Defendant and Counterclaimant
 8  MAGMA DESIGN AUTOMATION, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. C04-03923 MMC**<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO THE FIRST CAUSE OF ACTION IN SYNOPSYS, INC.'S THIRD AMENDED COMPLAINT**<br><br>**[PROPOSED] ORDER** |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal (1) Magma's Reply Memorandum in Further Support of Its Motion for Summary Judgment as to the First Cause of Action in Synopsys, Inc.'s Third

Amended Complaint, (2) portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma's Reply Memorandum ("Sarrafzadeh Declaration"); (3) Exhibit B to the Sarrafzadeh Declaration; (4) portions of the Declaration of Lukas van Ginneken ("van Ginneken Declaration"); and (5) Exhibit A to the van Ginneken Declaration.  This motion is supported by the Declaration of Nora M. Puckett submitted herewith.

Magma's Reply Memorandum in Further Support of Its Motion for Summary Judgment as to the First Cause of Action in Synopsys, Inc.'s Third Amended Complaint relies in part on testimony and documents that contain confidential business, trade secret or personal identifying information or have been designated as confidential under a Stipulated Protective Order.  Pursuant to the agreement of the parties, and a Stipulated Protective Order with third party International Business Machines Corporation ("IBM"), Magma seeks to file the following documents and testimony under seal:

1. Portions of Magma's Reply Memorandum in Further Support of Its Motion for Summary Judgment as to the First Cause of Action in Synopsys, Inc.'s Third Amended Complaint contain Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information and are properly sealable.

2. Portions of the Sarrafzadeh Declaration, and Exhibit B thereto, contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

3. Portions of the van Ginneken Declaration, and Exhibit A thereto, contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

Accordingly, this motion is made on the grounds that portions of Magma's Reply Memorandum in Further Support of Its Motion for Summary Judgment as to the First Cause of Action in Synopsys, Inc.'s Third Amended Complaint, portions of the Sarrafzadeh Declaration, Exhibit B to the Sarrafzadeh Declaration, portions of the van Ginneken Declaration, and Exhibit

A to the van Ginneken Declaration, contain confidential business, trade secret or personal identifying information or have been designated confidential and are properly sealable.

Dated:  November 14, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Nora M. Puckett
       Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

1 **[PROPOSED] ORDER**

2 Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to
3 File Under Seal Certain Documents Submitted in Further Support of Its Motion for Summary
4 Judgment as to the First Cause of Action in Synopsys, Inc.'s Third Amended Complaint, and all
5 other supporting and opposing arguments and papers, and finding good cause,

6 **IT IS HEREBY ORDERED:**

7 Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File
8 Under Seal:

9 (a) the portions of Magma's Reply Memorandum in Further Support of Its Motion for
10 Summary Judgment as to the First Cause of Action in Synopsys, Inc.'s Third Amended
11 Complaint containing Magma's, Synopsys's and/or IBM's confidential business, trade
12 secret or personal identifying information;

13 (b) the portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma's
14 Oppositions to Synopsys's Motions for Partial Summary Judgment ("Sarrafzadeh
15 Declaration") containing Synopsys's, and/or IBM's confidential business or trade secret
16 information;

17 (c) Exhibit B to the Sarrafzadeh Declaration containing Synopsys's, and/or IBM's
18 confidential business or trade secret information;

19 (d) the portions of the Declaration of Lukas van Ginneken ("van Ginneken Declaration")
20 containing Synopsys's, and/or IBM's confidential business or trade secret information;
21 and

22 (e) Exhibit A to the van Ginneken Declaration containing Synopsys's, and/or IBM's
23 confidential business or trade secret information,

24 is **GRANTED**, and the aforementioned exhibits, portions of Magma's Reply
25 Memorandum in Further Support of Its Motion for Summary Judgment as to the First
26 Cause of Action in Synopsys, Inc.'s Third Amended Complaint, portions of the

27 / /
28 / /

1  Sarrafzadeh Declaration, and portions of the van Ginneken Declaration will be filed
2  under seal.
3  Dated:  November 28, 2005

4  _____
   THE HONORABLE MAXINE M. CHESNEY
5  UNITED STATES DISTRICT JUDGE

6  SF1:608221.1

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE MAGMA'S MSJ REPLY MEMO
C-04-03923 MMC