Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA  94304-1013
Telephone:	650.813.4800
Facsimile:	650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>      Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>      Defendant and Counter-Claimant. | Case No.  C 04-03923 MMC (JCS)<br><br>**[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' REPLY BRIEFS REGARDING JUDICIAL & QUASI-ESTOPPEL, ESTOPPEL BY CONTRACT, CO-OWNERSHIP, AND PRELIMINARY INJUNCTION |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain documents submitted in connection with Synopsys' Reply Briefs Regarding Judicial & Quasi-Estoppel, Estoppel by Contract, Co-Ownership, and Preliminary Injunction.

Having considered Synopsys' Administrative Motion, and for good cause appearing therefore, the Court GRANTS Synopsys' request and orders that the following documents are to be filed under seal:

[[PROPOSED] ORDER GRANTING SYNOPSYS' ADM. MOT. TO FILE DOCS. UNDER SEAL RELATING TO SYNOPSYS' REPLY BRIEFS REGARDING JUDICIAL & QUASI-ESTOPPEL, ESTOPPEL BY CONTRACT, CO-OWNERSHIP, AND PRELIMINARY INJUNCTION; CASE NO.: C 04-03923 MMC (JCS)         1

10276372

1. the entirety of Exhibit 7 to the Consolidated Declaration of Chris Scott Graham in Support of Synopsys' Reply Briefs Regarding Judicial & Quasi-Estoppel, Estoppel by Contract, Co-Ownership, and Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: November 28, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[[PROPOSED] ORDER GRANTING SYNOPSYS' ADM. MOT. TO FILE DOCS. UNDER SEAL RELATING TO SYNOPSYS' REPLY BRIEFS REGARDING JUDICIAL & QUASI-ESTOPPEL, ESTOPPEL BY CONTRACT, CO-OWNERSHIP, AND PRELIMINARY INJUNCTION; CASE NO.: C 04-03923 MMC (JCS)

2

10276372