**United States District Court**
For the Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    SYNOPSYS, INC.,                          No. C-04-3923 MMC (JCS)
8            Plaintiff(s),
                                             **ORDER RE MOTION TO ESTABLISH**
9        v.                                  **SCOPE OF MAGMA'S PRIVILEGE**
                                             **WAIVERS**
10   MAGMA DESIGN AUTOMATION, INC.,
11           Defendant(s).
12   _____/
13           Synopsys, Inc. has filed a Motion to Establish Scope of Magma's Privilege Waivers (the
14   "Motion").  The Court notes that despite the fact that at least some of the disputes raised in the Motion
15   have been at issue between the parties since January of this year, Synopsys filed the Motion at the close of
16   non-expert discovery, seeking, *inter alia*, not only the production of documents, but also to re-depose
17   many witnesses.  In addition, the parties have filed a stipulation and proposed order re motion to compel
18   deadline, seeking to move the deadline for the filing of motions to compel fact discovery to December 15,
19   2005.  The stipulation and  the motion come before this Court against a backdrop of the repeated inability
20   of counsel to reach agreement on many questions concerning the timing and scope of discovery.  Many of
21   these matters should, in the Court's view, have been resolved between counsel.
22           Accordingly, the Court enters the following ORDER:
23           1.      In light of the delay in filing the Motion, and the Court's calendar, the hearing date on the
24   Motion is continued to **January 27, 2006, at 1:30 p.m.**
25           2.      The Court has signed the Stipulation.
26           3.       The Court reserves the right to deny any motion to compel on the basis that, notwithstanding
27   the stipulation, it was brought too late in the case.  In addition, the Court reserves the right, if discovery
28

motions are filed that, in the Court's view, concern matters that should be worked out between counsel, to appoint a special master for all remaining discovery issues in this case.

IT IS SO ORDERED.

Dated: November 29, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2