IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |

TO DEFENDANT MAGMA DESIGN AUTOMATION AND ITS COUNSEL OF RECORD:

You, your officers, agents, servants, employees, attorneys, and those in active concert or participation with you or them, are hereby RESTRAINED AND ENJOINED, pending this Court's final determination of the ownership of United States Patent Nos. 6,453,446 and 6,725,438 (the "Patents"), from:

1. Taking any steps with the United States Patent and Trademark Office ("PTO") to destroy, abandon, suspend, limit, or disclaim the Patents or any part thereof;

2. Seeking reexamination of the Patents;

3. Failing or refusing to pay the administrative or maintenance fees for the Patents; and

4. Corresponding with, including sending or receiving correspondence from, the

1  PTO regarding the Patents, without providing a copy of such correspondence within five
2  days to Synopsys.
3     The above preliminary injunction is effective immediately.  No undertaking is
4  required.
5  **IT IS SO ORDERED.**
6  Dated: December 1, 2005                    MAXINE M. CHESNEY
                                              United States District Judge