Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA 94304-1013
Telephone: 650.813.4800
Facsimile: 650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>Defendant and Counter-Claimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 04-03923 MMC (JCS)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' REPLY IN SUPPORT OF MOTION TO ESTABLISH SCOPE OF MAGMA'S PRIVILEGE WAIVERS** |

[PROPOSED] ORDER GRANTING SYNOPSYS MOT. TO FILE DOCS. UNDER SEAL RELATING TO REPLY IN SUPPORT OF MOTION TO ESTABLISH SCOPE OF MAGMA'S PRIVILEGE WAIVERS;
CASE NO.: C 04-03923 MMC (JCS)

1

10284985.1.LIT

Dechert LLP
Attorneys At Law
Palo Alto

Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain documents submitted in connection with Synopsys' Reply in Support of Motion to Establish Scope of Magma's Privilege Waivers. Having considered Synopsys' Administrative Motion, and for good cause appearing therefore, the Court GRANTS Synopsys' request and orders that Exhibit A-D to the Edelman Reply Declaration are to be filed under seal.

**IT IS SO ORDERED.**

Dated: November 30, 2005

HON. JOSEPH SPERO
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING SYNOPSYS MOT. TO FILE DOCS. UNDER SEAL RELATING TO REPLY IN SUPPORT OF MOTION TO ESTABLISH SCOPE OF MAGMA'S PRIVILEGE WAIVERS;
CASE NO.: C 04-03923 MMC (JCS)

2

10284985.1.LIT

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO