GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:      (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>                    Defendant and<br>                    Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S OPPOSITION TO MOTION FOR SANCTIONS**<br><br>**[PROPOSED] ORDER** |

1       Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule

2   79-5 for leave to file under seal portions of Magma's Opposition To Motion For Sanctions

3   ("Magma's Opposition"); portions of the Declaration of Majid Sarrafzadeh in Support of

4   Magma's Opposition To Motion For Sanctions; and the entirety of Exhibits 1 and 3 to the

5   Declaration of Mark E. Miller in Support of Defendant Magma Design Automation, Inc.'s

6   Opposition To Motion For Sanctions.  This motion is supported by the Declaration of Mark E.

7   Miller In Support of Magma Design Automation, Inc.'s Opposition to Motion for Sanctions

8   ("Miller Declaration") submitted herewith.

9       Magma's Opposition relies in part on testimony that contains highly confidential business,

10  trade secret or personal identifying information or has been designated as confidential under a

11  Stipulated Protective Order.  Pursuant to the request of Synopsys, Inc. and resulting agreement

12  and pursuant to a Stipulated Protective Order with third party International Business Machines

13  Corporation ("IBM"), Magma seeks to file the following documents and testimony under seal:

14      1.      Portions of Magma's Memorandum of Points and Authorities in Support of

15  Defendant Magma's Opposition to Motion for Sanctions contain Magma's, Synopsys's and/or

16  IBM's confidential business, trade secret or personal identifying information and are properly

17  sealable.

18      2.      Portions of the Declaration of Majid Sarrafzadeh in Support of Defendant

19  Magma's Opposition to Motion for Sanctions contain Magma's, Synopsys's and/or IBM's

20  confidential business, trade secret or personal identifying information and are properly sealable.

21      3.      Exhibit 1 to the Miller Declaration consists of excerpts from the transcript of the

22  deposition of Premal Buch taken in this action and designated by Magma as Attorneys and

23  Consultants Only under the Stipulated Protective Order because it contains confidential business

24  or trade secret information of Magma and is properly sealable.

25

26      4.      Exhibit 3 to the Miller Declaration consists of excerpts from the transcript of the

27  deposition of Synopsys's 30(b)(6) designee, Robert Damiano, taken in this action and designated

28  by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because it

1  contains confidential business or trade secret information of Synopsys and/or IBM and is properly

2  sealable.

3      Accordingly, this motion is made on the grounds that portions of Magma's Opposition To

4  Motion For Sanctions ("Magma's Opposition"); portions of the Declaration of Majid Sarrafzadeh

5  in Support of Magma's Opposition To Motion For Sanctions; and the entirety of Exhibits 1 and 3

6  to the Miller Declaration contain highly confidential business, trade secret or personal identifying

7  information or have been designated confidential and are properly sealable.

8

9      Dated:  November 28, 2005          GEORGE A. RILEY

10                                         PETER OBSTLER
                                           CHRISTOPHER D. CATALANO
11                                         LUANN L. SIMMONS
                                           O'MELVENY & MYERS LLP

12

13                                         By:  /s/ Mark E. Miller
                                                    Mark E. Miller
14
                                           Attorneys for Defendant and Counterclaimant
15                                         MAGMA DESIGN AUTOMATION, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to

3    File Under Seal Certain Documents Submitted In Support of Defendant Magma Design

4    Automation, Inc.'s Opposition To Motion For Sanctions ("Magma's Opposition"), and all other

5    supporting and opposing arguments and papers, and finding good cause,

6        **IT IS HEREBY ORDERED:**

7        Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File

8    Under Seal portions of Magma's Opposition To Motion For Sanctions ("Magma's Opposition");

9    portions of the Declaration of Majid Sarrafzadeh in Support of Magma's Opposition To Motion

10   For Sanctions; and the entirety of Exhibits 1 and 3 to the Declaration of Mark E. Miller in

11   Support of Defendant Magma's Opposition is **GRANTED**, and the aforementioned exhibits will

12   be filed under seal.

13

14   Dated:  December 2, 2005

15                                                   The Honorable Maxine M. Chesney
                                                     United States District Judge
16

17   SF1:609515.1

18

19

20

21

22

23

24

25

26

27

28