| | |
|---|---|
| 1 | Chris Scott Graham (State Bar No. 114498) |
|   | chris.scott.graham@dechert.com |
| 2 | Michael N. Edelman (State Bar No. 180948) |
|   | michael.edelman@dechert.com |
| 3 | **DECHERT LLP** |
|   | 1117 California Avenue |
| 4 | Palo Alto, CA  94304-1013 |
|   | Telephone:     650.813.4800 |
| 5 | Facsimile:      650.813.4848 |
| 6 | Attorneys for Plaintiff and Counter-Defendant, |
|   | SYNOPSYS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | Case No.  C 04-03923 MMC (JCS) |
| Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' OPPOSITION TO MAGMA'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND COUNTERCLAIMS TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain documents submitted in connection with Synopsys' Opposition to Magma's Motion for Leave to Amend Its Answer and Counterclaims to Plaintiff's Third Amended Complaint.

Having considered Synopsys' Administrative Motion, and for good cause appearing therefore, the Court GRANTS Synopsys' request and orders that the following documents are to be filed under seal:

/ / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORD. GRANTING SYNOPSYS' MOT. TO FILE UNDER SEAL DOCS RELATING TO OPP. TO MOT . FOR LEAVE TO AMEND ITS ANS. & COUNTERCLAIMS TO 3RD AMENDED COMPLAINT; CASE NO.: C 04-03923 MMC (JCS)    10283547.1.LIT

1.     the entirety of Exhibits 4, 5, and 22 to the Declaration of Michael N. Edelman;

**IT IS SO ORDERED.**

Dated: December 2, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Dechert LLP
Attorneys At Law
Palo Alto

[PROPOSED] ORD. GRANTING SYNOPSYS' MOT. TO FILE UNDER SEAL DOCS RELATING TO OPP. TO MOT. FOR LEAVE TO AMEND ITS ANS. & COUNTERCLAIMS TO 3RD AMENDED COMPLAINT; CASE NO.: C 04-03923 MMC (JCS)   10283547.1.LIT   2