1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
   MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
   NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
4  O'MELVENY & MYERS LLP
   Embarcadero Center West
5  275 Battery Street
   San Francisco, CA  94111-3305
6  Telephone:     (415) 984-8700
   Facsimile:      (415) 984-8701
7
   Attorneys for Defendant and Counterclaimant
8  MAGMA DESIGN AUTOMATION, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   | | |
   |---|---|
   | SYNOPSYS, INC., a Delaware Corporation, | **Case No. C04-03923 MMC** |
   | Plaintiff, | **MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF DR. DAVID HARRIS AND RICHARD RUDELL** |
   | v. | |
   | MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN, | |
   | Defendants. | |
   | | **[PROPOSED] ORDER** |
   | AND RELATED COUNTERCLAIMS. | |

    Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule
79-5 for leave to file under seal (1) Defendant Magma Design Automation, Inc.'s Evidentiary
Objections to the Declarations of Dr. David Harris and Richard Rudell ("Magma's Evidentiary
Objections"); and (2) Exhibits 1 and 2 to the Declaration of Nora M. Puckett in Support of

                                    1                  MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
                                                       DOCUMENTS RE MAGMA'S EVID. OBJ.
                                                       C-04-03923 MMC

1  Magma's Evidentiary Objections ("Puckett Declaration").

2      Magma's Evidentiary Objections rely in part on testimony that contain confidential business, trade secret or personal identifying information or have been designated as confidential under a Stipulated Protective Order.  Pursuant to the agreement of the parties, and a Stipulated Protective Order with third party International Business Machines Corporation ("IBM"), Magma seeks to file the following documents and testimony under seal:

    1.    Portions of Magma's Evidentiary Objections contain Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information and are properly sealable.

    2.    Exhibits 1 and 2 to the Puckett Declaration contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

    Accordingly, this motion is made on the grounds that portions of Magma's Evidentiary Objections and Exhibit 1 and 2 to the Puckett Declaration contain confidential business, trade secret or personal identifying information or have been designated confidential and are properly sealable.

Dated:  December 1, 2005

GEORGE A. RILEY  
MARK E. MILLER  
PETER OBSTLER  
CHRISTOPHER D. CATALANO  
LUANN L. SIMMONS  
NORA M. PUCKETT  
O'MELVENY & MYERS LLP

By: /s/ Nora M. Puckett  
    Nora M. Puckett

Attorneys for Defendant and Counterclaimant  
MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted in Support of Its Evidentiary Objections to the Declarations of Dr. David Harris and Richard Rudell, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Magma's Evidentiary Objections to the Declarations of Dr. David Harris and Richard Rudell containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information;

(b) Exhibits 1 and 2 to the Declaration of Nora M. Puckett in Support of Magma's Evidentiary Objections containing Synopsys's, and/or IBM's confidential business or trade secret information;

is **GRANTED**, and the aforementioned exhibits, portions of Magma's Evidentiary Objections to the Declarations of Dr. David Harris and Richard Rudell and Exhibits 1 and 2 to the Declaration of Nora M. Puckett in Support of Magma's Evidentiary Objections will be filed under seal.

Dated:  December 6, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:610269.1