GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:      (415) 984-8700
Facsimile:       (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. C04-03923 MMC**<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S REPLY TO SYNOPSYS, INC.'S EVIDENTIARY OBJECTIONS**<br><br>**[PROPOSED] ORDER** |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal (1) Defendant Magma Design Automation, Inc.'s Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections "("Magma's Reply"); and (2) exhibits 1 and 2 to the Declaration of Nora M. Puckett in Support of Magma's Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections ("Puckett Declaration").

1  Magma's Reply relies in part on testimony that contain confidential business, trade secret
2  or personal identifying information or have been designated as confidential under a Stipulated
3  Protective Order.  Pursuant to the agreement of the parties, and a Stipulated Protective Order with
4  third party International Business Machines Corporation ("IBM"), Magma seeks to file the
5  following documents and testimony under seal:
6  1. Portions of Magma's Reply contain Magma's, Synopsys's and/or IBM's
7  confidential business, trade secret or personal identifying information and are properly sealable.
8  2. Exhibits 1 and 2 to the Puckett Declaration contain confidential business or trade
9  secret information of Synopsys and/or IBM and are properly sealable.
10  Accordingly, this motion is made on the grounds that portions of Magma's Reply to
11  Plaintiff Synopsys, Inc.'s Evidentiary Objections and Exhibit 1 and 2 to the Puckett Declaration
12  contain confidential business, trade secret or personal identifying information or have been
13  designated confidential and are properly sealable.

Dated:  December 1, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By:  /s/ Nora M. Puckett
     Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

1 **[PROPOSED] ORDER**

2   Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to
3 File Under Seal Certain Documents Submitted in Support of Its Reply to Plaintiff Synopsys,
4 Inc.'s Evidentiary Objections, and all other supporting and opposing arguments and papers, and
5 finding good cause,

6   **IT IS HEREBY ORDERED:**

7   Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File
8 Under Seal:

9   (a) the portions of Magma's Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections
10   containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or
11   personal identifying information;

12   (b) Exhibits 1 and 2 to the Declaration of Nora M. Puckett in Support of Magma's Reply
13   to Plaintiff Synopsys, Inc.'s Evidentiary Objections containing Synopsys's, and/or IBM's
14   confidential business or trade secret information;

15 is **GRANTED**, and the aforementioned exhibits, portions of Magma's Reply to Plaintiff
16 Synopsys, Inc.'s Evidentiary Objections and Exhibits 1 and 2 to the Declaration of Nora
17 M. Puckett in Support of Magma's Reply to Plaintiff Synopsys, Inc.'s Evidentiary
18 Objections will be filed under seal.

20 Dated: December 6, 2005

21   _____
    THE HONORABLE MAXINE M. CHESNEY
22   UNITED STATES DISTRICT JUDGE

23 SF1:610144.1