1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   975 Page Mill Road
4  Palo Alto, CA  94304-1106
   Telephone:     650.813.4800
5  Facsimile:      650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C  04-03923 MMC (JCS)
13 | Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFIED DEPOSITION AND BRIEFING SCHEDULE**
14 | v. |
15 | MAGMA DESIGN AUTOMATION, a Delaware corporation, |
16 | |
17 | Defendant and Counter-Claimant. |
18 | AND RELATED COUNTERCLAIMS |

19

20     WHEREAS, the deposition of Rajeev Madhavan was previously scheduled for December

21 6, 2005,

22     WHEREAS, Magma has indicated that Mr. Madhavan is no longer available for

23 deposition on December 6, 2005, but is available for deposition on December 14, 2005,

24     WHEREAS, Synopsys has expressed concern that this change would leave insufficient

25 time between the date of Mr. Madvahan's deposition on December 14 and the December 16

26 deadline for opposition to Magma's pending Motion For Summary Judgment As To The Second

27 Through Sixth Causes Of Action In Synopsys' Second Amended Complaint,

28 / / /

Dechert LLP
Attorneys At Law
Palo Alto

STIPULATION AND [PROPOSED] ORDER RE MODIFIED DEPOSITION AND
BRIEFING SCHEDULE ; CASE NO: C-04-03923 MMC (JCS)                                          12167831.1.BUS

NOW, THEREFORE, the parties agree and stipulate as follows:

1. Mr. Madhavan's deposition shall be continued from December 6, 2005 to December 14, 2005;

2. The deadline for filing and service of Synopsys' opposition to Magma's Motion For Summary Judgment As To The Second Through Sixth Causes Of Action In Synopsys' Second Amended Complaint shall be extended to December 20, 2005; and

3. The deadline for Magma's reply in support of its summary judgment motion shall remain on January 13, 2006, and the hearing on Magma's motion shall remain on January 27, 2006, subject to the convenience of the Court.

Dated: December 6, 2005              DECHERT LLP

By: /s/Michael N. Edelman
    Chris Scott Graham
    Michael N. Edelman
    Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

Dated: December 6, 2005              O'MELVENY & MYERS LLP

By: /s/Luann Simmons
    George Riley
    Mark Miller
    Luann Simmons
    Attorneys for Defendant and Counter-Claimant,
    MAGMA DESIGN AUTOMATION, INC.

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 6__, 2005

Maxine M. Chesney
United States District Court Judge