1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

7

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C 04-03923 MMC (JCS)
13 |     Plaintiff and Counter-Defendant,    | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO REPLY IN SUPPORT OF SYNOPSYS' MOTION FOR SANCTIONS AGAINST DEFENDANT MAGMA DESIGN AUTOMATION, INC. UNDER FED. R. CIV. P. 11 FOR THE FILING OF FRIVOLOUS DENIALS, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**
14 | v.                                      |
15 | MAGMA DESIGN AUTOMATION, a Delaware corporation, |
16 |                                          |
17 |     Defendant and Counter-Claimant.     |
18 |                                          |
19
20 | AND RELATED COUNTERCLAIMS               |

21

22        Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative

23 Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain

24 documents submitted in connection with Synopsys' Motion for Sanctions Against Defendant

25 Magma Design Automation, Inc. Under Fed. R. Civ. P. 11 for the Filing of Frivolous Denials,

26 Affirmative Defenses and Counterclaims.

27        Having considered Synopsys' Administrative Motion, and for good cause appearing

28 therefore, the Court GRANTS Synopsys' request and orders that the following documents are to

---

[PROPOSED] ORDER GRANTING SYNOPSYS MOT. TO FILE DOCS. UNDER SEAL RELATING TO REPLY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST MAGMA UNDER FED. R. CIV. P. 11 FOR FILING OF FRIVOLOUS DENIALS, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; CASE NO.: C-04-03923 MMC (JCS)

1

12167715.1

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

1 | be filed under seal:

2 |     1.    Portions of the Declaration of David Harris In Support Of Synopsys' Reply In
3 | Support of Motion for Sanctions.

4 |     2.    <u>Exhibit B</u> to the Declaration of David Harris In Support Of Synopsys' Reply In
5 | Support of Motion for Sanctions.

6 |     3.    <u>Exhibit B</u> to the Declaration of Michael Edelman In Support of Synopsys' Reply In
7 | Support of Motion for Sanctions ("Edelman Reply Decl.").

**IT IS SO ORDERED.**

Dated: December 8, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING SYNOPSYS MOT. TO FILE DOCS. UNDER SEAL RELATING TO REPLY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST MAGMA UNDER FED. R. CIV. P. 11 FOR FILING OF FRIVOLOUS DENIALS, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS; CASE NO.: C-04-03923 MMC (JCS)

2

12167715.1

Dechert LLP
Attorneys At Law
Palo Alto