GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                         Plaintiff,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>                         Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS TO PLAINTIFF SYNOPSYS, INC.'S THIRD AMENDED COMPLAINT**<br><br>[~~PROPOSED~~] ORDER |

   Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal (1) portions of Magma's Reply In Support Of Its Motion For Leave To Amend Answer And Counterclaims To Plaintiff Synopsys, Inc.'s Third Amended Complaint ("Reply"), and (2) the entirety of Exhibits 11, 13, and 15 to the Declaration of

Christopher D. Catalano ("Catalano Declaration") In Support Of Magma Design Automation, Inc.'s Reply In Support Of Its Motion For Leave To Amend Answer And Counterclaims To Plaintiff Synopsys, Inc.'s Third Amended Complaint. This motion is supported by the Declaration of Christopher D. Catalano submitted herewith.

Magma's Reply relies in part on testimony and documents that contain confidential business or trade secret information or have been designated as confidential under a Stipulated Protective Order. Magma seeks to file the following documents and testimony under seal:

1. Portions of the Reply reference documents and testimony that contain Synopsys's, IBM's, Intel's, Ambit's, WebTV's, Yago Systems's, SEVA Technologies's, interHDL's, Advanced Logic Corp.'s, and/or Cadence's confidential business or trade secret information and are properly sealable.

2. Exhibit 10 to the Catalano Declaration contains excerpts from the deposition of Synopsys's 30(b)(6) designee Robert Damiano taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys, Intel, and/or IBM and are properly sealable.

3. Exhibit 12 to the Catalano Declaration contains copies of agreements designated by Cadence as Confidential under the Stipulated Protective Order because they contain confidential business or trade secret information of Ambit, WebTV, Yago Systems, SEVA Technologies, interHDL, Advanced Logic Corp., and Cadence and are properly sealable.

Accordingly, this motion is made on the grounds that portions of the Reply and the entirety of Exhibits 10 and 12 to the Catalano Declaration contain confidential business or trade secret information or have been designated confidential under the Stipulated Protective Order and are properly sealable.

| | | |
|---|---|---|
| 1 | Dated:  December 2, 2005 | GEORGE A. RILEY |
| 2 | | MARK E. MILLER |
| | | PETER OBSTLER |
| 3 | | CHRISTOPHER D. CATALANO |
| | | LUANN L. SIMMONS |
| 4 | | NORA M. PUCKETT |
| | | O'MELVENY & MYERS LLP |

By:  /s/ Christopher D. Catalano
           Christopher D. Catalano

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

1           **[PROPOSED] ORDER**

2           Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to

3   File Under Seal Certain Documents Submitted In Support of Magma's Reply In Support Of Its

4   Motion For Leave To Amend Answer And Counterclaims To Plaintiff Synopsys, Inc.'s Third

5   Amended Complaint, and all other supporting and opposing arguments and papers, and finding

6   good cause,

7           **IT IS HEREBY ORDERED:**

8           Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File

9   Under Seal:

10          (a) the portions of Magma's Reply In Support Of Its Motion For Leave To Amend

11          Answer And Counterclaims To Plaintiff Synopsys, Inc.'s Third Amended Complaint

12          ("Reply") containing Synopsys's, IBM's, Intel's, Ambit's, WebTV's, Yago Systems's,

13          SEVA Technologies's, interHDL's, Advanced Logic Corp.'s, and/or Cadence's

14          confidential business or trade secret information; and

15          (b) the entirety of Exhibits 10 and 12 to the Declaration of Christopher D. Catalano;

16

17          is **GRANTED**, and the aforementioned exhibits and portions of the Reply will be filed

18          under seal.

19

20  Dated:  December 8, 2005

21                                                          _____
                                                            THE HONORABLE MAXINE M. CHESNEY
22                                                          UNITED STATES DISTRICT JUDGE

23  NB1:670394.1

24

25

26

27

28

                                        - 4 -     MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
                                                  DOCS RE REPLY ISO MOT. LEAVE TO AMEND
                                                  C-04-03923 MMC