1  Chris Scott Graham (SBN 114498) – chris.scott.graham@dechert.com
   Michael N. Edelman (SBN 180948) – michael.edelman@dechert.com
2  **DECHERT LLP**
   975 Page Mill Road
3  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
4  Facsimile:      650.813.4848

5  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
6
   George A. Riley (SBN 118304) - griley@omm.com
7  Mark E. Miller (SBN 130200) - markmiller@omm.com
   Peter Obstler (SBN 171623) - pobstler@omm.com
8  Christopher Catalano (SBN 208606) - ccatalano@omm.com
   Luann L. Simmons (SBN 203526) - lsimmons@omm.com
9  **O'MELVENY & MYERS LLP**
   Embarcadero Center West
10 275 Battery Street
   San Francisco, CA  94111-3305
11 Telephone:     415.984.8700
   Facsimile:      415.984.8701
12
   Attorneys for Defendant and Counter-Claimant
13 MAGMA DESIGN AUTOMATION, INC.

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| 19       Plaintiff and Counter-Defendant, | **STIPULATION AND [**~~PROPOSED~~**] ORDER RE: SCHEDULE FOR DAMAGES-RELATED DEPOSITIONS AND EXPERT REPORTS, REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY** |
| 20       v. | |
| 21  MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| 22       Defendant and Counter-Claimant. | |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS | |

25

26  / / /

27  / / /

28  / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR DAMAGES-RELATED DEPOSITIONS AND EXPERT
REPORTS, REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY; CASE NO. C-04-03923 MMC (JCS)

10289293.2.LIT

1    IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys")
2  and Defendant Magma Design Automation, Inc. ("Magma") as follows:
3    WHEREAS, by the Court's January 21, 2005 Pretrial Preparation Order, the deadline for
4  (a) fact discovery was November 10, 2005; (b) expert reports was December 2, 2005; (c)
5  rebuttal expert reports was December 23, 2005; and (d) expert discovery was January 13, 2006;
6    WHEREAS, the parties agreed on November 11, 2005, to allow certain depositions to go
7  forward after the discovery cut-off and to defer certain discovery;
8    WHEREAS, the November 11, 2005 agreement provided that the parties would defer
9  their requests for Federal Rule of Civil Procedure 30(b)(6) depositions on damages-related
10 issues, that these witnesses would be made available sufficiently in advance of damages-related
11 expert reports so that the deposition testimony could be used therein, and that the parties would
12 meet and confer regarding the deadline for expert reports on damages;
13   WHEREAS, the November 11, 2005 agreement also provided that Magma would
14 produce its Chief Financial Officer, Greg Walker, for deposition in December 2005 or January
15 2006;
16   WHEREAS, in addition to the deposition of Magma's Rule 30(b)(6) witness on damages
17 and marketing issues, Synopsys has informed Magma that it also needs to take the deposition of
18 Magma's Chief Financial Officer, Greg Walker, before serving its expert report on damages;
19   WHEREAS, Synopsys has raised certain deficiencies with Magma's production of
20 damages-related documents and Magma's counsel is still investigating so as to respond to these
21 concerns;
22   WHEREAS, both parties have agreed that they need additional time for other rebuttal
23 expert reports;
24   NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate as
25 follows:
26   1.    Rebuttal expert reports other than those related to damages issues will be due on
27 January 20, 2006;
28   2.    The parties will produce for deposition their respective Rule 30(b)(6) witnesses

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR DAMAGES-RELATED DEPOSITIONS AND EXPERT REPORTS, REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY; CASE NO. C-04-03923 MMC (JCS)

1

10289293.2.LIT

1  on damages-related issues for deposition, and Magma will produce Greg Walker for deposition,
2  no later than January 13, 2006;
3      3.    Expert discovery except for that relating to damages issues will close on
4  February 10, 2006;
5      4.    Synopsys' expert report or reports on damages issues will be due on January 27,
6  2006;
7      5.    Magma's expert report or reports on damages issues will be due on February 24,
8  2006; and
9      6.    Expert discovery relating to damages issues will close on March 17, 2006.
10     In the event either party is unable to produce the witnesses referenced above by January
11 13, 2006, the parties agree to meet and confer in good faith as to whether the deadlines for any
12 expert reports on damages should be extended.

13 Dated: December 9, 2005        DECHERT LLP

By: /s/ Michael N. Edelman
    Chris Scott Graham
    Michael N. Edelman
    Attorneys for Plaintiff and Counter-Defendant,
    SYNOPSYS, INC.

Dated: December 9, 2005        O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
    George Riley
    Mark E. Miller
    Christopher Catalano
    Attorneys for Defendant and Counter-Claimant,
    MAGMA DESIGN AUTOMATION, INC.

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR DAMAGES-RELATED DEPOSITIONS AND EXPERT REPORTS, REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY; CASE NO. C-04-03923 MMC (JCS)

2

10289293.2.LIT

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from Mark E. Miller.

Dated: December 9, 2005          DECHERT LLP

By: /s/ Michael N. Edelman
Chris Scott Graham
Michael N. Edelman
Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 13, 2005

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR DAMAGES-RELATED DEPOSITIONS AND EXPERT REPORTS, REBUTTAL EXPERT REPORTS AND EXPERT DISCOVERY; CASE NO. C-04-03923 MMC (JCS)

3

10289293.2.LIT