1 | GEORGE A. RILEY (S.B. #118304) – griley@omm.com
2 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com
  | PETER OBSTLER (S.B. #171623) – pobstler@omm.com
3 | CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
  | LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
4 | NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
  | O'MELVENY & MYERS LLP
5 | Embarcadero Center West
  | 275 Battery Street
6 | San Francisco, CA  94111-3305
  | Telephone:    (415) 984-8700
7 | Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND**<br><br>**[PROPOSED]** ORDER |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal (1) portions of Defendant Magma Design Automation, Inc.'s Motion for Reconsideration and for Leave to Amend ("Magma's Motion"); and (2) Exhibits 7-16 to the Declaration of Christopher D. Catalano ("Catalano Declaration") in Support of Magma's Motion.

Magma's Motion relies in part on documents and testimony that contain confidential business or trade secret information or have been designated as confidential under the Stipulated Protective Order. Pursuant to the Stipulated Protective Order, Magma seeks to file the following documents and testimony under seal:

1. Portions of Magma's Motion, which contain Synopsys's and/or IBM's confidential business or trade secret information.

2. Exhibit 7 to the Catalano Declaration, which is a letter from Esther La to Christopher Catalano dated October 20, 2005. This letter discloses the name of a third party whose identity Synopsys has asserted is confidential business information.

3. Exhibit 8 to the Catalano Declaration, which is a subpoena issued in this case by Magma to a third party. The subpoena discloses the name of a third party whose identity Synopsys has asserted is confidential business information.

4. Exhibit 9 to the Catalano Declaration, which is a letter from Mark Miller to Michael Edelman dated December 5, 2005. This letter discloses the name of a third party whose identity Synopsys has asserted is confidential business information.

5. Exhibits 10, 12 and 13 to the Catalano Declaration, which consist of excerpts from the depositions of Synopsys's 30(b)(6) designee, Narendra Shenoy and Raul Camposano, respectively, taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys and/or IBM and are properly sealable.

6. Exhibits 11, 14, 15, and 16 to the Catalano Declaration, which are documents produced by Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade

secret information of Synopsys and/or IBM and are properly sealable.

This motion is made on the grounds that portions of Magma's Motion, and Exhibit 7-16 to the Catalano Declaration, contain confidential business or trade secret information or have been designated confidential and are properly sealable.

Dated: December 9, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

~~[PROPOSED]~~ **ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted in Support of Magma's Motion for Reconsideration and for Leave to Amend, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Magma's Motion for Reconsideration and for Leave to Amend containing Synopsys's and/or IBM's confidential business or trade secret information;

(b) Exhibits 7-16 to the Declaration of Christopher D. Catalano in Support of Magma's Motion for Reconsideration and for Leave to Amend containing Synopsys's and/or IBM's confidential business or trade secret information;

is **GRANTED**, and the aforementioned portions of Magma's Motion for Reconsideration and for Leave to Amend, and Exhibits 7-16 to the Declaration of Christopher D. Catalano in Support of Magma's Motion for Reconsideration and for Leave to Amend, will be filed under seal.

Dated: December 16, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:610800.1