GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>           v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>                    Defendant and<br>                    Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. C04-03923 MMC**<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S REPLY TO PLAINTIFF SYNOPSYS, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF DR. MAJID SARRAFZADEH SUBMITTED IN SUPPORT OF MAGMA DESIGN AUTOMATION, INC.'S OPPOSITION TO SYNOPSYS, INC.'S MOTION FOR RULE 11 SANCTIONS**<br><br>[~~PROPOSED~~] **ORDER** |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule

1  79-5 for leave to file under seal (1) Magma Design Automation, Inc.'s Reply to Plaintiff
2  Synopsys, Inc.'s Evidentiary Objections to the Declaration of Dr. Majid Sarrafzadeh Submitted
3  in Support of Magma Design Automation, Inc.'s Opposition to Synopsys, Inc.'s Motion for Rule
4  11 Sanctions ("Magma's Reply"); (2) portions of the Declaration of Dr. Majid Sarrafzadeh in
5  Support of Magma Design Automation, Inc.'s Reply to Evidentiary Objections; and (3) Exhibit 3
6  to the Declaration of Nora M. Puckett in Support of Magma's Reply ("Puckett Declaration").

7    Magma's Reply relies in part on testimony that contains confidential business, trade secret
8  or personal identifying information or have been designated as confidential under a Stipulated
9  Protective Order.  Pursuant to the agreement of the parties, and a Stipulated Protective Order with
10 third party International Business Machines Corporation ("IBM"), Magma seeks to file the
11 following documents and testimony under seal:

12   1. Portions of Magma's Reply contain Magma's, Synopsys's and/or IBM's
13 confidential business, trade secret or personal identifying information and are properly sealable.

14   2. Portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma Deisgn
15 Automation, Inc.'s Reply to Evidentiary Objections contain Magma's, Synopsys's and/or IBM's
16 confidential business, trade secret or personal identifying information and are properly sealable.

17   3. Exhibit 3 to the Puckett Declaration contains confidential business or trade secret
18 information of Synopsys and/or IBM and are properly sealable.

19   Accordingly, this motion is made on the grounds that portions of Magma's Reply,
20 portions of the Declaration of Dr. Majid Sarrafzadeh in Support of Magma Deisgn Automation,
21 Inc.'s Reply to Evidentiary Objections, and Exhibit 3 to the Puckett Declaration contain
22 confidential business, trade secret or personal identifying information or have been designated
23 confidential and are properly sealable.

Dated:  December 13, 2005

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Nora M. Puckett
      Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

- 3 -

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE MAGMA'S REPLY TO EVID. OBJ.
C-04-03923 MMC

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted in Support of Its Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections to the Declaration of Dr. Majid Sarrafzadeh Submitted in Support of Magma Design Automation, Inc.'s Opposition to Synopsys, Inc.'s Motion for Rule 11 Sanctions ("Magma's Reply"), and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Magma's Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections to the Declaration of Dr. Majid Sarrafzadeh Submitted in Support of Magma Design Automation, Inc.'s Opposition to Synopsys, Inc.'s Motion for Rule 11 Sanctions containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information;

(b) the portions of the Declaration of Dr. Majid Sarrafzadeh in Support Magma's Reply containing Magma's, Synopsys's and/or IBM's confidential business, trade secret or personal identifying information;

(c) Exhibit 3 to the Declaration of Nora M. Puckett in Support of Magma's Reply containing Synopsys's, and/or IBM's confidential business or trade secret information;

is **GRANTED**, and the aforementioned portions of Magma's Reply to Plaintiff Synopsys, Inc.'s Evidentiary Objections to the Declaration of Dr. Majid Sarrafzadeh Submitted in Support of Magma Design Automation, Inc.'s Opposition to Synopsys, Inc.'s Motion for Rule 11 Sanctions and Exhibit 3 to the Declaration of Nora M. Puckett in Support of Magma's Reply will be filed under seal.

Dated: December 16, 2005

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:611355.1