| | |
|---|---|
| 1 | Chris Scott Graham (State Bar No. 114498) |
|  | chris.scott.graham@dechert.com |
| 2 | Michael N. Edelman (State Bar No. 180948) |
|  | michael.edelman@dechert.com |
| 3 | **DECHERT LLP** |
|  | 1117 California Avenue |
| 4 | Palo Alto, CA  94304 |
|  | Telephone:     650.813.4800 |
| 5 | Facsimile:     650.813.4848 |
| 6 | Attorneys for Plaintiff and Counter-Defendant, |
|  | SYNOPSYS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO OPPOSITION TO MAGMA DESIGN AUTOMATION'S MOTION FOR SUMMARY JUDGMENT AS TO THE SECOND THROUGH SIXTH CAUSES OF ACTION IN THE SECOND AMENDED COMPLAINT** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORD. GRANTING ADMIN. REQ. TO FILE UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: OPPOS. TO MAGMA'S MSJ RE: 2ND THROUGH 6TH CAUSES OF ACTION IN 2ND AMENDED COMPL.; CASE NO: C  04-03923 MMC (JCS)     12280305.2

1    Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain documents submitted in connection with Synopsys' Memorandum Of Points And Authorities In Support Of Opposition To Magma Design Automation's Motion For Summary Judgment As To The Second Through Sixth Causes Of Action In Synopsys, Inc.'s Second Amended Complaint.

    Having considered Synopsys' Administrative Motion, and for good cause appearing therefore, the Court GRANTS Synopsys' request and orders that the following documents be filed under seal:

    1.    the entirety of <u>Exhibit A</u> to Synopsys' Opposition To Magma Design Automation's Motion For Summary Judgment As To The Second Through Sixth Causes Of Action In Synopsys, Inc.'s Second Amended Complaint;

    2.    the entirety of the Declaration of Michael N. Edelman in Support of Synopsys, Inc.'s Opposition to Magma Design Automation, Inc.'s Motion for Summary Judgment As To The Second Through Sixth Causes Of Action In The Second Amended Complaint (the "Edelman Declaration");

    3.    the entirety of <u>Exhibits 7, 28, 29, 30 36, 38, 39, 40,44, 59, 60, 61, 62, 65, 68, 69, 70, 71, 72, 74, 75, 76, 78, 79, 81, 84, 86, 87, 89, and 90</u> to the Edelman Declaration.

**IT IS SO ORDERED.**

Dated: December 29, 2005

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORD. GRANTING ADMIN. REQ. TO FILE UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: OPPOS. TO MAGMA'S MSJ RE: 2ND THROUGH 6TH CAUSES OF ACTION IN 2ND AMENDED COMPL.; CASE NO: C 04-03923 MMC (JCS)    1    12280305.2