GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>         v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>                              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **Case No. C04-03923 MMC**<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANT MAGMA DESIGN AUTOMATION, INC.'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION AND FOR LEAVE TO AMEND**<br><br>**[PROPOSED] ORDER** |

1  Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule
2  79-5 for leave to file under seal (1) portions of Defendant Magma Design Automation, Inc.'s
3  Reply In Support Of Motion for Reconsideration and for Leave to Amend ("Magma's Reply");
4  and (2) Exhibit 20 to the Declaration of Christopher D. Catalano ("Catalano Declaration") in
5  Support of Magma's Reply.

6  Magma's Reply relies in part on documents and testimony that contain confidential
7  business or trade secret information or have been designated as confidential under the Stipulated
8  Protective Order. Pursuant to the Stipulated Protective Order, Magma seeks to file the following
9  documents and testimony under seal:

10  1.  Portions of Magma's Reply, which contain Synopsys's and/or IBM's confidential
11  business or trade secret information.

12  2.  Exhibit 20 to the Catalano Declaration, which consists of excerpts from the
13  deposition of Synopsys's 30(b)(6) designee taken in this matter and designated by Synopsys as
14  Attorneys and Consultants Only under the Stipulated Protective Order because it contains
15  confidential business or trade secret information of Synopsys and/or IBM and is properly
16  sealable.

17  This motion is made on the grounds that portions of Magma's Motion, and Exhibit 20 to
18  the Catalano Declaration, contain confidential business or trade secret information or have been
19  designated confidential under the Stipulated Protective Order and are properly sealable.

20  Dated: December 30, 2005         GEORGE A. RILEY
                                      MARK E. MILLER
21                                    PETER OBSTLER
                                      CHRISTOPHER D. CATALANO
22                                    LUANN L. SIMMONS
                                      NORA M. PUCKETT
23                                    O'MELVENY & MYERS LLP

24

25                                    By: /s/ Christopher D. Catalano
                                           Christopher D. Catalano
26
                                      Attorneys for Defendant and Counterclaimant
27                                    MAGMA DESIGN AUTOMATION, INC.

28

- 2 -   MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
        DOCUMENTS RE: REPLY ISO RECONSIDERATION
        C-04-03923 MMC

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted in Support of Magma's Reply In Support Of Motion for Reconsideration and for Leave to Amend, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Magma's Reply In Support Of Motion for Reconsideration and for Leave to Amend containing Synopsys's and/or IBM's confidential business or trade secret information;

(b) the entirety of Exhibit 20 to the Declaration of Christopher D. Catalano in Support of Magma's Reply In Support Of Motion for Reconsideration and for Leave to Amend, which contains Synopsys's and/or IBM's confidential business or trade secret information;

is **GRANTED**, and the aforementioned portions of Magma's Reply In Support Of Motion for Reconsideration and for Leave to Amend, and the entirety of Exhibit 20 to the Declaration of Christopher D. Catalano in Support of Magma's Reply In Support Of Motion for Reconsideration and for Leave to Amend, will be filed under seal.

Dated: January 6, 2006

*/s/ Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:613126.1

- 3 -    MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE: REPLY ISO RECONSIDERATION
C-04-03923 MMC