1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1013
   Telephone:     650.813.4800
5  Facsimile:      650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C 04-03923 MMC (JCS)
13 |     Plaintiff and Counter-Defendant, | **[PROPOSED]** ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' MEMORANDUM IN OPPOSITION TO MAGMA DESIGN AUTOMATION INC.'S MOTION FOR RECONSIDERATION AND LEAVE TO AMEND ANSWER TO THIRD AMENDED COMPLAINT
14 | v. |
15 | MAGMA DESIGN AUTOMATION, a Delaware corporation, |
16 |  |
17 |     Defendant and Counter-Claimant. |
18 |  |
19 |  |
20 |  |
21 | AND RELATED COUNTERCLAIMS |

22      Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative

23 Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain

24 documents submitted in connection with Synopsys' Memorandum in Opposition to Magma

25 Design Automation Inc.'s Motion for Reconsideration and Leave to Amend Answer and

26 Counterclaims.

27      Having considered Synopsys' Administrative Motion, and for good cause appearing

28 therefore, the Court GRANTS Synopsys' request and orders that the following documents are to

---

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S ADMIN. MOTION TO FILE DOCS. UNDER SEAL PURSUANT TO CIV. LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' MEMO. IN OPP. TO MAGMA'S MOTION FOR RECONSIDERATION AND LEAVE TO AMEND ANSWER TO 3rd AMENDED COMPLAINT; CASE NO.: C-04-03923 MMC (JCS)         1

10324812

1  be filed under seal: the entirety of Exhibits 4-9 and 16-18 to the Declaration of Michael N.
2  Edelman.
3      **IT IS SO ORDERED.**
4
5  Dated:  January 6, 2006
6                               HON. MAXINE M. CHESNEY
7                               UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S ADMIN. MOTION TO FILE DOCS. UNDER SEAL PURSUANT
TO CIV. LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS' MEMO. IN OPP. TO MAGMA'S MOTION FOR
RECONSIDERATION AND LEAVE TO AMEND ANSWER TO 3rd AMENDED COMPLAINT; CASE NO.: C-04-03923 MMC (JCS)

2

10324812