GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC (JCS)<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S OPPOSITION TO SYNOPSYS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON MAGMA'S THIRD AFFIRMATIVE DEFENSE RE: STATUTE OF LIMITATIONS**<br><br>[PROPOSED] ORDER |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal portions of Magma's Memorandum in Opposition to Synopsys, Inc.'s Motion for Partial Summary Judgment on Magma's Third Affirmative Defense Re:  Statute of Limitations ("Magma's Opposition") and the entirety of Exhibits 3, 4, 7-11, 13, and 14 to the

Declaration of Christopher D. Catalano ("Catalano Declaration") in Support of Magma's Opposition. This Motion for Leave to File Under Seal is supported by the Declaration of Christopher D. Catalano submitted herewith.

Magma's Opposition relies in part on testimony and documents that contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and/or have been designated as Confidential or Attorneys and Consultants Only under the Stipulated Protective Order. Pursuant to the Stipulated Protective Order, Magma seeks to file the following documents and testimony under seal:

1. Portions of Magma's Opposition contain Magma's, Synopsys's, and/or IBM's confidential business or trade secret information and are properly sealable.

2. Exhibits 7 and 8 to the Catalano Declaration are documents produced by Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business and trade secret information of Synopsys and are properly sealable.

3. Exhibits 3, 4, 10, and 14 to the Catalano Declaration are excerpts of the transcripts of the depositions of Synopsys (30(b)(6) deposition), Raul Camposano, Antun Domic, and Aart de Geus, respectively, taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

4. Exhibits 9, 11, and 13 to the Catalano Declaration are excerpts of the transcripts of the depositions of Joe Hutt, Rajeev Madhavan, and Karen Vahtra, respectively, taken in this action and designated by Magma as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

Accordingly, this motion is made on the grounds that portions of Magma's Opposition and the entirety of Exhibits 3, 4, 7-11, 13, and 14 to the Catalano Declaration contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

Dated:  January 6, 2006

GEORGE A. RILEY
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By:  /s/ Christopher D. Catalano
         Christopher D. Catalano

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

1 **[PROPOSED] ORDER**

2 Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to
3 File Under Seal Certain Documents Submitted In Support of Magma's Memorandum in
4 Opposition to Synopsys, Inc.'s Motion for Partial Summary Judgment on Magma's Third
5 Affirmative Defense Re: Statute of Limitations, and all other supporting and opposing arguments
6 and papers, and finding good cause,

7 **IT IS HEREBY ORDERED:**

8 Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File
9 Under Seal
10 portions of Magma's Memorandum in Opposition to Synopsys, Inc.'s Motion for Partial
11 Summary Judgment on Magma's Third Affirmative Defense Re: Statute of Limitations; and
12 the entirety of Exhibits 3, 4, 7-11, 13, and 14 to the Declaration of Christopher D.
13 Catalano in support of Magma's Memorandum in Opposition to Synopsys, Inc.'s Motion for
14 Partial Summary Judgment on Magma's Third Affirmative Defense Re: Statute of Limitations
15 is **GRANTED**, and the aforementioned portions and exhibits will be filed under seal.

17 Dated: January 12, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:613642.1

- 4 -

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
AND [PROPOSED] ORDER
C-04-03923 MMC