GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>    Defendants.<br><br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC (JCS)<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA DESIGN AUTOMATION, INC.'S FURTHER REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO THE SECOND THROUGH SIXTH CAUSES OF ACTION IN PLAINTIFF SYNOPSYS, INC.'S THIRD AMENDED COMPLAINT**<br><br>**[PROPOSED] ORDER** |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal portions of Magma Design Automation, Inc.'s Further Reply Memorandum in Support of Its Motion for Summary Judgment as to the Second Through Sixth

Causes of Action in Plaintiff Synopsys, Inc.'s Third Amended Complaint ("Magma's Further Reply") and the entirety of Exhibits 1-3, 5-8, 16, 17, 19, and 20 to the Declaration of Nora M. Puckett ("Puckett Declaration") in Support of Magma's Further Reply. This Motion for Leave to File Under Seal is supported by the Declaration of Nora M. Puckett submitted herewith.

Magma's Further Reply relies in part on testimony and documents that contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and/or have been designated as Confidential or Attorneys and Consultants Only under the Stipulated Protective Order. Pursuant to the Stipulated Protective Order, Magma seeks to file the following documents and testimony under seal:

1. Portions of Magma's Further Reply contain Magma's, Synopsys's, and/or IBM's confidential business or trade secret information and are properly sealable.

2. Exhibits 16 and 17 to the Puckett Declaration are documents produced by Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business and trade secret information of Synopsys and are properly sealable.

3. Exhibits 2, 3, 6, 7, and 20 to the Puckett Declaration are excerpts of the transcripts of the depositions of Antun Domic, Raul Camposano, Synopsys (30(b)(6) deposition), Aart de Geus, and Erik Olson, respectively, taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

4. Exhibits 1, 5, 8, and 19 to the Puckett Declaration are excerpts of the transcripts of the depositions of Joe Hutt, Karen Vahtra, Rajeev Madhavan, and Steven Cline, respectively, taken in this action and designated by Magma as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

Accordingly, this motion is made on the grounds that portions of Magma's Further Reply and the entirety of Exhibits 1-3, 5-8, 16, 17, 19, and 20 to the Puckett Declaration contain confidential business or trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

Dated:  January 13, 2006

GEORGE A. RILEY
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Nora M. Puckett
       Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Support of Magma Design Automation, Inc.'s Further Reply Memorandum in Support of Its Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Plaintiff Synopsys, Inc.'s Third Amended Complaint ("Magma's Further Reply"), and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal

portions of Magma Design Automation, Inc.'s Further Reply Memorandum in Support of Its Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Plaintiff Synopsys, Inc.'s Third Amended Complaint; and

the entirety of Exhibits Exhibits 1-3, 5-8, 16, 17, 19, and 20 to the Declaration of Nora M. Puckett in support of Magma Design Automation, Inc.'s Further Reply Memorandum in Support of Its Motion for Summary Judgment as to the Second Through Sixth Causes of Action in Plaintiff Synopsys, Inc.'s Third Amended Complaint

is **GRANTED**, and the aforementioned portions and exhibits will be filed under seal.

Dated: January 25, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:614497.1