GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S MOTION TO BIFURCATE**<br><br>**[PROPOSED] ORDER** |

   Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal the entirety of Exhibits 1 through 5, and 7 to the Declaration of Luann L. Simmons ("Simmons Declaration") In Support Of Magma Design Automation, Inc.'s Notice of Motion and Motion to Bifurcate.  This motion is supported by the Declaration of Luann L. Simmons submitted herewith.

This motion is made on the grounds that the entirety of Exhibits 1 through 5, and 7 to the Simmons Declaration contain confidential business or trade secret information or have been designated confidential under the Stipulated Protective Order and are properly sealable.

Dated: January 20, 2006

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
      Luann L. Simmons

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Support of Magma's Motion to Bifurcate, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal the entirety of Exhibits 1 through 5, and 7 to the Declaration of Luann L. Simmons is **GRANTED**, and the aforementioned exhibits will be filed under seal.

Dated: January 25, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

NB1:674198.1