Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA  94304
Telephone:     650.813.4800
Facsimile:     650.813.4848

Attorneys for Plaintiff,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, a Delaware corporation, <br><br> Defendant. | Case No.  C-04-03923 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| AND RELATED CROSS ACTION | |

1    WHEREAS, the deadline to file dispositive motions in the instant action is January 27,

2    2006, and;

3    WHEREAS, there is now pending, and under submission to this Honorable Court a large

4    number of motions, including motions for summary judgment, motions to amend pleadings and

5    a motion for reconsideration, where the outcome of a number of the motions could have a

6    significant impact on the number and/or nature of  additional dispositive motions potentially

7    available to the parties which the parties could file in the instant action by January 27, 2006,

8    and;

9    WHEREAS, the parties collectively anticipate filing an additional seven to ten

10    dispositive motions depending on the manner in which this Honorable Court rules on the

11    matters currently under submission, but desire to avoid unnecessarily burdening this Honorable

12    Court or expending monies on litigating issues that many be removed from the action, and;

13    WHEREAS, the parties are currently scheduled to appear before this Honorable Court

14    on February 3, 2006 for a further status conference;

15    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Synopsys and

16    Magma to request this Honorable Court to continue the deadline for filing dispositive motions

17    through and including February 10, 2006.

18    The parties reserve their rights to file dispositive motions before February 10, 2006,

19    consistent with this Court's previous orders and the local rules.

20    Dated: January 25, 2006          DECHERT LLP

21                      By:/s/ Chris Scott Graham

22                        Chris Scott Graham
                          Michael N. Edelman

23                        Attorneys for Plaintiff,
                          SYNOPSYS, INC.

24

25    Dated: January 25, 2006          O'MELVENY & MYERS LLP

26                      By:/s/ Mark Miller
                          George Riley

27                        Mark Miller
                          Christopher Catalano

28                      Attorneys for Defendant,
                          MAGMA DESIGN AUTOMATION, INC.

1    I attest under penalty of perjury that the concurrence in the filing of this document has

2    been obtained from counsel of record for Magma Design Automation.

3

4    Dated: January 25, 2006                    DECHERT LLP

5                                                By:/s/ Chris Scott Graham
                                                   Chris Scott Graham
6                                                  Michael N. Edelman
                                                   Attorneys for Plaintiff and Counter-Defendant,
7                                                  SYNOPSYS, INC.

8

9                                          **ORDER**

10    In light of the foregoing Stipulation and request of the parties, and good cause existing;

11    IT IS SO ORDERED,  with the exception that no further motions shall be filed until
                              after the February 3, 2006 status conference.

12

13    DATED: _____January 25_____, 2006

14                                              _____
                                                HON. MAXINE M. CHESNEY
15                                              UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DISPOSITIVE MOTIONS;
CASE NO. C-04-03923 MMC                                                          12371921.1