GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, | Case No. C04-03923 MMC |
| Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCOVERY** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS. | |

IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and Defendant Magma Design Automation, Inc. ("Magma") as follows:

WHEREAS, the parties previously stipulated to extend the deadline for completing expert discovery other than damages issues to February 10, 2006, the deadline for opening damages expert reports to January 27, 2006, the deadline for rebuttal damages expert reports to February 24, 2006, and the deadline for completing damages expert discovery to March 17, 2006;

WHEREAS, the parties have required additional time to complete necessary fact and expert depositions relating to damages-related and non-damages-related expert reports;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, Magma and Synopsys hereby stipulate as follows:

1. Synopsys will make its designees on the topics in Magma's October 26, 2005 notice of deposition of Synopsys pursuant to Rule 30(b)(6) ("Damages Topics") available for deposition by Magma the week of February 13, 2006 or February 20, 2006;

2. Synopsys's expert report or reports on damages issues will be due on February 13, 2006;

3. Magma's rebuttal expert report or reports on damages issues will be due on March 13, 2006; and

4. Expert discovery on all issues will be completed no later than March 31, 2006.

In the event Synopsys is unable to make its designees on the Damages Topics available for deposition by Magma the week of February 13, 2006 or February 20, 2006, the parties agree to meet and confer in good faith as to whether the deadlines for rebuttal damages expert reports or for the completion of damages-related discovery should be extended.

IT IS SO STIPULATED.

Dated:  February 9, 2006

        GEORGE A. RILEY
        MARK E. MILLER
        PETER OBSTLER
        CHRISTOPHER D. CATALANO
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano
       Christopher D. Catalano

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

Dated:  February 9, 2006

        CHRIS SCOTT GRAHAM
        MICHAEL N. EDELMAN
        DECHERT LLP

By: /s/ Michael N. Edelman
       Michael N. Edelman

Attorneys for Plaintiff SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Synopsys.

Dated:  February 9, 2006

        GEORGE A. RILEY
        MARK E. MILLER
        PETER OBSTLER
        CHRISTOPHER D. CATALANO
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP

By: /s/ Christopher D. Catalano
       Christopher D. Catalano

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

1 **[PROPOSED] ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 13, 2006

*/s/ Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Judge

SF1:616640.1

STIP. AND [PROPOSED] ORDER RE
EXPERT DISCOVERY
Case No. C04-03923 MMC

3