GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>               Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>               Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE DISPOSITIVE MOTIONS** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Synopsys, Inc. ("Synopsys") and
2 Defendant Magma Design Automation, Inc. ("Magma") as follows:

4    WHEREAS, the Court's January 25, 2006 Order extended the deadline for filing
5 dispositive motions to February 10, 2006;
6    WHEREAS, at the February 3, 2006 Case Management Conference (the "CMC"), the
7 Court indicated that the Court intended to rule on the currently pending motions relating to patent
8 ownership before deciding other pending motions;
9    WHEREAS, at the CMC, the Court ordered that each party was permitted to file only one
10 additional motion;
11   WHEREAS, at the CMC, the Court further advised that each party should wait to file its
12 one additional motion until after the Court has ruled on the pending patent ownership motions and
13 set a new date the deadline for filing said further motion(s)
14   WHEREAS, the Court has not yet ruled on the pending patent ownership motions;

16   NOW, THEREFORE, pursuant to Civil Local Rule 6-2, Magma and Synopsys hereby
17 stipulate as follows:
18   The February 10, 2006 deadline to file dispositive motions is vacated and will be reset by
19 the Court at the Court's discretion.

1  IT IS SO STIPULATED.

2  Dated: February 10, 2006

3  GEORGE A. RILEY
   MARK E. MILLER
4  PETER OBSTLER
   CHRISTOPHER D. CATALANO
5  LUANN L. SIMMONS
   O'MELVENY & MYERS LLP

7  By: /s/ Luann L. Simmons
8         Luann L. Simmons

9  Attorneys for Defendant and
   Counterclaimant MAGMA DESIGN
10 AUTOMATION, INC.

11 Dated: February 10, 2006

   CHRIS SCOTT GRAHAM
12 MICHAEL N. EDELMAN
   DECHERT LLP

14 By: /s/ Chris Scott Graham
15        Chris Scott Graham

16 Attorneys for Plaintiff SYNOPSYS, INC.

17

18 I attest under penalty of perjury that concurrence in the filing of this document has been

19 obtained from Chris Scott Graham.

   Dated: February 10, 2006

20 GEORGE A. RILEY
   MARK E. MILLER
21 PETER OBSTLER
   CHRISTOPHER D. CATALANO
22 LUANN L. SIMMONS
   O'MELVENY & MYERS LLP

25 By: /s/ Luann L. Simmons
           Luann L. Simmons

26 Attorneys for Defendant and
27 Counterclaimant MAGMA DESIGN
   AUTOMATION, INC.

28

STIP. AND [PROPOSED] ORDER RE: DEADLINE TO FILE
DISPOSITIVE MOTIONS
2
Case No. C04-03923 MMC (JCS)

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3

4
5  Dated: February 15, 2006                    _____
                                                Honorable Maxine M. Chesney
6                                               United States District Court Judge

7

8  SF1:618004.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        STIP. AND [PROPOSED] ORDER RE: DEADLINE TO FILE
                                                                           DISPOSITIVE MOTIONS
                                    3                              Case No. C04-03923 MMC (JCS)