IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYNOPSYS, INC.,

    Plaintiff,

  v.

MAGMA DESIGN AUTOMATION, INC.,

    Defendant.

No. C-04-3923 MMC

**ORDER VACATING HEARING ON MAGMA'S MOTION TO BIFURCATE**

(Docket No. 958)

Before the Court is the motion filed January 20, 2006 by defendant Magma Design Automation, Inc. ("Magma") to bifurcate the trial of the instant action. Because the Court's rulings with respect to the pending motions for summary judgment on patent ownership and Synopsys's state law claims may bear on the determination of the instant motion to bifurcate, the Court hereby VACATES the February 24, 2006 hearing on the motion to bifurcate and, if appropriate, will reset the matter for hearing at a later date.

**IT IS SO ORDERED.**

Dated: February 23, 2006

MAXINE M. CHESNEY
United States District Judge