GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>   v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>   Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR TRIAL ON OWNERSHIP ISSUES AND PRETRIAL SCHEDULE** |

WHEREAS, resolution of the issue of ownership of United States Patents Nos. 6,453,446 (the "'446 Patent"), 6,725,438 (the "'438 Patent"), and 6,378,114 (the "'114 Patent") (collectively, the "Patents") may be conducive to further streamlining some or all of the remaining proceedings or issues that may need to be tried in this Action, and;

WHEREAS, by order dated February 23, 2006, the Court vacated the hearing on Magma's motion to bifurcate, stating that "the Court's rulings with respect to the pending motions for summary judgment on patent ownership and Synopsys's state law claims may bear on the determination of the instant motion to bifurcate";

WHEREAS, Plaintiff and Counterclaim-defendant Synopsys, Inc. ("Synopsys") and Defendant and Counterclaim-plaintiff Magma Design Automation, Inc. ("Magma") thus desire to have the Court bifurcate the proceedings by trying first the issue of ownership of the Patents (hereinafter the "Ownership Trial");

WHEREAS, the parties believe they need additional time for preparation of the pretrial conference statement and other pretrial materials;

WHEREAS, the parties wish to defer expert depositions and other discovery on non-ownership issues until after the Ownership Trial;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Synopsys and Magma to request the Court bifurcate the trial of the issues to be adjudicated as follows:

1. The Ownership Trial will determine the ownership of the Patents, and the ownership of any continuations or foreign counterparts to the Patents, to the extent that these issues have not been determined by orders on motion before the Ownership Trial.

2. The Ownership Trial will resolve whether Magma is estopped from asserting joint ownership or precluded from asserting any ownership interests in the Patents, to the extent that these issues have not been determined by orders on motion before the Ownership Trial.

3. The Ownership Trial will encompass (a) Synopsys's claim of ownership of the Patents and any continuations or foreign counterparts to the Patents, (b) Magma's Second, Fourth, Sixth, and Tenth Counterclaims, and (c) Magma's Second, Fifth, Seventh, Eighth, Fifteenth and Twenty-Second Affirmative Defenses. Synopsys's state law claims and infringement claims, and

Magma's remaining affirmative defenses and counterclaims, shall not be the subject of the Ownership Trial, but rather will be separately adjudicated by motion or trial after ownership of the Patents has been determined through the Ownership Trial.

4. The parties specifically agree that nothing in this Stipulation will preclude Magma from asserting its Twenty-Fourth, Twenty-Fifth, Twenty-Seventh, and Twenty-Eighth Affirmative Defenses by motion or trial after ownership of the Patents has been determined through the Ownership Trial.

5. All issues to be decided in the Ownership Trial will be tried to the Court, the right to a jury on such issues (if any), being expressly waived.

6. Magma shall dismiss its pending appeal to the Federal Circuit.

7. March 27, 2006, shall be the last day for lead trial counsel to meet and confer pursuant to Civil L.R. 16-10(b)(5).

8. April 11, 2006, shall be the last day to (a) file joint pretrial statement (including written narrative statements), (b) serve and lodge findings of fact and conclusions of law, (c) serve proposed exhibits, charts, schedules, summaries, diagrams and other documentary materials to be used in its case in chief at trial, together with a complete list of all such proposed exhibits, and (d) file motions in limine.

9. April 14, 2006, shall be the last day to file oppositions to motions in limine.

10. April 17, 2006, shall be the last day to file (a) list of all exhibits admitted by stipulation, (b) list of all exhibits as to which objections have been made, with a brief notation indicating which party objects and for what reason, and (c) objections to other evidence.

11. The pretrial conference shall take place on April 18, 2006, at 3:00 p.m.

12. The parties agree to defer expert depositions and any other remaining discovery on non-ownership issues until after the Ownership Trial is resolved, except to the extent that such discovery is relevant to the issues to be tried at the Ownership Trial. After the Ownership Trial, the parties will meet and confer as to a schedule for those depositions and other discovery.

14. After the conclusion of the Ownership Trial, the Court will set a further status conference to identify and discuss the remaining issues to be tried and the schedule of any further

proceedings. The parties will submit to the Court, ten court days before such further status conference, a joint statement addressing the foregoing subjects.

    IT IS SO STIPULATED.

Dated: March 10, 2006    O'MELVENY & MYERS LLP

By: /s/ George A. Riley
George A. Riley

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

Dated: March 10, 2006    DECHERT LLP

By: /s/ Chris Scott Graham
Chris Scott Graham

Attorneys for Plaintiff and Counterclaim-Defendant SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel of record for Synopsys.

Dated: March 10, 2006    O'MELVENY & MYERS LLP

By: /s/ George A. Riley
George A. Riley

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 13, 2006

Honorable Maxine M. Chesney
United States District Court Judge

SF1:620525.3

- 3 -

STIPULATION AND [PROPOSED] PRE-TRIAL ORDER FOR TRIAL ON OWNERSHIP ISSUES
Case No. C04-03923 MMC (JCS)