IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>    Defendant.<br>_____/ | No. C-04-3923 MMC<br><br>**ORDER DEEMING MAGMA'S MOTION TO BIFURCATE WITHDRAWN**<br><br>(Docket No. 958) |

    Before the Court is the motion filed January 20, 2006 by defendant Magma Design Automation, Inc. ("Magma") to bifurcate the trial of the instant action.  In light of the parties' stipulation, filed March 10, 2006, by which they have agreed to a bifurcated trial in the instant action, Magma's motion is hereby deemed withdrawn.

    This order terminates Docket No. 958.

    **IT IS SO ORDERED.**

Dated: March 13, 2006

                                         MAXINE M. CHESNEY
                                         United States District Judge