1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304-1013
   Telephone:    650.813.4800
5  Facsimile:    650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
13 | Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER REGARDING OWNERSHIP TRIAL** |
14 | v. | |
15 | MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
16 | Defendant and Counter-Claimant. | |
17 | AND RELATED COUNTER-CLAIMS. | |

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING OWNERSHIP TRIAL;
CASE NO.: C 04-03923 MMC (JCS)

12502215.1

1    WHEREAS, the Twenty-Second Affirmative Defense asserted by Magma Design Automation, Inc. ("Magma") consists of a bona fida purchaser defense under U.S.C. Section 261,

WHEREAS, Synopsys, Inc. ("Synopsys") has requested that, in light of Special Master's Order No. 1, depositions and other discovery be taken which relates to Magma's Section 261 defense, Synopsys's claim of willful infringement and/or privileged communications relating to meetings between Synopsys and Magma, and

WHEREAS, the parties agree that it would be preferable to defer the above-mentioned discovery until after the Ownership Trial so the parties can focus on issues pertaining to ownership;

NOW, THEREFORE, the parties hereby stipulate as follows:

1.  Magma's Twenty-Second Affirmative Defense shall not be tried at the Ownership Trial, but rather shall be adjudicated in further proceedings after conclusion of the Ownership Trial.

2.  Subject to Paragraph 3 below, all remaining discovery and determination of issues pertaining to Synopsys's allegation of willful infringement, Magma's Section 261 defense, meetings between Synopsys and Magma (except to the extent such meetings are relevant to Lukas van Ginneken's understanding of Sutherland's theory of logical effort or the use of gain to determine the delays of cells in an integrated circuit design), or any matters arising from Special Master's Order No. 1, shall be deferred until after conclusion of the Ownership Trial.

3.  The foregoing shall not be construed as an concession by Synopsys that any evidence pertaining to meetings between Synopsys and Magma, or relating to Lukas van Ginneken's understanding pertaining to such meetings, is relevant or admissible in the Ownership Trial and Synopsys reserves the right to object or seek exclusion of such evidence.

4.  On or before April 7, 2006, Magma shall produce any remaining documents discussing or analyzing the issues of ownership, inventorship, conception or reduction to

///

///

///

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND PROPOSED ORDER REGARDING OWNERSHIP TRIAL;
CASE NO.: C 04-03923 MMC (JCS)

1
12502215.1

practice that fall within the scope of the privilege waiver set forth in Special Master's Order No. 1.

Dated: March 27, 2006              DECHERT LLP

                                   By: /s/Michael N. Edelman
                                       Michael N. Edelman
                                       Attorneys for Plaintiff and Counter-Defendant,
                                       SYNOPSYS, INC.

Dated: March 27, 2006              O'MELVENY & MYERS LLP

                                   By: /s/Mark E. Miller
                                       Mark E. Miller
                                       Attorneys for Defendant and Counter-Claimant,
                                       MAGMA DESIGN AUTOMATION, INC.

   I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Mark E. Miller.

Dated: March 27, 2006              DECHERT LLP

                                   By: /s/Michael N. Edelman
                                       Michael N. Edelman
                                       Attorneys for Plaintiff and Counter-Defendant,
                                       SYNOPSYS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 27, 2006

                                   _____
                                   HON. MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT COURT JUDGE

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND PROPOSED ORDER REGARDING OWNERSHIP TRIAL;
CASE NO.: C 04-03923 MMC (JCS)

2

12502215.1