IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-04-3923 MMC |
| Plaintiff, | **NOTICE RE: AMENDED ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT RE: PATENT OWNERSHIP** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Defendant. | |

The parties are hereby advised that the only amendment contained in the Amended Order Denying Motions For Summary Judgment re: Patent Ownership, filed March 30, 2006, is a correction of the citation at page 11, line 23.

**IT IS SO ORDERED.**

Dated: March 30, 2006

MAXINE M. CHESNEY
United States District Judge