| | |
|---|---|
| 1 | Chris Scott Graham (State Bar No. 114498) |
| | chris.scott.graham@dechert.com |
| 2 | Michael N. Edelman (State Bar No. 180948) |
| | michael.edelman@dechert.com |
| 3 | **DECHERT LLP** |
| | 1117 California Avenue |
| 4 | Palo Alto, CA  94304-1013 |
| | Telephone:    650.813.4800 |
| 5 | Facsimile:     650.813.4848 |
| 6 | Attorneys for Plaintiff and Counter-Defendant, |
| | SYNOPSYS, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| 13 | | **STIPULATION AND [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF TRIAL** |
| 14 | Plaintiff and Counter-Defendant, | |
| 15 | v. | |
| 16 | MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| 17 | | Date:           April 24, 2006 |
| | Defendant and Counter-Claimant. | Time:           9:30 a.m. |
| 18 | | Courtroom:  7, 19th Floor |
| | | Before:         Hon. Maxine M. Chesney |
| 19 | AND RELATED COUNTER-CLAIMS. | |
| 20 | | |

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE
CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TRIAL; CASE NO.: C 04-03923 MMC (JCS)        12312942.1

1   IT IS HEREBY STIPULATED AND AGREED, by and between Synopsys, Inc.
2   ("Synopsys") and Magma Design Automation. Inc. ("Magma"), as follows:
3   On Friday, April 21, 2006 and Monday, April 24, 2006, and continuing through the Trial in this
4   matter, Synopsys and Magma, by and through their respective counsel of record, may each bring
5   into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and
6   set up in Courtroom 7 on the 19th floor of the Honorable Maxine M. Chesney, electronic
7   equipment and material for use in presenting their exhibits and evidence during the Trial,
8   currently scheduled for April 24, 2006 at 9:30 a.m.
9   The electronic equipment and materials may include any of the following:

- easels
- exhibit boards
- laser pointers
- ELMO
- computer readable media (e.g., floppy disks, CDROMs, DVDs)
- DVD player
- network equipment
- switcher
- laptop computers
- desktop computers
- video and audio cables
- power strips, extension cords
- projector
- projection screen
- additional monitors
- a digital camera

26  / / /
27  / / /
28  / / /

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE
CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TECH. TUTORIAL; CASE NO.: C 04-03923 MMC (JCS)

1

12312942.1

1  Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and
2  take such steps as reasonably necessary to facilitate the foregoing activity.

3  Dated: April 10, 2006                    DECHERT LLP

4
5                                    By: /s/ Michael N. Edelman
                                         Michael N. Edelman
6                                        Attorneys for Plaintiff and Counter-Defendant,
                                         SYNOPSYS, INC.
7

8  Dated: April 10, 2006                    O'MELVENY & MYERS LLP
9
10                                   By: /s/Mark Miller
                                         Mark Miller
11                                       Attorneys for Defendant and Counter-Claimant,
                                         MAGMA DESIGN AUTOMATION, INC.
12
13
14  I declare under penalty of perjury that concurrence in the filing of this document has
15  been obtained from Mark Miller.

16  Dated: April 10, 2006                    DECHERT LLP
17
18                                   By: /s/ Michael N. Edelman
                                         Michael N. Edelman
19                                       Attorneys for Plaintiff and Counter-Defendant,
                                         SYNOPSYS, INC.
20

21                                    **ORDER**
22       PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  DATED:  April 11    , 2006
24                                    _____
                                      HON. MAXINE M. CHESNEY
25                                    UNITED STATES DISTRICT COURT JUDGE

26
27
28

Dechert LLP
Attorneys At Law
Palo Alto

STIP. AND [PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. TO BRING INTO THE FED. COURTHOUSE
CERTAIN EQUIP. AND MAT. FOR PURPOSES OF TECH. TUTORIAL; CASE NO.: C 04-03923 MMC (JCS)

2

12312942.1