1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
12 | Plaintiff and Counter-Defendant, | [~~PROPOSED~~] **ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS, INC.'S MOTIONS IN LIMINE AND WITNESS STATEMENTS** |
13 | v. | |
14 | MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
15 | | |
16 | Defendant and Counter-Claimant. | |
17 | AND RELATED COUNTERCLAIMS | |

18
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: SYNOPSYS' MOTIONS IN LIMINE AND WITNESS STATEMENTS; CASE NO: C-04-03923 MMC (JCS)        12536840.1

1    Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative
2  Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain
3  documents submitted in connection with Synopsys' Motions in Limine and Witness Statements.
4    Having considered Synopsys' Administrative Motion, and for good cause appearing
5  therefore, the Court GRANTS Synopsys' request and orders that the following documents be
6  filed under seal:
7    1.   Exhibits B, D, E, F, J, L, and M to the Edelman Declaration;
8    2.   The Camposano Statement and Exhibits A, B, C, D, and E attached thereto.

10   **IT IS SO ORDERED.**
11   Dated: April 14, 2006

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: SYNOPSYS' MOTIONS IN LIMINE AND WITNESS STATEMENTS; CASE NO: C-04-03923 MMC (JCS)    1