GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S MOTION *IN LIMINE* TO EXCLUDE MAGMA'S RESPONSES TO REQUESTS FOR ADMISSIONS NOS. 7, 8, 11, 12, 52, AND 53 OR, IN THE ALTERNATIVE, FOR LEAVE TO WITHDRAW THOSE RESPONSES AND SERVE AMENDED RESPONSES**<br><br>[PROPOSED] ORDER |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal (1) portions of Magma's Motion *In Limine* to Exclude Magma's Responses to Requests for Admissions Nos. 7, 8, 11, 12, 52, and 53 or, in the alternative, for Leave to Withdraw Those Responses And Serve Amended Responses ("Magma's Motion"); and (2) Exhibits 15, 16, 18, 19, 20, and 21 to the Declaration of Christopher D. Catalano ("Catalano Declaration") in Support of Magma's Motion.

Magma's Motion relies in part on documents and testimony that contain confidential business or trade secret information of Synopsys, IBM, and/or Intel or have been designated as confidential under the Stipulated Protective Order (between Synopsys and Magma) and/or the Intel Stipulated Protective Order (among Synopsys, Magma, and Intel). Pursuant to the Stipulated Protective Order and the Intel Stipulated Protective Order, Magma seeks to file the following documents and testimony under seal:

1. Portions of Magma's Motion contain confidential business or trade secret information of IBM, Intel, and/or Synopsys and are properly sealable.

2. Exhibits 15 and 16 to the Catalano Declaration are documents produced by Synopsys in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys, IBM, and/or Intel and are properly sealable.

3. Exhibit 18 to the Catalano Declaration consists of excerpts from the depositions of Synopsys's 30(b)(6) designee taken in this action and designated by Synopsys as Attorneys and Consultants Only under the Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys, IBM, and/or Intel and are properly sealable.

4. Exhibit 19 to the Catalano Declaration consists of excerpts from the deposition of Intel's 30(b)(6) designee taken in this action and designated as Attorneys and Consultants Only under the Stipulated Protective Order and/or the Intel Stipulated Protective Order because they contain confidential business or trade secret information of Synopsys, IBM, and/or Intel and are properly sealable.

5. Exhibits 20 and 21 to the Catalano Declaration are documents produced by Intel in

1  this action and designated as Intel Confidential under the Intel Stipulated Protective Order
2  because they contain confidential business or trade secret information of Intel and/or Synopsys
3  and are properly sealable.
4      This motion is made on the grounds that portions of Magma's Motion, and Exhibits 15,
5  16, 18, 19, 20, and 21 to the Catalano Declaration, contain confidential business or trade secret
6  information or have been designated confidential under the Stipulated Protective Order and/or the
7  Intel Stipulated Protective Order and are properly sealable.

Dated:  April 11, 2006

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted in Support of Magma's Motion *In Limine* to Exclude Magma's Responses to Requests for Admissions Nos. 7, 8, 11, 12, 52, and 53 or, in the alternative, for Leave to Withdraw Those Responses And Serve Amended Responses, and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

(a) the portions of Motion *In Limine* to Exclude Magma's Responses to Requests for Admissions Nos. 7, 8, 11, 12, 52, and 53 or, in the alternative, for Leave to Withdraw Those Responses And Serve Amended Responses ("Magma's Motion") containing confidential business or trade secret information of Synopsys, IBM, and/or Intel;

(b) the entirety of Exhibits 15, 16, 18, 19, 20, and 21 to the Declaration of Christopher D. Catalano in Support of Magma's Motion, which contain confidential business or trade secret information of Synopsys, IBM, and/or Intel;

is **GRANTED**, and the aforementioned portions of Magma's Motion, and the entirety of Exhibits 15, 16, 18, 19, 20, and 21 to the Catalano Declaration, will be filed under seal.

Dated: __April 14, 2006_____

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:624630.1