1 | Chris Scott Graham (State Bar No. 114498)
  | chris.scott.graham@dechert.com
2 | Michael N. Edelman (State Bar No. 180948)
  | michael.edelman@dechert.com
3 | **DECHERT LLP**
  | 1117 California Avenue
4 | Palo Alto, CA  94304
  | Telephone:     650.813.4800
5 | Facsimile:     650.813.4848

6 | Attorneys for Plaintiff and Counter-Defendant,
  | SYNOPSYS, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation, | Case No.  C-04-03923 MMC (JCS) |
| Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO SYNOPSYS, INC.'S OPPOSITION TO MAGMA'S MOTION *IN LIMINE* TO EXCLUDE MAGMA'S RESPONSE TO REQUESTS FOR ADMISSION NOS. 7, 8, 11, 12, 52, AND 53 OR, IN THE ALTERNATIVE, FOR LEAVE TO WITHDRAW THOSE RESPONSES AND SERVE AMENDED RESPONSES** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: SYNOPSYS' OPPOSITION TO MAGMA'S MOTION IN LIMINE TO EXCLUDE RESPONSES TO RFA NOS. 7, 8, 11, 12, 52 AND 53; CASE NO: C-04-03923 MMC (JCS)

12342061.1

1   Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative
2   Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain
3   documents submitted in connection with Synopsys' Opposition to Magma's Motion *in Limine* to
4   Exclude Magma's Response to Requests for Admission Nos. 7, 8, 11, 12, 52, and 53 or, in the
5   Alternative, for Leave to Withdraw Those Responses and Serve Amended Responses
6   Having considered Synopsys' Administrative Motion, and for good cause appearing
7   therefore, the Court GRANTS Synopsys' request and orders that Exhibits A, C, D, and E to the
8   Declaration of Michael N. Edelman in Support of Synopsys, Inc.'s Opposition to Magma's
9   Motion in Limine be filed under seal.

11  **IT IS SO ORDERED.**
12  Dated: April 17, 2006

    _____
    HON. MAXINE M. CHESNEY
    UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: SYNOPSYS' OPPOSITION TO MAGMA'S MOTION IN LIMINE TO EXCLUDE RESPONSES TO RFA NOS. 7, 8, 11, 12, 52 AND 53; CASE NO: C-04-03923 MMC (JCS)

1

12342061.1