GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**AMENDED MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S OPPOSITION TO SYNOPSYS'S MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE AND ARGUMENT REGARDING IBM'S PURPORTED OWNERSHIP INTEREST IN THE '438 PATENT**<br><br>[PROPOSED] ORDER |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal Exhibits 1-4, 6, and 8-10 and portions of the brief to the Declaration of Nora M. Puckett In Support Of Magma's Opposition to Synopsys, Inc.'s Motion

1
AMENDED MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE: OPP. TO MIL NO. 1
C-04-03923 MMC

In Limine No. 1 To Exclude All Evidence And Argument Regarding IBM's Purported Ownership Interest In The '438 Patent ("Magma's Opposition").

Magma's Opposition relies in part on documents that have been designated as confidential under the Stipulated Protective Order, or have previously been filed under seal in this action. Pursuant to the request of Synopsys, Inc. and the Stipulated Protective Order, Magma seeks to file the following documents under seal:

1. Exhibit 1 to the Declaration of Nora M. Puckett consists of the Expert Disclosure of Dr. Majid Sarrafzadeh Pursuant to Fed. R. Civ. P. 26(a)(2) served on Synopsys on December 2, 2005. This report is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

2. Exhibit 2 to the Declaration of Nora M. Puckett consists of the Rebuttal Expert Disclosure of Dr. Majid Sarrafzadeh Pursuant to Fed. R. Civ. P. 26(a)(2) served on Synopsys on January 20, 2006. This report is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

3. Exhibit 3 to the Declaration of Nora M. Puckett consists of excerpts from the transcript of the October 18, 2005 deposition of Synopsys 30(b)(6) designee Robert Damiano. This transcript is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

4. Exhibit 4 to the Declaration of Nora M. Puckett consists of the Expert Disclosure of David Harris, Ph.D. Pursuant to Fed. R. Civ. P. 26(a)(2) dated December 2, 2005. This report is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

5. Exhibit 6 to the Declaration of Nora M. Puckett consists of the draft "White Paper" entitled the Constant Delay Methodology and dated March 30, 1996. This document is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

6. Exhibit 8 to the Declaration of Nora M. Puckett consists of excerpts from the transcript of the May 10, 2005 deposition of Prabhakar Kudva. This transcript is designated

"Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

7. Exhibit 9 to the Declaration of Nora M. Puckett consists of an email from Iyer to Damiano dated September 11, 1998 produced by Synopsys as SNP003541-3561. This document is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

8. Exhibit 10 to the Declaration of Nora M. Puckett consists of excerpts from the transcript of the October 11, 2005 deposition of Narendra Shenoy. This transcript is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

9. Magma's Opposition filed herewith is submitted in redacted version because it contains quotations from documents designated "Attorneys and Consultants Only." An unredacted version will be filed with the Court under seal.

Accordingly, this motion is made on the grounds that Exhibits 1-4, 6, and 8-10 to the Declaration of Nora M. Puckett in Support of Magma's Opposition and portions of Magma's Opposition have been designated as confidential under the Stipulated Protective Order and are properly sealable, or have previously been filed under seal in this action.

Dated: April 17, 2006

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Nora M. Puckett
       Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

- 3 -

AMENDED MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE: OPP. TO MIL NO. 1
C-04-03923 MMC

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Support of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 1 To Exclude All Evidence And Argument Regarding IBM's Purported Ownership Interest In The '438 Patent and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

Exhibits 1-4, 6 and 8-10 to the Declaration of Nora M. Puckett in Support of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 1 To Exclude All Evidence And Argument Regarding IBM's Purported Ownership Interest In The '438 Patent ; and

portions of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 1 To Exclude All Evidence And Argument Regarding IBM's Purported Ownership Interest In The '438 Patent is **GRANTED**, and the aforementioned exhibits will be filed under seal.

Dated: April 17, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge

SF1:625211.1