GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA'S OPPOSITION TO SYNOPSYS'S MOTION IN LIMINE NO. 3 TO EXCLUDE OPINION AND TESTIMONY RELATING TO THE INVENTIVENESS OF CONTRIBUTIONS TO THE PATENTS**<br><br>[PROPOSED] ORDER |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal Exhibits 4, 5, 7, 10, and 11 to the Declaration of Nora M. Puckett In Support Of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 3 To Exclude Opinion And Testimony Relating To The Inventiveness Of Contributions To The

Patents ("Magma's Opposition").

Magma's Opposition relies in part on documents that have been designated as confidential under the Stipulated Protective Order, or have previously been filed under seal in this action. Pursuant to the request of Synopsys, Inc. and the Stipulated Protective Order, Magma seeks to file the following documents under seal:

1. Exhibit 4 to the Declaration of Nora M. Puckett consists of excerpts from the transcript of the April 7, 2006 deposition of Dr. Majid Sarrafzadeh. This deposition transcript is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

2. Exhibit 5 to the Declaration of Nora M. Puckett consists of the Expert Disclosure of Dr. Majid Sarrafzadeh Pursuant to Fed. R. Civ. P. 26(a)(2) served on Synopsys on December 2, 2005. This report is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

3. Exhibit 7 to the Declaration of Nora M. Puckett consists of Exhibit N of the Supplemental Expert Report of Eby G. Friedman, Ph.D Pursuant to Fed. R. Civ. P. 26(a)(2) served on Synopsys on January 20, 2006. This report is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

4. Exhibit 10 to the Declaration of Nora M. Puckett consists of excerpts from May 10, 2005 deposition transcript of Prabhakar Kudva. This deposition transcript is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

5. Exhibit 11 to the Declaration of Nora M. Puckett consists of the Joint Development And License Agreement Concerning EDA Software Between Synopsys, Inc. and International Business Machines Corporation. This agreement is designated "Attorneys and Consultants Only" because it contains confidential business information and/or trade secrets and is properly sealable.

Accordingly, this motion is made on the grounds that Exhibits 4, 5, 7, 10, and 11 to the Declaration of Nora M. Puckett have been designated as confidential under the Stipulated Protective Order and are properly sealable, or have previously been filed under seal in this action.

Dated: April 14, 2006

GEORGE A. RILEY
MARK E. MILLER
PETER OBSTLER
CHRISTOPHER D. CATALANO
LUANN L. SIMMONS
NORA M. PUCKETT
O'MELVENY & MYERS LLP


By: /s/ Nora M. Puckett
     Nora M. Puckett

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

**[PROPOSED] ORDER**

Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to File Under Seal Certain Documents Submitted In Support of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 3 To Exclude Opinion And Testimony Relating To The Inventiveness Of Contributions To The Patents and all other supporting and opposing arguments and papers, and finding good cause,

**IT IS HEREBY ORDERED:**

Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File Under Seal:

Exhibits 4, 5, 7, 10, and 11 to the Declaration of Nora M. Puckett In Support Of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 3 To Exclude Opinion And Testimony Relating To The Inventiveness Of Contributions To The Patents

is **GRANTED**, and the aforementioned exhibits will be filed under seal.

Dated: April 17, 2006

The Honorable Maxine M. Chesney
United States District Judge

NB1:682066.1

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL DOCUMENTS RE: OPP. TO MIL NO. 3
C-04-03923 MMC