GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, AND LUKAS VAN GINNEKEN,<br><br>             Defendants. | Case No. C04-03923 MMC (JCS)<br><br>**MAGMA DESIGN AUTOMATION, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF MAGMA DESIGN AUTOMATION, INC.'S OPPOSITION TO SYNOPSYS, INC.'S MOTION IN LIMINE NO. 4 TO EXCLUDE PAROL EVIDENCE REGARDING THE JOINT DEVELOPMENT AGREEMENT**<br><br>**[PROPOSED]** ORDER |
| AND RELATED COUNTERCLAIMS. | |

Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule 79-5 for leave to file under seal portions of Magma's Memorandum in Opposition to Synopsys, Inc.'s Motion in Limine No. 4 to Exclude Parol Evidence Regarding the Joint Development Agreement ("Opposition to MIL 4") and the entirety of Exhibits 1-5 to the Declaration of Nora

1

1  M. Puckett ("Puckett Declaration") in Support of Magma's Opposition to MIL 4.  This Motion

2  for Leave to File Under Seal is supported by the Declaration of Nora M. Puckett submitted

3  herewith.

4      Magma's Opposition to MIL 4 relies in part on testimony and documents that contain

5  confidential business or trade secret information of Magma, Synopsys, and/or IBM and/or have

6  been designated as Confidential or Attorneys and Consultants Only under the Stipulated

7  Protective Order.  Pursuant to the Stipulated Protective Order, Magma seeks to file the following

8  documents and testimony under seal:

9      1.    Portions of Magma's Opposition to MIL 4 contain Magma's, Synopsys's, and/or

10  IBM's confidential business or trade secret information and are properly sealable.

11      2.    Exhibits 1 and 3 to the Declaration of Nora M. Puckett consist of excerpts from the

12  deposition transcripts of Raul Camposano and Synopsys, respectively.  Synopsys designated

13  these transcripts as Attorneys and Consultants Only pursuant to the Stipulated Protective Order

14  because it believes these transcripts contain Synopsys confidential information and are properly

15  sealable.

16      3.    Exhibits 2, 4, and 5 to the Declaration of Nora M. Puckett consist of documents

17  produced by IBM.  IBM designated these documents as Attorneys and Consultants Only pursuant

18  to the Stipulated Protective Order because it believes these documents contain IBM confidential

19  information and are properly sealable.

20      Accordingly, this motion is made on the grounds that portions of Magma's Opposition to

21  MIL 4 and the entirety of Exhibits 1-5 to the Puckett Declaration contain confidential business or

22  trade secret information of Magma, Synopsys, and/or IBM and are properly sealable.

| | | |
|---|---|---|
| 1 | Dated:  April 14, 2006 | GEORGE A. RILEY |
| 2 | | MARK E. MILLER |
| | | PETER OBSTLER |
| 3 | | CHRISTOPHER D. CATALANO |
| | | LUANN L. SIMMONS |
| 4 | | NORA M. PUCKETT |
| | | O'MELVENY & MYERS LLP |

6      By:  /s/ Nora M. Puckett
             Nora M. Puckett

        Attorneys for Defendant and Counterclaimant
8       MAGMA DESIGN AUTOMATION, INC.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to |
| 3 | File Under Seal Certain Documents Submitted In Support of Magma's Memorandum in |
| 4 | Opposition to Synopsys, Inc.'s Motion in Limine No. 4 to Exclude Parol Evidence Regarding the |
| 5 | Joint Development Agreement, and all other supporting and opposing arguments and papers, and |
| 6 | finding good cause, |
| 7 | **IT IS HEREBY ORDERED:** |
| 8 | Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File |
| 9 | Under Seal |
| 10 | portions of Magma's Memorandum in Opposition to Synopsys, Inc.'s Motion in Limine |
| 11 | No. 4 to Exclude Parol Evidence Regarding the Joint Development Agreement; and |
| 12 | the entirety of Exhibits 1-5 to the Declaration of Nora M. Puckett in support of Magma's |
| 13 | Memorandum in Opposition to Synopsys, Inc.'s Motion in Limine No. 4 to Exclude Parol |
| 14 | Evidence Regarding the Joint Development Agreement |
| 15 | is **GRANTED**, and the aforementioned portions and exhibits will be filed under seal. |

Dated: April 17, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:625047.1