1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
   MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
   NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
4  O'MELVENY & MYERS LLP
   Embarcadero Center West
5  275 Battery Street
   San Francisco, CA  94111-3305
6  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
7
   Attorneys for Defendant and Counterclaimant
8  MAGMA DESIGN AUTOMATION, INC.

9
                    **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11
                      **SAN FRANCISCO DIVISION**
12

13
   SYNOPSYS, INC., a Delaware            Case No. C04-03923 MMC
14 Corporation,
                                         **MAGMA DESIGN AUTOMATION, INC.'S**
15                  Plaintiff,           **ADMINISTRATIVE MOTION FOR**
                                         **LEAVE TO FILE UNDER SEAL**
16         v.                            **PURSUANT TO LOCAL RULE 79-5**
                                         **CERTAIN DOCUMENTS SUBMITTED IN**
17 MAGMA DESIGN AUTOMATION,              **SUPPORT OF MAGMA'S OPPOSITION**
   INC., a Delaware Corporation, AND     **TO SYNOPSYS'S MOTION IN LIMINE**
18 LUKAS VAN GINNEKEN,                   **NO. 5 TO EXCLUDE TESTIMONY OF**
                                         **EBY G. FRIEDMAN, Ph.D.**
19                  Defendants.
                                         **[PROPOSED] ORDER**
20

21
   ─────────────────────────────
22 AND RELATED COUNTERCLAIMS.

23

24        Magma Design Automation, Inc. ("Magma") hereby moves pursuant to Civil Local Rule

25 79-5 for leave to file under seal Exhibits 1, 3-19 and 24 to the Declaration of Anne Huffsmith In

26 Support Of Magma's Opposition to Synopsys, Inc.'s Motion In Limine No. 5 To Exclude

27 Testimony Of Eby G. Friedman, Ph.D. ("Magma's Opposition").

28

Magma's Opposition relies in part on documents that have been designated as confidential under the Stipulated Protective Order, or have previously been filed under seal in this action. Pursuant to the request of Synopsys, Inc. and the Stipulated Protective Order, Magma seeks to file the following documents under seal:

1. Exhibit 1 to the Declaration of Anne Huffsmith consists of the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This report is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

2. Exhibit 3 to the Declaration of Anne Huffsmith consists of Exhibit C to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

3. Exhibit 4 to the Declaration of Anne Huffsmith consists of Exhibit D to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

4. Exhibit 5 to the Declaration of Anne Huffsmith consists of Exhibit E to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

5. Exhibit 6 to the Declaration of Anne Huffsmith consists of Exhibit F to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

6. Exhibit 7 to the Declaration of Anne Huffsmith consists of Exhibit G to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005. This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

7.      Exhibit 8 to the Declaration of Anne Huffsmith consists of Exhibit H to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005.  This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

8.      Exhibit 9 to the Declaration of Anne Huffsmith consists of Exhibit I to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005.  This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

9.      Exhibit 10 to the Declaration of Anne Huffsmith consists of Exhibit J to the Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on December 2, 2005.  This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

10.      Exhibit 11 to the Declaration of Anne Huffsmith consists of the Supplemental Expert Report of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on January 20, 2006.  This report is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

11.      Exhibit 12 to the Declaration of Anne Huffsmith consists of Exhibit N to the Supplemental Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on January 20, 2006.  This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

12.      Exhibit 13 to the Declaration of Anne Huffsmith consists of Exhibit O to the Supplemental Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2), served on Synopsys on January 20, 2006.  This exhibit is designated "Attorneys and Consultants Only" because the report contains confidential business information and/or trade secrets and is properly sealable.

13.      Exhibit 14 to the Declaration of Anne Huffsmith consists of Exhibit P to the

1    Supplemental Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2),

2    served on Synopsys on January 20, 2006.  This exhibit is designated "Attorneys and Consultants

3    Only" because the report contains confidential business information and/or trade secrets and is

4    properly sealable.

