1  GEORGE A. RILEY (S.B. #118304) – griley@omm.com
   MARK E. MILLER (S.B. #130200) – markmiller@omm.com
2  PETER OBSTLER (S.B. #171623) – pobstler@omm.com
   CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
3  LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
   NORA M. PUCKETT (admitted *pro hac vice*) – npuckett@omm.com
4  O'MELVENY & MYERS LLP
   Embarcadero Center West
5  275 Battery Street
   San Francisco, CA  94111-3305
6  Telephone:     (415) 984-8700
   Facsimile:       (415) 984-8701
7
   Attorneys for Defendant and Counterclaimant
8  MAGMA DESIGN AUTOMATION, INC.

9                      **UNITED STATES DISTRICT COURT**

10                     **NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN FRANCISCO DIVISION**

12

13 | SYNOPSYS, INC., a Delaware Corporation, | Case No.  C-04-03923 MMC |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING MAGMA DESIGN AUTOMATION, INC.'S , MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ENTRY 1045 |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation, | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS. | |

1 | Having considered Magma Design Automation, Inc.'s ("Magma") Motion to Remove Incorrectly Filed Document: Docket Entry 1045, and good cause appearing,

**IT IS HEREBY ORDERED:**

The Court grants Magma's Motion to Remove Incorrectly Filed Document: Docket Entry 1045. Docket Entry 1045 shall be removed from the ECF system.

Dated: __April 19__, 2006

_____
Hon. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:625261.1

[PROPOSED] ORDER GRANTING MAGMA'S
MOTION TO REMOVE INCORRECTLY FILED
DOCUMENT  C04-3923 MMC