Chris Scott Graham (State Bar No. 114498)
chris.scott.graham@dechert.com
Michael N. Edelman (State Bar No. 180948)
michael.edelman@dechert.com
**DECHERT LLP**
1117 California Avenue
Palo Alto, CA  94304
Telephone:     650.813.4800
Facsimile:     650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>MAGMA DESIGN AUTOMATION, a Delaware corporation,<br><br>    Defendant and Counter-Claimant. | Case No.  C-04-03923 MMC (JCS)<br><br>**[PROPOSED]** ORDER GRANTING SYNOPSYS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 RELATING TO MICHAEL N. EDELMAN'S DECLARATION IN SUPPORT OF SYNOPSYS' OBJECTION TO THE NARRATIVE STATEMENT OF MAJID SARRAFZADEH |
| AND RELATED COUNTERCLAIMS | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: MICHAEL N. EDELMAN'S DECLARATION IN SUPPORT OF SYNOPSYS' OBJECTION TO THE NARRATIVE STATEMENT OF MAJID SARRAFZADEH; CASE NO: C-04-03923 MMC (JCS)

12343086.1

1  Plaintiff and Counter-Defendant Synopsys, Inc. ("Synopsys") filed an Administrative
2  Motion, pursuant to Civil Local Rules 7-11 and 79-5, requesting to file under seal certain
3  documents submitted in connection with Synopsys' Objection to the Narrative Statement of
4  Majid Sarrafzadeh.
5  Having considered Synopsys' Administrative Motion, and for good cause appearing
6  therefore, the Court GRANTS Synopsys' request and orders that Exhibits A and B to the
7  Declaration of Michael N. Edelman in Support of Synopsys, Inc.'s Objection to the Narrative
8  Statement of Majid Sarrafzadeh be filed under seal.

10  **IT IS SO ORDERED.**
11  Dated: April 20, 2006

     _____
     HON. MAXINE M. CHESNEY
12   UNITED STATES DISTRICT JUDGE

DECHERT LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO FILE DOCS. UNDER SEAL PER CIV. L.R. 7-11 & 79-5 RE: MICHAEL N. EDELMAN'S DECLARATION IN SUPPORT OF SYNOPSYS' OBJECTION TO THE NARRATIVE STATEMENT OF MAJID SARRAFZADEH; CASE NO: C-04-03923 MMC (JCS)

1

12343086.1