1    Chris Scott Graham (State Bar No. 114498)
     chris.scott.graham@dechert.com
2    Michael N. Edelman (State Bar No. 180948)
     michael.edelman@dechert.com
3    **DECHERT LLP**
     1117 California Avenue
4    Palo Alto, CA  94304-1013
     Telephone:      650.813.4800
5    Facsimile:      650.813.4848

6    Attorneys for Plaintiff and Counter-Defendant,
     SYNOPSYS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   SYNOPSYS, INC., a Delaware          Case No.  C-04-03923 MMC (JCS)
     corporation,
13                                        **STIPULATION AND [PROPOSED] ORDER**
              Plaintiff and Counter-Defendant,   **REGARDING OWNERSHIP TRIAL**
14
15            v.

16   MAGMA DESIGN AUTOMATION, a
     Delaware corporation,
17
              Defendant and Counter-Claimant.
18

19   AND RELATED COUNTER-CLAIMS.

20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING OWNERSHIP TRIAL;
CASE NO. C-04-03923 MMC (JCS)

1

12345576.1

1   WHEREAS, Synopsys has brought a motion in limine to exclude all evidence pertaining

2   to the alleged conception of any patent claims by Magma engineers, including all evidence

3   pertaining to alleged conception of the "buckets" claims, and Magma has opposed that motion;

4   WHEREAS, Magma has brought a motion in limine to withdraw certain responses to

5   Request for Admissions relating to reduction to practice, or to exclude all evidence of those

6   discovery responses, and Synopsys has opposed that motion; and,

7   WHEREAS, the parties wish to simplify the issues remaining to be tried at the Ownership

8   Trial;

9   NOW, THEREFORE, the parties hereby stipulate and agree as follows:

10   1.   Magma withdraws its claim, whether as part of its affirmative case or for

11   rebuttal, that Magma has an ownership interest in the '446 and '438 Patents, on the basis that the

12   "buckets" claims (i.e., Claims 17, 18, 31, and 32 of the '446 Patent and Claims 17 and 18 of the

13   '438 Patent) were conceived by Magma engineers after Lukas van Ginneken left Synopsys.

14   2.   Synopsys withdraws its contention that, by reason of Magma's responses to

15   Request for Admission Nos. 52 and 53, Magma is foreclosed from arguing that the inventions in

16   the '446 or '438 Patent were reduced to practice after Lukas van Ginneken left Synopsys.   These

17   responses do not preclude Magma from affirmatively seeking to prove that inventions in the '446

18   and '438 Patents were reduced to practice by Synopsys and IBM after Lukas van Ginneken left

19   Synopsys.  Synopsys is not precluded from introducing these responses as evidence, or from

20   contending that Magma is foreclosed from making arguments relating to reduction to practice

21   other than by reason of Request for Admissions No. 52 and 53.

22   3.   Nothing in this stipulation affects any contention, claim, or defense not specifically

23   addressed herein, and the parties expressly reserve their rights with respect to any contention,

24   ///

25   ///

26   ///

27   ///

28   ///

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING OWNERSHIP TRIAL;
CASE NO. G-04-03923 MMC (JCS)

1

12345576.1

1  claim, or defense not specifically addressed herein.

2

3  Dated: April 20, 2006                    DECHERT LLP

4

5                                           By:/s/Michael N. Edelman _____
                                               Michael N. Edelman
6                                              Attorneys for Plaintiff and Counter-Defendant,
                                               SYNOPSYS, INC.

7

8  Dated: April 20, 2006                    O'MELVENY & MYERS LLP

9

10                                          By:/s/George A. Riley _____
                                               George A. Riley
11                                             Attorneys for Defendant and Counter-Claimant,
                                               MAGMA DESIGN AUTOMATION, INC.

12

13        I declare under penalty of perjury that concurrence in the filing of this document has

14  been obtained from George A. Riley.

15  Dated: April 20, 2006                    DECHERT LLP

16

17                                          By:/s/Michael N. Edelman _____
                                               Michael N. Edelman
18                                             Attorneys for Plaintiff and Counter-Defendant,
                                               SYNOPSYS, INC.

19

20                                      **ORDER**

21        PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  DATED:  _April 20 _____, 2006         _____
                                           HON. MAXINE M. CHESNEY
23                                         UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER REGARDING OWNERSHIP TRIAL;
CASE NO. G-04-03923 MMC (JCS)                                    2
                                                                12345576.1