UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Case No: **C-04-3923 MMC**   Case Name: **Synopsys, Inc.** V. **Magma Design Automation, Inc., et al**

## EXHIBIT and WITNESS LIST

| JUDGE<br>Maxine M. Chesney | PLAINTIFF ATTORNEY:<br>Chris Graham, Michael Edelman,<br>Justin Boyce, Ted Chan | DEFENSE ATTORNEY:<br>George Riley, Peter Obstler,<br>Christopher Catalano, Luann<br>Simmons (415) 984-8700 |
|---|---|---|
| TRIAL DATE:<br>4/24/2006 - MAY 1 0 2006 | REPORTER(S):<br>Debra Pas | CLERK:<br>Tracy Lucero |

| PLF NO. | DEF NO | DATE OFFERED | ID | REV | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 | | | Court convened - All Counsel present. Court & Counsel Discussed Presentation of Evidence/Trial. | |
| | | 9:18 | | | π's opening statement. (by Counsel Graham) | |
| | | 11:00 | | | Court recess (15 minutes) | |
| | | 11:15 | | | Court reconvened. Continued opening statement of π by Counsel Edelman | |
| | | 1:20 | | | Court recess (cont'd 4/25/06 @ 8:30 am) | |
| | | | | | APR 2 5 2006 | |
| | | 8:30 | | | Court reconvened. | |
| | | 8:35 | | | Δ's opening statement (by Counsel Riley). | |
| | | 9:58 | | | Court recess (15 minutes) | |
| | | 10:15 | | | Court reconvened. Continued opening statement by Δ. | |
| | | 11:56 | | | Court recess (15 minutes). | |
| | | 12:13 | | | Court reconvened. Continued opening statement by Δ. | |
| | | 1:44 | | | Court recess (cont'd 4/26/06 @ 8:30 am) | |

Case No: <u>C-04-3923 MMC</u>   Case Name: <u>Synopsys, Inc. vs Magma Design Automation, et al</u>

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION APR 26 2006 | BY |
|---|---|---|---|---|---|---|
| | | 8:32 | | | Court Reconvened | |
| | | 8:53 | | | π Witness: Dr. Leon Stok (by video deposition) | |
| | | 9:40 | | | Court & Counsel Discussed Content & quality of video depo. | |
| | 1512 | | ✓ | | | |
| | 1293 | | ✓ | | | |
| | 1162 | | ✓ | | | |
| | 1176 | | ✓ | | | |
| | 1578 | | ✓ | | | |
| | 1579 | | ✓ | | | |
| | 1587 | | ✓ | | | |
| | 1035 | | ✓ | | | |
| | 1301 | | ✓ | | | |
| | | 9:57 | | | X-Exam of Dr. Stok (by video deposition). | |
| | | 10:35 | | | Court Recess (15 minutes). | |
| | | 10:53 | | | Court Reconvened | |
| | | | | | π Witness: Dr. David Harris | |
| | | 12:40 | | | Court Recess (15 minutes) | |
| | | 1:05 | | | Court Reconvened | |
| | | | | | Continued Direct of Dr. Harris | π |
| | | 1:30 | | | Court Recess (continued to 4/27/06 @ 8:30) | |
| | | | | | Time Totals: π 2 hrs 38 min / Δ 41 min | |
| | | | | | APR 27 2006 | |
| | | 8:39 | | | Court Reconvened | |

