1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Michael N. Edelman (State Bar No. 180948)
   michael.edelman@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304
   Telephone:     650.813.4800
5  Facsimile:      650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SYNOPSYS, INC., a Delaware corporation, | Case No. C-04-03923 MMC (JCS) |
|---|---|
| Plaintiff and Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFIED HEARING AND BRIEFING SCHEDULE** |
| v. | |
| MAGMA DESIGN AUTOMATION, a Delaware corporation, | |
| Defendant and Counter-Claimant. | |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, the parties have been directed to file by June 9, 2006, simultaneous "opening" post-trial briefs and revised proposed Findings of Fact and Conclusions of Law, and to file on June 23, 2006, simultaneous responsive post-trial briefs by June 23, 2006;

WHEREAS, events unforeseen by Synopsys' lead trial counsel have arisen that, coupled with his pre-planned family vacation during the week of June 19, 2006, lend themselves to requesting an extension of the date for filing of the responsive post-trial briefs to June 30, 2006;

WHEREAS, Magma through its lead trial counsel has graciously agreed to accommodate such an extension subject to it being acceptable to the Court;

/ / /

THEREFORE, subject to the Court's approval Synopsys and Magma hereby stipulate that the date by which the responsive post-trial briefs shall be filed is extended to June 30, 2006.

Dated: May 19, 2006                    DECHERT LLP

                                       By: /s/ Chris Scott Graham
                                       Chris Scott Graham
                                       Attorneys for Plaintiff and Counter-Defendant,
                                       SYNOPSYS, INC.

Dated: May 19, 2006                    O'MELVENY & MYERS LLP

                                       By: /s/ George Riley
                                       George Riley
                                       Attorneys for Defendant and Counter-Claimant,
                                       MAGMA DESIGN AUTOMATION, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____May 23_____, 2006

                                       Maxine M. Chesney
                                       United States District Court Judge