IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., <br><br> Defendant. <br>_____/ | No. C-04-3923 MMC <br><br> **ORDER GRANTING SYNOPSYS'S UNOPPOSED MOTION TO REOPEN LIMITED DISCOVERY; VACATING HEARING** <br><br> (Docket No. 1162) |

Before the Court is plaintiff Synopsys, Inc.'s ("Synopsys") motion, filed September 22, 2006, to reopen discovery for the limited purpose of permitting Synopsys to serve on Mentor Graphics, Inc. ("Mentor") the subpoena for documents attached as Exhibit 7 to the Declaration of Chris Scott Graham ("Mentor subpoena"). By serving the Mentor subpoena, Synopsys states it wishes to ascertain whether Magma violated the Court's December 1, 2005 preliminary injunction by assisting Mentor in filing requests for reexamination of the '446 and '438 patents. Magma has filed a statement of nonopposition to the motion to reopen discovery, without waiving its right to object to any subpoena issued to Mentor.[1] Having considered the papers submitted in support of and in response to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the October 27, 2006 hearing.

---

[1] By the instant order, the Court expresses no opinion as to the propriety of any particular request for production set forth in the proposed subpoena and does not intend to preclude any appropriate objection thereto.

1  For good cause shown, Synopsys's motion is hereby GRANTED.

2  This order terminates Docket No. 1162.

3  **IT IS SO ORDERED.**

4  Dated: October 6, 2006

MAXINE M. CHESNEY
United States District Judge

2