IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAGMA DESIGN AUTOMATION, INC., <br><br> Defendant. <br> _____/ | No. C-04-3923 MMC <br><br> **ORDER GRANTING MAGMA DESIGN AUTOMATION, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 30, 2006 ORDER RE: STANDING** <br><br> (Docket No. 1181) |

Before the Court is defendant Magma Design Automation, Inc.'s ("Magma") "Motions for Leave to File: (1) Motion for Reconsideration of the Court's March 30, 2006 Order Re: Standing under Civil L.R. 7-9; or, in the Alternative, (2) Motion for Partial Summary Judgment Dismissing Synopsys's Infringement Claims Based on the '446 and '438 Patents for Lack of Subject Matter Jurisdiction under Fed. R. Civ. P. 56." In light of the Court's January 31, 2007 memorandum of decision re: patent ownership, and the Federal Circuit's recent opinion in Israel Bio-Engineering Project v. Amgen, Inc., 2007 WL 210378 (Fed. Cir. Jan. 29, 2007), Magma has demonstrated both "[t]he emergence of new material facts" and "a change of law occurring after the time of [the] order." See Civil L.R. 7-9(b)(2).

Accordingly, Magma's motion for leave to file a motion for reconsideration of the Court's March 30, 2006 order, to the extent the Court denied Magma's motion for summary judgment on the issue of Synopsys's standing to assert claims for infringement of the '436

1  and '438 patents, is hereby GRANTED.

2  This order terminates Docket No. 1181.

3  **IT IS SO ORDERED.**

4  Dated: February 14, 2007

_____
MAXINE M. CHESNEY
United States District Judge