GEORGE A. RILEY (S.B. #118304) – griley@omm.com
MARK E. MILLER (S.B. #130200) – markmiller@omm.com
PETER OBSTLER (S.B. #171623) – pobstler@omm.com
CHRISTOPHER D. CATALANO  (S.B. #208606) – ccatalano@omm.com
LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
NORA M. PUCKETT (*pro hac vice*) – npuckett@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant and Counterclaimant
MAGMA DESIGN AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>            Plaintiff and Counter-Defendant,<br><br>     v.<br><br>MAGMA DESIGN AUTOMATION, INC., a Delaware Corporation<br><br>            Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C04-03923 MMC-JS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR MAGMA DESIGN AUTOMATION, INC.'S MOTION TO STAY**<br><br>[Civil L.R. 6-1(a), 7-7(b)] |

1   Pursuant to Civil L.R. 6-1(a) and 7-7(b), it is hereby stipulated by and between Plaintiff
2   and Counterclaim-defendant Synopsys, Inc. ("Synopsys") and Defendant and Counterclaim-
3   plaintiff Magma Design Automation, Inc. ("Magma") as follows:
4   WHEREAS, Magma filed a motion to stay on January 29, 2007, and noticed that motion
5   for hearing on March 9, 2007 ("Magma's Stay Motion");
6   WHEREAS, the Court issued its Memorandum of Decision; Findings of Fact and
7   Conclusions of Law Re: Patent Ownership on January 31, 2007;
8   WHEREAS, Synopsys filed a motion to alter or amend judgment under Fed. R. Civ. P.
9   59(e) on February 14, 2007, and noticed that motion for hearing on March 23, 2007;
10  WHEREAS, Magma filed a motion for reconsideration on February 16, 2007, and noticed
11  that motion for hearing on March 23, 2007 ("Magma's Reconsideration Motion");
12  WHEREAS, Magma wishes to have Magma's Stay Motion heard on or after the date that
13  Magma's Reconsideration Motion is heard because the Reconsideration Motion deals with
14  threshold, jurisdictional issues;
15  WHEREAS, Magma has requested, and Synopsys has agreed, to have Magma's Stay
16  Motion scheduled for hearing on March 23, 2007 rather than March 9, 2007;
17  NOW, THEREFORE, Magma and Synopsys hereby stipulate and request as follows:
18      1. The March 9, 2007 hearing date on Magma's Stay Motion is vacated.
19      2. The hearing, if any, on Magma's Stay Motion is set for March 23, 2007 at 9:00
20         a.m.
21  IT IS SO STIPULATED.
22  Dated:  February 23, 2007

O'MELVENY & MYERS LLP


By:   Christopher D. Catalano
      Christopher D. Catalano

Attorneys for Defendant and
Counterclaimant MAGMA DESIGN
AUTOMATION, INC.

1 | Dated: February 23, 2007
2 | DECHERT LLP

By: _____Chris Scott Graham_____
      Chris Scott Graham

Attorneys for Plaintiff and Counterclaim-Defendant SYNOPSYS, INC.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel of record for Synopsys.

Dated: February 23, 2007

O'MELVENY & MYERS LLP

By: _____Christopher D. Catalano_____
      Christopher D. Catalano

Attorneys for Defendant and Counterclaimant MAGMA DESIGN AUTOMATION, INC.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 26, 2007

_____[signature]_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF1:662875.1