1    Chris Scott Graham (State Bar No. 114498)
     chris.scott.graham@dechert.com
2    **DECHERT LLP**
     1117 California Avenue
3    Palo Alto, CA  94304-1013
     Telephone:     650.813.4800
4    Facsimile:     650.813.4848

5    Attorneys for Plaintiff and Counter-Defendant,
     SYNOPSYS, INC.

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12    SYNOPSYS, INC., a Delaware            Case No. C-04-03923 MMC (JCS)
     corporation,
13                                **STIPULATION AND [PROPOSED] ORDER**
           Plaintiff and Counter-Defendant,      **RE: DISMISSAL [FRCP 41(a)(2)]**
14

15            v.

16    MAGMA DESIGN AUTOMATION, a
     Delaware corporation,
17
           Defendant and Counter-Claimant.
18

19    AND RELATED COUNTER-CLAIMS.

20

21         WHEREAS, by agreement entered into between the parties on March 29, 2007, all claims

22    and counterclaims in the above referenced action have been fully resolved;

23         WHEREAS, by agreement of the parties, this Honorable Court is respectfully requested to

24    enter a dismissal with prejudice of the entire action, with each party to bear its own fees and costs

25    incurred.  Provided, however, pursuant to Section N. 2 of the Protective Order (Docket 665), the

26    Protective Order and the obligations of the parties thereunder shall survive termination of this

27    action;

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL;
CASE NO. C-04-03923 MMC (JCS)

12703865.2

1   NOW, THEREFORE, based on the foregoing, the parties request entry of an order by this

2   Court as set forth herein.

3   Dated: March 30, 2007                    DECHERT LLP

4

5                                            By:/s/Chris Scott Graham
                                                Chris Scott Graham

6                                               Attorneys for Plaintiff and Counter-Defendant,
                                                SYNOPSYS, INC.

7   Dated: March 30, 2007                    O'MELVENY & MYERS LLP

8

9                                            By:/s/George A. Riley
                                                George A. Riley

10                                              Attorneys for Defendant and Counter-Claimant,
                                                MAGMA DESIGN AUTOMATION, INC.

11  I declare under penalty of perjury that concurrence in the filing of this document has

12  been obtained from George A. Riley.

13  Dated: March 30, 2007                    DECHERT LLP

14

15                                           By:/s/Chris Scott Graham
                                                Chris Scott Graham

16                                              Attorneys for Plaintiff and Counter-Defendant,
                                                SYNOPSYS, INC.

17

18                                  **ORDER**

19      PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS HEREBY

20  ORDERED AS FOLLOWS:

21      1.      Pursuant to FRCP 41(a)(2), this action is hereby dismissed with prejudice, with

22  each party to bear its own fees and costs.

23      2.      The Protective Order (Docket 665) and the obligations of the parties thereunder

24  shall survive termination of this action.

25  DATED:  April 16    , 2007

26                                           _____
                                             HON. MAXINE M. CHESNEY
27                                           UNITED STATES DISTRICT COURT JUDGE

28

DECHERT LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL;
CASE NO. C-04-03923 MMC (JCS)

2

12703865.2