5           14.     Exhibit 15 to the Declaration of Anne Huffsmith consists of Exhibit Q to the

6    Supplemental Expert Report Of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2),

7    served on Synopsys on January 20, 2006.  This exhibit is designated "Attorneys and Consultants

8    Only" because the report contains confidential business information and/or trade secrets and is

9    properly sealable.

10          15.     Exhibit 16 to the Declaration of Anne Huffsmith consists of the Second

11   Supplemental Expert Report of Eby G. Friedman, Ph.D. Pursuant To Fed. R. Civ. P. 26(a)(2),

12   served on Synopsys on March 31, 2006.  This report is designated "Attorneys and Consultants

13   Only" because the report contains confidential business information and/or trade secrets and is

14   properly sealable.

15          16.     Exhibit 17 to the Declaration of Anne Huffsmith consists of the Expert Report Of

16   David Harris, Ph.D. Regarding Ownership And Infringement Of The '446, '438 And '114

17   Patents, served on Magma on December 2, 2005.  This report is designated "Attorneys and

18   Consultants Only" because the report contains confidential business information and/or trade

19   secrets and is properly sealable.

20          17.     Exhibit 18 to the Declaration of Anne Huffsmith consists of the Rebuttal Expert

21   Report Of David Harris, Ph.D. Regarding Ownership And Infringement Of The '446, '438, and

22   '114 Patents, served on Magma on January 20, 2006.  This report is designated "Attorneys and

23   Consultants Only" because it contains confidential business information and/or trade secrets and

24   is properly sealable.

25          18.     Exhibit 19 to the Declaration of Anne Huffsmith consists of the Declaration Of

26   David Harris, Ph.D. In Support Of Synopsys Inc.'s Motions For Partial Summary Judgment, filed

27   on October 24, 2005.  Synopsys has previously requested, and the Court has allowed, this

28   declaration to be filed under seal on the grounds that it contains confidential business information

MAGMA'S ADMIN. MOT. TO FILE UNDER SEAL
DOCUMENTS RE: OPP. TO FRIEDMAN MIL
C-04-03923 MMC

1    and/or trade secrets and is properly sealable.

2         19.    Exhibit 24 to the Declaration of Anne Huffsmith consists of excerpts of the April

3    6, 2006 Deposition of David Harris, Ph.D.  This deposition testimony contains confidential

4    business information and/or trade secrets and is properly sealable.

5

6         Accordingly, this motion is made on the grounds that Exhibits 1, 3-19 and 24 to the

7    Declaration of Anne Huffsmith have been designated as confidential under the Stipulated

8    Protective Order and are properly sealable, or have previously been filed under seal in this action.

9

10        Dated:  April 14, 2006                    GEORGE A. RILEY
                                                     PETER OBSTLER
11                                                   CHRISTOPHER D. CATALANO
                                                     LUANN L. SIMMONS
12                                                   O'MELVENY & MYERS LLP

13

14                                                   By:  /s/ Anne Huffsmith
                                                           Anne Huffsmith
15
                                                     Attorneys for Defendant and Counterclaimant
16                                                   MAGMA DESIGN AUTOMATION, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2         Having considered Magma Design Automation, Inc.'s Administrative Motion for Leave to

3    File Under Seal Certain Documents Submitted In Support of Magma's Opposition to Synopsys,

4    Inc.'s Motion In Limine No. 5 To Exclude Testimony Of Eby G. Friedman, Ph.D., and all other

5    supporting and opposing arguments and papers, and finding good cause,

6         **IT IS HEREBY ORDERED:**

7         Pursuant to Civil Local Rule 79-5, Magma's Administrative Motion for Leave to File

8    Under Seal:

9

10        Exhibits 1, 3-19 and 24 to the Declaration of Anne Huffsmith In Support Of Magma's

11        Opposition to Synopsys, Inc.'s Motion In Limine No. 5 To Exclude Testimony Of Eby G.

12        Friedman, Ph.D.

13

14        is **GRANTED**, and the aforementioned exhibits will be filed under seal.

15

16   Dated: _____April 17, 2006_____

17                                                  The Honorable Maxine M. Chesney
                                                    United States District Judge
18

19   SF1:624921.1

20

21

22

23

24

25

26

27

28