Page 2

Case No: **C-04-3923 MMC**     Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION                                          APR 27 2006 | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Continued direct of Dr. David Harris |  |
| 12 |  |  | ✓ |  |  |  |
| 13 |  |  | ✓ |  |  |  |
|  |  | 9:34 |  |  | X-exam of Dr. Harris | Δ |
|  |  | 10:00 |  |  | Court recess (15 minutes) |  |
|  |  | 10:16 |  |  | Court reconvened. |  |
|  |  |  |  |  | Continued X-exam of Dr. Harris | Δ |
|  | A-4 |  | ✓ |  |  |  |
| 4 |  |  | ✓ |  |  |  |
|  | G |  | ✓ |  |  |  |
|  |  | 11:45 |  |  | Court recess (15 minutes) |  |
|  |  | 12:00 |  |  | Court reconvened |  |
|  |  |  |  |  | Continued X-exam of Dr. Harris | Δ |
|  |  | 12:40 |  |  | Re-direct (5 minutes - set-up) | π |
|  |  | 1:00 |  |  | Re X-exam |  |
|  |  | 1:05 |  |  | No re-re-direct. |  |
|  |  | 1:15 |  |  | Witness excused. |  |
|  |  | 1:18 |  |  | π witness: Dr. Damiano |  |
|  |  | 1:30 |  |  | ~~Court recess~~ witness off stand |  |
|  |  | 1:45 |  |  | Court recess (continued to 5/1/06 @ 8:30) |  |
|  |  |  |  |  | MAY X 1 2006 |  |
|  |  | 8:33 |  |  | Court reconvened |  |
|  |  |  |  |  | Cont'd direct of Dr. Damiano | π |
| 87 |  |  | ✓ |  |  |  |
| ~~1202~~ | 1202 |  | ✓ |  |  |  |
| 92 |  |  | ✓ |  |  |  |

Page 3

Case No: **C-04-3923 MMC**     Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 91 | | | ✓ | | | |
| 89 | | | ✓ | | | |
| | | 10:20 | | | Court Recess (15 minutes) | |
| | | 10:38 | | | Court Reconvened | |
| | | | | | Continued Direct of Dr. Damiano | π |
| | 1630 | | ✓ | | | |
| | | 10:53 | | | Cont'd Direct of Damiano | |
| 95 | | | ✓ | | | |
| | | 11:00 | | | X-Exam of Dr. Damiano | Δ. |
| | 1152 | | ✓ | | | |
| | 1123 | | ✓ | | | |
| | 1128 | | ✓ | | | |
| | 1211 | | ✓ | | | |
| | 1659 | | ✓ | | | |
| | 1798 | | ✓ | | | |
| | | 12:25 | | | Re-Direct | π |
| | | 12:28 | | | Court had questions about witness testimony. | |
| | | 12:30 | | | Witness Excused. | |
| | | | | | Court Recess (15 minutes) | |
| | | 12:47 | | | Court Reconvened | |
| | | | | | π witness: Richard Rudell | |
| | | 1:07 | | | X-Exam | Δ |
| | | 1:26 | | | Re-Direct | |
| | | 1:30 | | | Court questioned witness. | |
| | | 1:38 | | | Re X-Exam | Δ. |

Page 4

Case No: **C-04-3923 MMC**     Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION                                         | BY |
|---------|--------|--------------|----|-----|-----------------------------------------------------|----|
|         |        | 2:00         |    |     | Court RECESS (continued to 5/2/06 @ 8:30)           |    |
|         |        |              |    |     | MAY X 2 2006                                        |    |
|         |        | 8:30         |    |     | Court RECONVENED                                    |    |
|         |        |              |    |     | π witness: NARENDRA VASUDEVA SHENOY                 |    |
| 128     |        |              | ✓  |     |                                                     |    |
| 112     |        |              | ✓  |     |                                                     |    |
| 129     |        |              | ✓  |     |                                                     |    |
|         | 1520   |              | ✓  |     |                                                     |    |
|         | 1504   |              | ✓  |     |                                                     |    |
|         |        | 9:30         |    |     | X-EXAM of Dr. Shenoy                                | Δ  |
|         | 1118   |              | ✓  |     |                                                     |    |
|         | 1107   |              | ✓  |     |                                                     |    |
|         | 1615   |              | ✓  |     |                                                     |    |
|         | 1140   |              | ✓  |     |                                                     |    |
|         | 1262   |              | ✓  |     |                                                     |    |
|         |        | 10:18        |    |     | RE-DIRECT                                           | π  |
|         |        | 10:20        |    |     | Court RECESS (15 minutes).                          |    |
|         |        | 10:37        |    |     | Court RECONVENED.                                   |    |
|         |        |              |    |     | π witness: RAUL CAMPOSANO                           |    |
|         | 1120   |              | ✓  |     |                                                     |    |
|         | 1607   |              | ✓  |     |                                                     |    |
|         |        | 11:42        |    |     | X-EXAM                                              | Δ  |
|         | 1174   |              | ✓  |     |                                                     |    |
|         | 1215   |              | ✓  |     |                                                     |    |
|         | 1295   |              | ✓  |     |                                                     |    |
|         |        | 12:10        |    |     | RE-DIRECT                                           | π  |

Page 5

Case No: **C-04-3923 MMC**     Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:11 | | | WITNESS EXCUSED. | |
| | | 12:24 | | | Court Recess (15 minutes). | |
| | | 12:43 | | | Court Reconvened. | |
| | | 12:46 | | | π WITNESS: LUKAS VAN GINNEKEN (By Deposition Tapes – 4/26/05 & 4/27/05) | |
| | | 1:50 | | | Court Recess (cont'd 5/3/06 @ 8:30) | |
| | | | | | MAY X 3 2006 | |
| | | 8:30 | | | Court Reconvened. π WITNESS: ARNOLD de GUZMAN (by video deposition) | |
| | | 8:41 | | | X-EXAM by DEPOSITION (read by counsel) | |
| | | 8:45 | | | Court & Counsel discussed Admission of Exhibits. | |
| | | 8:50 | | | π RESTS (subject to Admission of Exhibits) | |
| | | | | | Δ WITNESS: EBY FRIEDMAN | |
| | | 9:15 (approx) | | | objection to testimony of Friedman (clock stopped). | |
| | | 9:30 | | | Cont'd Direct of Friedman | Δ |
| | 1097 | | ✓ | | | |
| | | 10:00 | | | WITNESS EXCUSED. Court Recess (15 minutes). | |
| | | 10:20 | | | Court Reconvened. – π's objection to testimony | |
| | | 10:27 | | | Δ WITNESS: PRABHAKAR KUDVA | |
| | | | | | (by video deposition) | |

Page **6**

Case No: **C-04-3923 MMC**     Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:24 | | | π's X-exam of KUDVA | |
| | | | | | (by deposition - read into record by counsel) | |
| | | 11:26 | | | Conclusion of witness. | |
| | | 11:32 | | | Δ witness: LUKAS VAN GINNEKEN | |
| | | | | | (by video deposition) - 4/26/05. | |
| | | 12:15 | | | Court recess (15 minutes) | |
| | | 12:31 | | | Court reconvened. | |
| | | 12:33 | | | Contd direct of van Ginneken | Δ |
| | | | | | (by video depo) | |
| | | 1:16 | | | End of tape. | |
| | | 1:34 | | | Court recess (contd 5/8/06 @ 8:30) | |
| | | | | | MAY X 8 2006 | |
| | | 8:34 | | | Court reconvened. | |
| | | | | | Δ witness: Anthony Drumm | |
| | | | | | (1/19/06 - video deposition) | |
| | | 8:40 | | | Δ witness: Randy O'Hara | |
| | | | | | (1/19/06 - video deposition) | |
| | | 8:44 | | | Δ witness: Dr. Majid Sarrafzadeh | |
| | | | | | objection by π - clock stopped. | |
| | | 9:38 | | | Continued direct of Sarrafzadeh | |
| | | | | | objection by π - clock stopped. | |
| | | 10:53 | | | Continued direct of Sarrafzadeh | |
| | | 10:35 | | | Court recess (15 minutes) | |
| | | 10:45 | | | Court reconvened | |
| | | | | | Continued direct of Sarrafzadeh | Δ |
| | 1095 | | ✓ | | | |

Page 7

Case No: **C-04-3923 MMC**    Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

**EXHIBIT and WITNESS LIST**
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 1428 | | ✓ | | 7/16/97 slides | |
| | 1520 | | ✓ | | 12/5 Test results | |
| | 1521 | | ✓ | | 12/9 Test results | |
| | 1615 | | ✓ | | Email | |
| | 1659 | | ✓ | | Chart | |
| | 1738 | | ✓ | | | |
| | 1739 | | ✓ | | | |
| | 1797 | | ✓ | | Abstract Nov. 1996. | |
| | | 11:18 | | | Continued direct of Sarrafzadeh | |
| | | 11:23 | | | X-Exam | π |
| | | 12:30 | | | Court questioned witness. | |
| | | 12:37 | | | Witness excused. | |
| | | 12:39 | | | Court recess (15 minutes). | |
| | | 12:55 | | | Court reconvened. | |
| | | 1:00 | | | Court recess (1 hour). | |
| | | 2:03 | | | Court reconvened. | |
| | | 2:59 | | | Δ witness: Joseph Hutt Jr. (by video deposition) - 9/22/05. | |
| | | 3:~~20~~ 39 | | | Δ witness: Patrick O'Connor (by video deposition) | |
| | | 3:40 | | | Objection | |
| | | 3:42 | | | Cont'd direct of O'Connor. | |
| | | 3:44 | | | Δ witness: Nathaniel Hieter (read into record) | |
| | | 3:~~47~~ 55 | | | Δ witness: Robert Damiano | |

MAY 18 2006

Page **8**

Case No: **C-04-3923 MMC**   Case Name: **Synopsys, Inc. vs Magma Design Automation, et al**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | (READ INTO RECORD) | |
| | | 4:02 | | | Δ RESTS – subject to ADMISSION of EXHIBITS. | |
| | | 4:04 | | | π's REBUTTAL – | |
| | | | | | π WITNESS: Dr. DAMIANO | |
| | | | | | (READ INTO RECORD). | |
| | | 4:08 | | | REBUTTAL WITNESS: RANDY O'HARA | |
| | | | | | (READ INTO RECORD). | |
| | | 4:11 | | | π REBUTTAL WITNESS: NATHANIEL Hieter | |
| | | | | | (READ INTO RECORD) | |
| | | 4:15 | | | π REBUTTAL WITNESS: PAPAEfthymiou | |
| | | | | | OBJECTION by Δ. | |
| | | | | | OBJECTION SUSTAINED – NOT READ INTO RECORD. | |
| | | | | | Trial CONTINUED to 5/10/06 @ 9:00 A.M. Court & COUNSEL to WORK OUT ADMISSION of trial EXHIBITS. | |
| | | 4:50 | | | Court RECESS. | |
| | | | | | MAY 1 0 2006 | |
| | | 9:09 | | | Court RECONVENED | |
| | | | | | ALL ADMITTED EXHIBITS stipulated to by both SIDES. EACH SIDE to E-file EXHIBIT LISTS w/ ALL ADMITTED (stipulated) EXHIBITS. | |
| | 1840 | MAY 1 0 2006 | ✓ | ✓ | OVER OBJECTION – for LIMITED PURPOSE | |

Page 9

Case No: <u>C-04-3923 MMC</u>      Case Name: <u>Synopsys, Inc. vs Magma Design Automation, et al</u>

## EXHIBIT and WITNESS LIST
Continued

MAY 10 2006

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Following briefing schedule set by Court: | |
| | | | | | Simultaneous closing briefs due by 6/9/06 (40 pg limit); Reply briefs due by 6/23/06 (25 pg limit). | |
| | | | | | All admitted trial exhibits to be retained by counsel. | |
| | | 10:45 | | | Court trial concluded. | |